Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Ave. of the Americas
32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
gpark@susmangodfrey.com

Attorneys for Plaintiff Bernadine Griffith

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

BERNADINE GRIFFITH, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,

Defendants.

CASE NO. 5:23-cv-00964-SB-E

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Date: September 29, 2023
Time: 8:30 a.m.
Crtrm.: 6C

Assigned to Hon. Stanley Blumenfeld, Jr.

Action Filed: May 26, 2023
Trial Date: TBD

Plaintiff does not oppose Defendants' Request for Judicial Notice ("RJN"), Dkt. 25, filed concurrently with their Motion to Dismiss, Dkt. 24. Plaintiff files this response to note that for Exhibit E (Hulu's Privacy Policy captured by the Internet Archive's Wayback Machine on January 21, 2017) and Exhibit G (Etsy's Privacy Policy) of Defendants' RJN, any judicial notice should encompass the content of webpages hyperlinked in those policies as well. *See, e.g.*, *In re Blue Earth, Inc. Securities Class Action Litig.*, No. CV 14-08263-DSF (JEMx), 2015 WL 12001274, at *1 n.1 (C.D. Cal. Nov. 3, 2015) (taking judicial notice of an Internet-accessible report "with hyperlinks"); *id.* at Dkt. 36 (Plaintiff's Opposition to Defendant's Request for Judicial Notice) (not objecting to judicial notice of the report but arguing that the court should take notice of the version that "include[s] the hyperlinks that were included in the original document" and not "merely the version of that report which was filed on ECF without hyperlinks").

In Exhibit E (Dkt. 25-6), clicking on the "About Ads" hyperlink at the bottom right corner of page 4 directs the Court to Hulu's "Internet Based Advertising Policies," which lists third parties who access information on the Hulu website via cookies.[1] Plaintiff attaches that "Internet Based Advertising Policies" webpage linked from Defendants' Exhibit E as Appendix 1 to this Response.

Similarly, Exhibit G, Etsy's Privacy Policy, contains numerous hyperlinks to the "Cookies & Similar Technologies Policy" and "Cookies & Similar Technologies

[1] Defendants' Exhibit E is Hulu's Privacy Policy captured by the Internet Archive's Wayback Machine on January 21, 2017. Clicking on "About Ads" on that exhibit directs the Court to a version of the "Internet Based Advertising Policies" webpage captured by the Wayback Machine on March 28, 2018. There does not appear to be an earlier version of this webpage captured by the Wayback Machine. Nevertheless, neither the March 28, 2018 version nor the current version—accessed on August 29, 2023—of the "Internet Based Advertising Policies" webpage identifies Defendants or discloses the use of the TikTok SDK.

Plaintiff attaches the current version of "Internet Based Advertising Policies," accessed on August 29, 2023, as Appendix 4.

Disclosures" webpages. *See, e.g.*, Ex. G to Defs.' RJN (Dkt. 25-8), at 35, 37, 38, 39. Plaintiff attaches the "Cookies & Similar Technologies Policy" and "Cookies & Similar Technologies Disclosures" webpages as Appendices 2 and 3, respectively, to this Response.

DATED: September 1, 2023

Ekwan E. Rhow
Marc E. Masters
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

Jonathan M. Rotter
Kara M. Wolke
Gregory B. Linkh
GLANCY PRONGAY & MURRAY, LLP

Kalpana Srinivasan
Steven Sklaver
Michael Gervais
Gloria Park
SUSMAN GODFREY L.L.P.

By: *\/s\/ Ekwan E. Rhow*

Attorneys for Plaintiff Bernadine Griffith