VICTOR JIH, State Bar No. 186515
Email: vjih@wsgr.com
SOPHIA M. MANCALL-BITEL, State Bar No. 337002
Email: smancallbitel@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

ANTHONY J WEIBELL, State Bar No. 238850
Email: aweibell@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BERNADINE GRIFFITH,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK INC., et al.,<br><br>Defendants. | Case No.: 5:23-cv-00964-SB-E<br><br>**NOTICE OF LODGING OF DEFENDANTS' SLIDES PRESENTED AT THE SEPTEMBER 8, 2023 MANDATORY SCHEDULING CONFERENCE AND SEPTEMBER 29, 2023 HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Stanley Blumenfeld, Jr. |

Defendants TikTok Inc. and ByteDance Inc. (together, "Defendants") hereby give notice that they are lodging a copy of the slides that they presented during the September 8, 2023 Mandatory Scheduling Conference, which is attached as Exhibit A, and a copy of the slides that they presented during the September 29, 2023 hearing on Defendants' motion to dismiss, which is attached as Exhibit B.

Dated: September 29, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Victor Jih
Victor Jih

*Attorney for Defendants*
TIKTOK INC. and BYTEDANCE INC.