Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Ave. of the Americas
32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
gpark@susmangodfrey.com

Attorneys for Plaintiff Bernadine Griffith

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

BERNADINE GRIFFITH, individually and on behalf of all others similary situated,

Plaintiff,

vs.

TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,

Defendants.

CASE NO. 5:23-cv-00964-SB-E

**NOTICE OF LODGING OF PLAINTIFF'S SLIDES PRESENTED AT THE SEPTEMBER 8, 2023 MANDATORY SCHEDULING CONFERENCE**

Assigned to Hon. Stanley Blumenfeld, Jr.
Courtroom 6C

Action Filed: May 26, 2023
Trial Date: 9/30/2024

PLEASE TAKE NOTICE that Plaintiff Bernadine Griffith ("Plaintiff") hereby lodges a copy of the PowerPoint slides presented by Plaintiff's counsel during the September 8, 2023 Mandatory Scheduling Conference, which is attached as **Exhibit A**.

DATED: September 29, 2023

Ekwan E. Rhow
Marc E. Masters
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: ______________________
Christopher J. Lee
Attorneys for Plaintiff Bernadine Griffith