1  VICTOR JIH, State Bar No. 186515
   Email: vjih@wsgr.com
2  SOPHIA M. MANCALL-BITEL, State Bar No. 337002
   Email: smancallbitel@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  1900 Avenue of The Stars, 28th Floor
   Los Angeles, CA 90067
5  Telephone: (424) 446-6900
   Facsimile:  (866) 974-7329
6
   ANTHONY J WEIBELL, State Bar 238850
7  Email: aweibell@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   650 Page Mill Road
9  Palo Alto, California 94304-1050
   Telephone:  (650) 493-9300
10 Facsimile:   (866) 974-7329

11
   *Attorneys for Defendants*
12 *TikTok Inc. and ByteDance Inc.*

13              UNITED STATES DISTRICT COURT

14         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

16 BERNADINE GRIFFITH,                )   Case No. 5:23-cv-00964-SB-E
                                      )
17         Plaintiff,                 )   **DECLARATION OF ZENO DU**
                                      )
18     v.                             )
                                      )
19 TIKTOK INC., et al.,               )
                                      )
20         Defendants.                )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25

26

27

28

I, Zeno Du, declare:

1. I work for TikTok Inc. My title is Measurement, Signal & Privacy Team Lead. I have personal knowledge of the facts described below (including based on conversations with others at the company), and if called as a witness, I could and would testify competently thereto.

2. TikTok receives data via the Pixel and Events API about actions website users have taken on those sites (and data about the sites themselves). It then attempts to match data to an existing TikTok user, so that the advertiser can more effectively deliver ads to users on the TikTok platform and measure the effectiveness of those ads.

3. The data TikTok receives cannot be used, on its own, to identify any individual. TikTok receives hashed phone numbers and email addresses. It is not able to unhash the data at any point. The only other potentially identifying information is IP address and cookie ID (an alphanumeric identifier that is in a cookie placed on the browser). TikTok cannot use any IP address identify anyone because an IP address can be used and shared by many people. Nor can cookie ID, by itself, identify any person. It is a randomly assigned alphanumeric string.

4. Even though IP addresses cannot be used to identify individuals on their own, they are considered personal information under certain privacy laws, so TikTok must take precautions with respect to that data. TikTok's policy on the release of personal information is restrictive because of TikTok's ongoing discussions surrounding national security interests.

5. Sometimes information about a website "event," or action, cannot be matched to a TikTok user. There are two possible reasons: either that action was taken by someone who is not a TikTok user, or there is simply not enough identifying information to match the action to the right TikTok user.

6.       TikTok's practice is to delete all data that cannot be matched with an existing TikTok user within 30 days of receiving it.  This practice was in place before May 2023, when this litigation was filed.

7.       This practice is part of a larger effort by TikTok to minimize the collection of data on non-TikTok users (which is not helpful to TikTok because it does not help TikTok run effective ads on the TikTok platform—the only place TikTok runs ads).  This practice protects non-users' privacy and allows TikTok to save a significant amount of money on server space.  It also comports with requirements under applicable data protection laws.

8.       My colleague Luna Wu recently looked at the amount of Pixel data that TikTok received in one day.  It was approximately 3,000 gigabytes of data.  This is a large amount of data that requires storage space on TikTok's servers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of November 2023 in San Jose, California.

By: _____ Zeno Du
Zeno Du