UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | ED CV 23-964-SB(Ex) | Date | November 27, 2023 |
|---|---|---|---|
| Title | BERNADINE GRIFFITH v. TIKTOK, INC., ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**            **Attorneys Present for Defendants:**
None                                                                            None

**Proceedings:**       (IN CHAMBERS)

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel Discovery, etc." ("the Motion"), filed November 9, 2023. The previously noticed December 8, 2023 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

Within fourteen (14) days of the date of this Order, to the extent Defendants have not already done so, Defendants shall produce to Plaintiff: (1) a sample of non-TikTok user data that Defendants collect, generate, and process on a single day; (2) documents sufficient to describe fully all changes Defendants have made to the TikTok Pixel, the TikTok Events API and related internal software that is used to process non-TikTok user data; and (3) historical Pixel settings for the websites identified in the First Amended Complaint. These documents are nonprivileged, relevant and proportional to the needs of the case. See Fed. R. Civ. P. 26(b)(1). Contrary to Defendants' arguments, Plaintiffs' requests for production, as phrased and as subsequently interpreted by the parties, encompass the documents ordered produced herein.

To the extent the Motion seeks other relief, the Motion is denied without prejudice. See id.

cc:   Judge Blumenfeld
       All Counsel of Record                                                      Initials of Deputy Clerk  VMUN