# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BERNADINE GRIFFITH, PATRICIA SHIH; RHONDA IRVIN; JACOB WATTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER**<br><br>Date:   January 19, 2024<br>Time:   8:30 a.m.<br>Crtrm.: 6C<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>Orig. Compl.: May 26, 2023<br>Orig. Resp. Pldg.: July 24, 2023 |

Having considered Plaintiffs' unopposed motion to continue the deadlines in the case management order (CMO), Dkt. No. 82, and Defendants' statement of non-opposition, Dkt. No. 84, the Court hereby GRANTS the motion and modifies the CMO by adopting the Proposed Dates in the table below.  The January 19 hearing on the motion to continue is VACATED.

3910437.2

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Trial** | None | 09/30/24 | 11/25/24 |
| **Pretrial Conf.** | None | 09/13/24 | 11/08/24 |
| **Motion to Amend Pleadings** | None | None | None |
| **Motion for Class Certification due** | None | 02/09/24 | 05/03/24 |
| **Opposition to Motion for Class Certification due** | None | 02/23/24 | 05/17/24 |
| **Reply Brief ISO Motion for Class Certification due** | None | 03/01/24 | 05/24/24 |
| **Hearing on Motion for Class Certification** | None | 03/15/24 | 06/07/24 |
| **Initial Expert Disclosure due** | None | 04/26/24 | 07/19/24 |
| **Rebuttal Expert Disclosure due** | None | 05/10/24 | 08/09/24 |
| **Fact Discovery Cutoff** | None | 05/10/24 | 08/09/24 |
| **Expert Discovery Cutoff** | None | 06/07/24 | 08/23/24 |
| **Discovery Motion Hearing Cutoff** | None | 06/07/24 | 08/23/24 |
| **Non-Discovery Motion Hearing Cutoff** | None | 06/21/24 | 08/23/24 |
| **Settlement Conf. Deadline** | None | 07/05/24 | 08/30/24 |
| **Joint Post-settlement Status Conference Report due** | None | 07/12/24 | 09/06/24 |
| **Post-Settle. Conf.** | None | 07/19/24 | 09/13/24 |
| **Trial Filings (1st Set)** | None | 08/16/24 | 10/11/24 |
| **Trial Filings (2nd Set)** | None | 08/30/24 | 10/25/24 |

The parties should not expect any further extensions of these deadlines absent a showing of good cause.

Dated: January 2, 2024



Stanley Blumenfeld, Jr.
United States District Judge

3910437.2

2

ORDER CONTINUING DEADLINES IN THE CASE MANAGMENT ORDER