VICTOR JIH, SBN 186515
KELLY H. YIN, SBN 328380
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of the Stars, 28th Floor
Century City, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com; kyin@wsgr.com

LUIS LI, SBN 156081
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
luis.li@wsgr.com

DYLAN SAVAGE, SBN 310452
THOMAS WAKEFIELD, SBN 330121
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
dsavage@wsgr.com; twakefield@wsgr.com

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TIKTOK, INC., et al., <br><br> *Defendants*. | Case No.: 5:23-cv-00964-SB-E <br><br> **DECLARATION OF YUNFENG WEI ISO JOINT STIPULATION** <br><br> Judge: Hon. Stanley Blumenfeld, Jr. <br> Action Filed: May 26, 2023 <br> Trial Date: September 30, 2024 |

I, Yunfeng Wei, declare as follows:

1.      I am a Tech Lead Manager and work with the TikTok Pixel as part of my regular job responsibilities.  I have personal knowledge of the facts described below, and if called as a witness, I could and would testify competently thereto.

2.      I was asked to capture all the non-TikTok user data collected, generated, and processed from November 30, 2023.  This is not something we normally do, nor do we have a preexisting query to isolate such data.  I created a special query to extract from the database all types of unmatched data TikTok may have regardless of how it may be categorized or described.  The result was voluminous and had to be separated into three spreadsheets.

3.      The spreadsheets contain the data that we extracted from TikTok's database without modification.  None of the data was manipulated, excluded (other than matched TikTok user data), altered, or redacted.  I did not change the unmatched data to "Null" "0" or delete data as part of the collection.  No devices were intentionally excluded or omitted from the data set.  And "custom events" data was not intentionally excluded or omitted from the data set.

4.      Because this task is not part of our normal business operations, I did not review or quality check the results to perform any validation, data integrity, or any other review.  I understand some concerns have been raised about "Null," "0," and empty values, whether the data reflects custom events, and whether it covers all devices.  To address these concerns, I have rewritten another query to investigate and capture any data that may have been missed.

5.      TikTok has certain data processes that run automatically.  I also designed special queries to access the unprocessed data so it could also be provided in its "raw" format.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of February 2024.

By: 卫云风 _Yunfeng Wei_
Yunfeng Wei