**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BERNADINE GRIFFITH; PATRICIA SHIH; RHONDA IRVIN; MATTHEW RAUCH; JACOB WATTERS, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation,

Defendants.

Case No. 5:23-cv-00964-SB-E

**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL**

The Court, having considered Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal, hereby GRANTS Plaintiffs' Application and ORDERS the following documents SEALED:

| | |
|---|---|
| Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion to Enforce November 27, 2023 Court Order on One-Day Sample Data and for Evidentiary Sanctions | Page 2, lines 23-28<br>Page 3, line 1<br>Page 3, lines 18-25<br>Page 4, lines 1-3<br>Page 5, lines 17-18 |
| Exhibit 10 | Sealed in its entirety |
| Exhibit 12 | Sealed in its entirety |
| Exhibit 13 | Sealed in its entirety |

IT IS SO ORDERED.

Dated: March 6, 2024

/s/ Charles F. Eick

Charles F. Eick
United States Magistrate Judge