UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-964-SB(Ex) | Date | March 18, 2024 |
| Title | BERNADINE GRIFFITH v. TIKTOK, INC., ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**           (IN CHAMBERS)

   The Magistrate Judge has considered all papers filed in connection with "Plaintiffs' Motion to Enforce November 27, 2023 Court Order on One-Day Sample Data and for Evidentiary Sanctions" ("the Motion"), filed February 14, 2024, except "Defendants' Request, etc.," filed March 7, 2024, which was stricken by Minute Order, filed March 8, 2024.  The Magistrate Judge heard oral argument on March 15, 2024.

   On November 27, 2023, the Magistrate Judge ordered that Defendants produce to Plaintiffs on or before December 11, 2023, inter alia, "a sample of non-TikTok user data that Defendants collect, generate, and process on a single day" ("the November 27 Order"). Although, on December 11, 2023, Defendants did produce to Plaintiffs some documents related to data Defendants collected and processed on November 30, 2023, this production was incomplete in several respects and did not comply fully with the November 27 Order. Defendants now assert that it is impossible belatedly to comply fully with the November 27 Order because data for November 30, 2023 is no longer accessible.  Defendants' recent production of a portion of the data collected on February 20, 2024 has not given Plaintiffs the substantial equivalent of the documents required by the November 27 Order.

   In an effort to give Plaintiffs the substantial equivalent of the documents required by the November 27 Order, the Magistrate Judge now orders that, on or before April 15, 2024, Defendants shall produce to Plaintiffs:  (1) documents reflecting all raw data of domestic non-TikTok users collected by Defendants at any time during the 24-hour day of March 14, 2024; and (2) documents reflecting all uses of the data referenced in (1), supra, (including, but not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-964-SB(Ex) | Date | March 18, 2024 |
| Title | BERNADINE GRIFFITH v. TIKTOK, INC., ET AL. | | |

limited to, use by processing, generation, aggregation, combination or reporting), which uses occurred on March 14, 2024 or at any time between March 14, 2024 and March 28, 2024.  (If the March 14, 2024 date selected by the Magistrate Judge is significantly problematic for some reason, the parties forthwith shall attempt to agree upon the selection of a different date).

Except as expressly stated herein, the Motion is denied.

Any party seeking review of this Order shall cause the preparation and filing of a transcript of the March 15, 2024 hearing.

cc:   Judge Blumenfeld
       All Counsel of Record                                         Initials of Deputy Clerk  VMUN