Ekwan E. Rhow (CA SBN 174604)
 erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
 mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
 clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY,
LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BERNADINE GRIFFITH, PATRICIA SHIH; RHONDA IRVIN; JACOB WATTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF CHRISTOPHER J. LEE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF CURRENT AND HISTORICAL SOURCE CODE**<br><br>Magistrate Judge: Hon. Charles Eick<br>Date:     April 19, 2024<br>Time:     9:30 AM<br>Place:    Ctrm. 750<br><br>Action Filed:   May 26, 2023<br>Trial Date:     November 25. 2024 |

3929894.1

### DECLARATION OF CHRISTOPHER J. LEE

I, Christopher J. Lee, declare as follows:

1.     I am an active member of the Bar of the State of California and an Associate with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Plaintiffs. I make this declaration in support of Plaintiffs' Motion to Compel. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.     On November 7, 2023, Plaintiffs emailed Defendants to address certain deficiencies regarding their production of source code, including the absence of historical code. Defendants responded that they would not produce historical code, based on objections of overbreadth and undue burden. A true and accurate copy of the relevant email chain in attached herein as **Exhibit A**.

3.     The parties conducted an initial telephonic meet-and-confer on Defendants' responses to Plaintiffs' fourth set of RFPs on January 17, 2024. On February 12, 2024, Defendants followed up by email, claiming that they had "confirmed there is not a source code used to process, store, and/or use" the relevant data, other than "the code that runs the entirety of TikTok's platform." Defendants stated that they would refuse to produce any portion of that code, on relevance grounds. Plaintiffs replied on February 20, 2024, proposing certain compromises. A true and accurate copy of the relevant email chain is attached herein as **Exhibit B**. Through subsequent meet-and-confer, Plaintiffs agreed that the dispute regarding RFP No. 83 would be subject to Plaintiffs' proposed compromise as well.

4.     On March 8, 2023 – over two weeks after Plaintiffs made their compromise proposal – Defendants responded that they were still "investigating source code we can provide aside from the code that undergirds the TikTok platform" and "assess[ing] whether it is permissible or feasible to grant Plaintiffs direct access to TikTok's highly sensitive and proprietary systems." In the same email, Defendants

represented that they would "do [their] best to provide [Plaintiffs] with [their] findings next week." A true and accurate copy of the relevant email chain is attached herein as **Exhibit C**.

4.     On March 15, Defendants responded with more delay tactics rather than agreeing to finally produce the relevant source code or agreeing to the proposed compromise solutions. A true and accurate copy of the relevant email chain is attached herein as **Exhibit D**.

5.     A true and accurate copy of Defendants' amended responses to Plaintiffs' Special Interrogatories, Set One, is attached herein as **Exhibit E**.

6.     A true and accurate copy of the transcript of the March 15, 2024 hearing before Magistrate Judge Eick is attached herein as **Exhibit F**.

7.     As of March 21, 2024, 127 documents produced by Defendants ██████ ███████████████████████████████████████████████████████ ███████████████     *See, e.g.*, **Exhibit G** (TIKTOK-BG-000035879, at -880) (designated ATTORNEYS' EYES ONLY) (referencing a ████████████████ ████████████████████████████████████████████ **Exhibit H** (TIKTOK-BG-000008776, at -779 (designated CONFIDENTIAL) (referencing a ████████████████████████████████████████

8.     Based on my research, GitLab "provides a central server that manages Git repositories and is used to simplify the administration tasks of many corporations worldwide."[1] And "Git is a DevOps tool used for ***source code management***."[2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on

---

[1] https://www.simplilearn.com/tutorials/git-tutorial/what-is-gitlab (last accessed March 21, 2024).

[2] https://www.simplilearn.com/tutorials/git-tutorial/git-tutorial-for-beginner (last accessed March 21, 2024) (emphasis added).

1   March 21, 2024, at Los Angeles, California.

2

3

4                                                  Christopher J. Lee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28