**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, PATRICIA SHIH; RHONDA IRVIN; JACOB WATTERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

The Court, having considered Plaintiff's Application Under Rule 79-5 to File Documents Under Seal, herby GRANTS Plaintiffs; Application and ORDERS the following documents SEALED:

| | |
|---|---|
| Unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Production of Current and Historical Source Code | Unredacted version sealed in its entirety (redacted version has been filed on the public docket) |
| Unredacted version of the Declaration of Christopher J. Lee in Support of Plaintiffs' Motion to Compel Production of Current and Historical Source Code | Unredacted version sealed in its entirety (redacted version has been filed on the public docket) |
| Exhibit E | Sealed in its entirety |
| Exhibit G | Sealed in its entirety |
| Exhibit H | Sealed in its entirety |

IT IS SO ORDERED.

Dated: 4/3/2024

/s/ Charles F. Eick

Charles F. Eick
United States Magistrate Judge