UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-964-SB(Ex) | Date | April 8, 2024 |
| Title | BERNADINE GRIFFITH v. TIKTOK, INC., ET AL. | | |

Present: The Honorable  Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  
None

**Attorneys Present for Defendants:**  
None

**Proceedings:**     **(IN CHAMBERS)**

      The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel Production of Current and Historical Source Code" ("the Motion"), filed March 29, 2024.  The previously noticed April 19, 2024 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

      Unless the parties otherwise agree, on or before April 29, 2024, Defendants shall produce to Plaintiffs all current and historical source code within Defendants' possession, custody or control responsive to Requests for Production Nos. 75 and 83, and shall supplement all productions of source code to date with historical source code within Defendants' possession, custody or control from January 1, 2020, to the present.  See Fed. R. Civ. P. 26(b)(1).

cc:     Judge Blumenfeld  
       All Counsel of Record                                                    Initials of Deputy Clerk  VMUN