Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>***EX PARTE* APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]**<br><br>[*Filed Concurrently with Masters Declaration; [Proposed] Order*]<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>Action Filed:  May 26, 2023<br>Trial Date:     November 25. 2024 |

3943875.3

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiffs respectfully apply *ex parte* for an order advancing the hearing date and shortening time on Plaintiffs' Unopposed Motion to Modify Case Management Order [Dkt Nos. 40 & 85] And Continue Deadlines (the "Unopposed Motion").

Plaintiffs seek the hearing date for the Unopposed Motion to be advanced to April 19, 2024. As Defendants have indicated that they will not oppose the relief sought, no opposition papers or reply papers are expected to be filed. Declaration of Marc E. Masters ("Masters Decl.") ¶ 2.

This *Ex Parte* Application ("Application") is made on the ground that the Case Management Order currently sets Plaintiffs' deadline to file a motion for class certification as May 3, 2024. The earliest available hearing date for the Unopposed Motion – which seeks, among other things, an extension to the deadline to file a motion for class certification – was May 10, 2024, seven days after the existing deadline. Unless the Application is granted, therefore, Plaintiffs' Motion will not be heard before the existing deadline.

Pursuant to Local Rule 7-19, this Application is made following the notification of all counsel of record on this case, as set forth in the accompanying Declaration of Marc E. Masters. Counsel for Defendants have indicated that they will not oppose this Application. Masters Decl. ¶ 2. Counsel of record's names and contact information are as follows:

3943875.3

2

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

| | | |
|---|---|---|
| 1 | Ekwan E. Rhow (CA SBN 174604)<br>Email: erhow@birdmarella.com | Michael Gervais<br>Steven G. Sklaver |
| 2 | Marc E. Masters (CA SBN 208375)<br>Email: mmasters@birdmarella.com | Kalpana Srinivasan<br>Susman Godfrey L.L.P. |
| 3 | Christopher J. Lee (CA SBN 322140)<br>Email: clee@birdmarella.com | Suite 1400<br>1900 Avenue of the Stars |
| 4 | BIRD, MARELLA, RHOW,<br>LINCENBERG, DROOKS & | Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3130 |
| 5 | NESSIM, LLP<br>1875 Century Park East, 23rd Floor | Email: mgervais@susmangodfrey.com<br>Email: ssklaver@susmangodfrey.com |
| 6 | Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100 | Email:<br>ksrinivasan@SusmanGodfrey.com |
| 7 | Facsimile: (310) 201-2110<br>**Counsel for Plaintiffs Bernadine** | **Counsel for Plaintiffs Bernadine**<br>**Griffith, et al.** |
| 8 | **Griffith. et al.** | |
| 9 | Yoonhee Gloria Park<br>Susman Godfrey L.L.P. | Jonathan M. Rotter<br>Gregory B. Linkh |
| 10 | One Manhattan West<br>New York, NY 10001 | Kara M. Wolke<br>Glancy Prongay & Murray LLP |
| 11 | Telephone: (212) 336-8330<br>Email: gpark@susmangodfrey.com | 1925 Century Park East, Suite 2100<br>Los Angeles, Ca 90067-2561 |
| 12 | **Counsel for Plaintiffs Bernadine**<br>**Griffith, et al.** | Telephone: (310) 201-9150<br>Email: jrotter@glancylaw.com |
| 13 | | Email: kwolke@glancylaw.com<br>**Counsel for Plaintiffs Bernadine** |
| 14 | | **Griffith, et al.** |
| 15 | Victor Jih<br>Kelly Yin | Luis Li<br>WILSON SONSINI GOODRICH & |
| 16 | Shallen Torrez<br>WILSON SONSINI GOODRICH & | ROSATI, P.C.<br>953 East Third Street, Suite 100 |
| 17 | ROSATI, P.C.<br>1900 Avenue of The Stars, 28th Floor | Los Angeles, CA 90013<br>Telephone: (323)210-2900 |
| 18 | Los Angeles, CA 90067<br>Telephone: (424) 446-6900 | Facsimile: (866) 974-7329<br>Email: luis.li@wsgr.com |
| 19 | Facsimile: (866) 974-7329<br>Email: vjih@wsgr.com | **Counsel for Defendants TikTok,**<br>**Inc. and ByteDance, Inc.** |
| 20 | kyin@wsgr.com<br>storrez@wsgr.com | |
| 21 | **Counsel for Defendants TikTok, Inc.**<br>**and ByteDance. Inc.** | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3943875.3

