# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,<br><br>  Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**ORDER REGARDING SUBSTITUTION OF PLAINTIFF** |

Pursuant to the stipulation of the parties, Dkt. No. 131, it is hereby ORDERED that:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Rhonda Irwin's claims in the above-captioned action are dismissed, without prejudice and without fees or costs to any party, against all Defendants, and she reserves her rights as a member of any class that may be certified in this litigation.

2. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court accepts as properly filed the Second Amended Complaint at Dkt. No. 131-1, which removes the claims of Plaintiffs Matthew Rauch and Rhonda Irwin, adds Plaintiff Philip Cantore, and omits the claims that have been dismissed. Defendants shall answer or otherwise respond to the Second Amended Complaint no later than April 22, 2024.

Dated: April 12, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge