| | |
|---|---|
| Ekwan E. Rhow (CA SBN 174604)<br>erhow@birdmarella.com<br>Marc E. Masters (CA SBN 208375)<br>mmasters@birdmarella.com<br>Christopher J. Lee (CA SBN 322140)<br>clee@birdmarella.com<br>BIRD, MARELLA, RHOW,<br>LINCENBERG, DROOKS &<br>NESSIM, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br><br>Jonathan M. Rotter (CA SBN 234137)<br>Kara M. Wolke (CA SBN 241521)<br>Gregory B. Linkh (pro hac vice)<br>GLANCY PRONGAY & MURRAY, LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-9150<br>jrotter@glancylaw.com<br>kwolke@glancylaw.com<br>glinkh@glancylaw.com<br><br>*Attorneys for Plaintiffs* | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612)<br>Michael Gervis (CA SBN 330731)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars<br>14th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>mgervais@susmangodfrey.com<br><br>Y. Gloria Park (*pro hac vice*)<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>gpark@susmangodfrey.com<br><br>John W. McCauley (*pro hac vice*)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>jmccauley@susmangodfrey.com |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation<br><br>　　　　　Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**SUPPLEMENTAL DECLARATION OF Y. GLORIA PARK**<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

I, Y. Gloria Park, hereby declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years and employed as an associate at Susman Godfrey L.L.P. and counsel of record of Plaintiffs in the above-captioned litigation. I submit this Declaration in Support of Plaintiffs' Second Motion to Enforce Court Order and for Evidentiary Sanctions filed concurrently with this declaration.

2. I am competent to testify to the matters stated in this Declaration and have personal knowledge of the facts and statements in this Declaration.

3. On April 24, 2024, I sent an email to Defendants' counsel proposing that the parties meet and confer to "begin discussing a stipulation that addresses the issues caused by Defendants' ongoing deletion of non-TikTok user data collected through the TikTok SDK." To date, Defendants have not responded to this offer. Attached as **Exhibit 9** is my April 24, 2024 email to Defendants' counsel.

4. Attached as **Exhibit 10** is a true and correct copy of document with starting Bates number TIKTOK-BG-000118399, produced on March 1, 2024. The third page identifies data table "███████████████████████████████," the same data table that Defendants say they identified after the Court issued its March 18, 2024 Order. Defendants designated this document ATTORNEYS' EYES ONLY under the Protective Order, and Plaintiffs will apply to file this document under seal.

5. Attached as **Exhibit 11** is a true and correct copy of Defendants' counsel Kelly Yin's March 1, 2024 production correspondence, which shows that TIKTOK-BG-000118399 was produced on March 1, 2024.

6. Based on Plaintiffs' counsel's and Plaintiffs' experts' review of Defendants' April 15, 2024 data production, it contains data associated with TikTok users and data that appears to have been collected from bots and crawlers.

Executed in New York, New York, on the 2nd day of May, 2024.

                                            */s/ Gloria Park*
                                            Gloria Park

SUPPLEMENTAL DECLARATION OF Y. GLORIA PARK