# EXHIBIT 9

| From: | Kohan, Eric |
|---|---|
| To: | Gloria Park; Savage, Dylan; Young, Joseph; Jih, Victor; Li, Luis; aweibell@mayerbrown.com; SMancall-Bitel@mayerbrown.com; Wakefield, Tom; Lee, Larissa; Rothschild, Raef; Yin, Kelly (Attorney); McKelvie, Caitlin; Shapiro Bassin, Sheryl |
| Cc: | Ekwan E. Rhow; Marc E. Masters; Jonathan Rotter; Kara Wolke; Kalpana Srinivasan; Steven Sklaver; Michael Gervais; Greg Fisk; Nicholas Loaiza; John McCauley; Greg Linkh; Christopher J. Lee |
| Subject: | RE: Griffith/TikTok - Second Motion to Enforce Court Order |
| Date: | Tuesday, April 30, 2024 2:03:30 AM |
| Attachments: | 2024-04-24 Griffith - Pltfs" 2nd Mot to Enforce Ct Order (with Defendants" Sections).docx<br>2024-04-24 Griffith - Pltfs" 2nd Mot to Enforce Ct Order (with Defendants" Sections).pdf<br>2024-04-29 Declaration of Dylan G. Savage Regarding Joint Stipulation.pdf<br>2024-04-29 Declaration of Ron Schnell Regarding Joint Stipulation.pdf<br>2024-04-29 Declaration of Yunfeng Wei Regarding Joint Stipulation.pdf |

==EXTERNAL Email==

Counsel,

Please see attached.

Thanks,
Eric

**From:** Gloria Park <GPark@susmangodfrey.com>
**Sent:** Wednesday, April 24, 2024 8:29 PM
**To:** Savage, Dylan <dsavage@wsgr.com>; Young, Joseph <joseph.young@wsgr.com>; Jih, Victor <vjih@wsgr.com>; Li, Luis <luis.li@wsgr.com>; aweibell@mayerbrown.com; SMancall-Bitel@mayerbrown.com; Wakefield, Tom <twakefield@wsgr.com>; Lee, Larissa <larissa.lee@wsgr.com>; Kohan, Eric <ekohan@wsgr.com>; Rothschild, Raef <jrothschild@wsgr.com>; Yin, Kelly (Attorney) <kyin@wsgr.com>; McKelvie, Caitlin <cmckelvie@wsgr.com>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>
**Cc:** Ekwan E. Rhow <erhow@birdmarella.com>; Marc E. Masters <mmasters@birdmarella.com>; Jonathan Rotter <jrotter@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>; Kalpana Srinivasan <ksrinivasan@SusmanGodfrey.com>; Steven Sklaver <ssklaver@SusmanGodfrey.com>; Michael Gervais <MGervais@susmangodfrey.com>; Greg Fisk <GFisk@susmangodfrey.com>; Nicholas Loaiza <NLoaiza@susmangodfrey.com>; John McCauley <JMcCauley@susmangodfrey.com>; Greg Linkh <GLinkh@glancylaw.com>; Christopher J. Lee <clee@birdmarella.com>; Gloria Park <GPark@susmangodfrey.com>
**Subject:** Griffith/TikTok - Second Motion to Enforce Court Order

EXT - gpark@susmangodfrey.com

Counsel,

Pursuant to Local Rule 37 and Judge Eick's order at Dkt. 145, Plaintiffs serve the attached portion of their Local Rule 37 Joint Stipulation with supporting declaration and exhibits. Please send Defendants' portion no later than April 29.

In light of the Court's encouragement that the parties continue to confer further among themselves, Plaintiffs propose that the parties begin discussing a stipulation that addresses the issues caused by Defendants' ongoing deletion of non-TikTok user data collected through the TikTok SDK. Please let us know whether Defendants are amenable to the proposal and, if so, provide your availability for a call.

Best,
Gloria

**Gloria Park | Susman Godfrey**
o. 212.729.2029 | c. 917.340.3695
One Manhattan West, 50th Floor | New York, NY 10001
gpark@susmangodfrey.com

This e-mail may contain privileged and confidential information.  If you received this message in error, please notify the sender and delete it immediately.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.