# Exhibit 11

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1900 Avenue of the Stars
Suite 2800
Los Angeles, California 90067-4301

O: 424.446.6900
F: 866.974.7329

KELLY H. YIN
Email: KYIN@wsgr.com
Phone: 323-547-3985

March 1, 2024

**Via Email**

Ekwan E. Rhow
Marc E. Masters
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

Jonathan M. Rotter
Kara M. Wolke
Gregory B. Linkh
Glancy Prongay & Murray, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Kalpana Srinivasan
Steven Sklaver
Michael Gervais
Susman Godfrey L.L.P.
1900 Avenue of the Stars, 1400
Los Angeles, CA 90067

Y. Gloria Park
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019

Greg Fisk
Nicholas Loaiza
Susman Godfrey L.L.P.

WILSON SONSINI

March 1, 2024
Page 2

      Re:   *Bernadine Griffith, et al, v. TikTok Inc., et al*, 5:23-cv-00964-SB-E (C.D. Cal.)

Counsel:

      On behalf of TikTok Inc. and ByteDance Inc., please find enclosed Defendants' twentieth production of documents in the above-referenced action. These documents are Bates stamped TIKTOK-BG-000118399 – TIKTOK-BG-000118403. The documents Bates stamped TIKTOK-BG-000118399 – TIKTOK-BG-000118401 are responsive to RFP No. 76. The documents Bates stamped TIKTOK-BG-000118402 – TIKTOK-BG-000118403 are described in Defendants' supplemental memorandum filed today.

      With respect to RFP Nos. 73 and 74, Defendants refer Plaintiffs to previously produced documents bearing Bates number TIKTOK-BG-000010142. With respect to RFP No. 78, Defendants refer Plaintiffs to previously produced documents bearing Bates number TIKTOK-BG-000002930 and Defendants' response to Plaintiffs' ROG No. 6.

      Please note that the enclosed documents are being produced subject to the provisions of the protective order entered by the Court in this matter (Dkt. No. 33) and the production includes documents designated ATTORNEYS' EYES ONLY. The production is not intended to include documents protected by the attorney-client privilege, work product protection or any other applicable privileges or protections. Any production of privileged or protected documents is inadvertent and subject to paragraph 11 of the protective order, section VII.B of the Court's Stipulated Order Re: Discovery (Dkt. No. 34), as well as all protections afforded under the Federal Rules of Evidence or other applicable law.

      By producing these documents and information, Defendants do not waive their written objections, whether provided in Defendants' written responses to Plaintiffs' discovery requests, or in correspondence or meet and confer discussions with Plaintiffs, and Defendants specifically reserve their rights, including their rights to supplement those objections.

      The production, which is being shared with you via Box, is encrypted. We will send the password for the production under separate cover.

      Sincerely,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      */s/ Kelly H. Yin*

      Kelly H. Yin

Enclosures