3

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

| | |
|---|---|
| Dylan Grace Savage<br>Thomas Wakefield<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>Facsimile: (866) 974-7329<br>Email: dsavage@wsgr.com<br>twakefield@wsgr.com<br>**Counsel for Defendants TikTok, Inc.<br>and ByteDance, Inc.** | Anthony J. Weibell<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Ste 2-300<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2030<br>Facsimile: (650) 331-4530<br>Email: aweibell@mayerbrown.com<br>**Counsel for Defendants TikTok,<br>Inc. and ByteDance, Inc.** |

Sophia M. Mancall-Bitel
MAYER BROWN LLP
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213)229-9500
Facsimile: (213) 625-0248
Email: smancallbitel@mayerbrown.com
**Counsel for Defendants TikTok, Inc.
and ByteDance, Inc.**

This Application is based upon this Notice and Application, the attached Memorandum of Points and Authorities, the concurrently-filed Declaration of Marc E. Masters, the Proposed Order, which is being lodged in accordance with Local Rule 7-20, all papers and pleadings on file in this action, and upon such further evidence and argument as may be presented to the Court in connection with this Application.

3943875.3

4

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

| | | |
|---|---|---|
| DATED: April 12, 2024 | By: | /s/ Christopher J. Lee |
| | | Christopher J. Lee |

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM,
LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

3943875.3

5

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

Y. Gloria Park (pro hac vice)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

Attorneys for Plaintiffs

3943875.3

6

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

This *Ex Parte* Application seeks to shorten time and advance the hearing date on Plaintiffs' Unopposed Motion to Modify Case Management Order [Dkt Nos. 40 & 85] And Continue Deadlines (the "Unopposed Motion"), from May 10, 2024 to April 19, 2024. Defendants have indicated that they will not oppose the relief sought by the Unopposed Motion, nor do they oppose advancement of the hearing through the instant *Ex Parte* Application. Accordingly, Plaintiffs respectfully request that the Court advance the hearing date on the Unopposed Motion to April 19, 2024.

## II. ARGUMENT

### A. Plaintiffs will be prejudiced if the Unopposed Motion is heard pursuant to regular noticed motion procedures.

The primary basis for the Unopposed Motion is Plaintiffs' inability to obtain key information potentially relevant to class certification due to repeated and critical discovery delays by Defendants, including continued delays concerning discovery matters that formed the basis for Plaintiffs' prior modification motion, which was granted by the Court. Dkt. 82.

The current deadline to file a motion for class certification is May 3, 2024. However, the earliest available hearing date the Unopposed Motion could be heard is May 10, 2024. As such, absent an order shortening time and advancing the hearing date, a key component of the relief sought – the extension of the deadline for filing Plaintiffs' class certification motion – will be rendered moot.

This will cause substantial prejudice for Plaintiffs, as they will have to file their class certification motion without adequate time to review and analyze key information, portions of which Plaintiffs were forced to successfully move to compel to obtain, including: (1) a comprehensive one-day sample of non-user data collected, generated, and processed by the TikTok SDK; (2) the remainder of Defendants' document production, which currently consists of approximately only

3943875.3

7

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

3,000 unique documents; (3) the bulk of the relevant source code in this case, including certain source code for their Pixel, Events API, and servers, and all historical source code; (4) documents dated prior to the previously agreed-upon discovery start date of January 1, 2020, which Defendants recently agreed to move to April 1, 2019, after Plaintiffs discovered evidence that the Pixel was publicly released before 2020 as Defendants previously and inaccurately represented. *See generally* Unopposed Motion.

Therefore, advancing the hearing date will serve the interests of justice because it will allow the Court to consider the Unopposed Motion and, if deemed appropriate, grant the relief requested in that motion in its entirety. Further, Defendants will not be prejudiced by advancing the hearing date, as they do not oppose this *Ex Parte* Application, nor do they intend to oppose the relief sought by the Unopposed Motion.

### B. Plaintiffs have acted diligently and are not at fault in creating the exigency that gives rise to the need for *ex parte* relief.

Plaintiffs' diligent pursuit of discovery is documented in more detail in the Unopposed Motion, as well as in their prior modification motion. Dkt. 82. Moreover, Plaintiffs only became aware of many of the discovery issues that give rise to the Unopposed Motion based on developments that have occurred within the past week. Plaintiffs received the latest inadequate supplemental production of documents from Defendants – which contained only 221 new, unique documents – on April 5, 2024 – **one week** before filing of the unopposed motion. Declaration of Gloria Park in Support of Unopposed Motion ("Park Decl.") ¶ 6. Plaintiffs received Judge Eick's ruling – which set April 29, 2024 as the deadline for Defendants to produce their unproduced relevant source code – on April 8, 2024, **four days** before the filing of the Unopposed Motion. Dkt. 130. And Defendants informed Plaintiffs about new, previously undisclosed sources of raw data collected through the TikTok SDK on April 10, 2024 – only **two days** before filing of the Unopposed Motion. *Id.*

Ex. 6.

Plaintiffs are aware that modifications of the Case Management Order are disfavored and have been working to advance the case as diligently as possible. Plaintiffs have expended a significant amount of time and resources to attempt to ensure that all discovery tasks potentially relevant to class certification would be completed well in advance of the May 3, 2024 deadline, including litigating four successful motions to compel. Unfortunately, the developments of the past week have led Plaintiffs to realize that there is insufficient time left in the schedule before the current class certification motion deadline. Again, this is due to Defendants' erroneous identification of the appropriate discovery start date, Defendants' failure to produce relevant documents in a timely manner, Defendants' delay in producing relevant source code until a motion to compel was on file, and Defendants' multiple errors in collecting a one-day sample of raw data. In sum, Plaintiffs have acted diligently, and it is due to factors beyond their control that the Unopposed Motion cannot be adequately heard pursuant to standard noticed motion procedures.

## III.   RELIEF REQUESTED

Plaintiffs' respectfully request that the Court advance the hearing date for the Unopposed Motion to April 19, 2024.

3943875.3

9

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

| | | |
|---|---|---|
| DATED: April 12, 2024 | By: | */s/ Christopher J. Lee* |
| | | Christopher J. Lee |

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

3943875.3

10

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

|   |   |
|---|---|
| 1 | Y. Gloria Park (pro hac vice) |
| 2 | SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor |
| 3 | New York, NY 10001<br>Telephone: (212) 336-8330 |
| 4 | Facsimile: (310) 336-8340<br>gpark@susmangodfrey.com |
| 5 | Attorneys for Plaintiffs |


1
2   Y. Gloria Park (pro hac vice)
3   SUSMAN GODFREY L.L.P.
    One Manhattan West, 50th Floor
4   New York, NY 10001
    Telephone: (212) 336-8330
5   Facsimile: (310) 336-8340
    gpark@susmangodfrey.com

Attorneys for Plaintiffs

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3943875.3

11

EX PARTE APPLICATION TO SHORTEN TIME AND ADVANCE HEARING DATE ON UNOPPOSED
MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT NOS. 40 & 85]

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiffs, certifies that this brief contains 829 words, which complies with the word limit of L.R. 11-6.1.

DATED: April 12, 2024

_____
Marc E. Masters