| | | |
|---|---|---|
| 1 | Ekwan E. Rhow (CA SBN 174604)<br>erhow@birdmarella.com | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612) |
| 2 | Marc E. Masters (CA SBN 208375)<br>mmasters@birdmarella.com | Michael Gervais (CA SBN 330731)<br>SUSMAN GODFREY L.L.P. |
| 3 | Christopher J. Lee (CA SBN 322140)<br>clee@birdmarella.com | 1900 Avenue of the Stars<br>14th Floor |
| 4 | BIRD, MARELLA, RHOW,<br>LINCENBERG, DROOKS & | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 5 | NESSIM, LLP | ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com |
| 6 | 1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | mgervais@susmangodfrey.com |
| 7 | Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 | |
| 8 | Jonathan M. Rotter (CA SBN 234137) | Y. Gloria Park (*pro hac vice*) |
| 9 | Kara M. Wolke (CA SBN 241521)<br>Gregory B. Linkh (*pro hac vice*) | SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor |
| 10 | GLANCY PRONGAY & MURRAY,<br>LLP | New York, NY 10001<br>Telephone: (212) 336-8330 |
| 11 | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561 | gpark@susmangodfrey.com |
| 12 | Telephone: (310) 201-9150<br>jrotter@glancylaw.com | John W. McCauley (pro hac vice)<br>SUSMAN GODFREY L.L.P. |
| 13 | kwolke@glancylaw.com<br>glinkh@glancylaw.com | 1000 Louisiana Street, Suite 5100<br>Houston, TX 77002 |
| 14 | | Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 |
| 15 | | jmccauley@susmangodfrey.com |
| 16 | *Attorneys for Plaintiffs* | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On May 2, 2024, I caused to be served the document(s) described as follows:

1. The sealed Declaration of Y. Gloria Park in Support of Plaintiffs' Application to File Documents Under Seal;
2. The unredacted version of Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Second Motion to Enforce Court Order and for Evidentiary Sanctions;
3. The unredacted version of the Supplemental Park Declaration in Support of Plaintiffs' Second Motion to Enforce Court Order and for Evidentiary Sanctions;
4. Exhibit 10 to the Supplemental Park Declaration in Support of Plaintiffs' Second Motion to Enforce Court Order and for Evidentiary Sanctions;

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

**See Attached Service List**

\_\_\_\_\_BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

1     _____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

2

3     _____ BY FAX

4     I served by facsimile as indicated on the attached service list.

5

6     _XX_ BY ELECTRONIC MAIL

7     I caused said documents to be prepared in portable document format (PDF) for emailing and served by electronic mail as indicated on the attached service list.

8

9

10 Executed on May 2, 2024, at New York, New York

11

12 _____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

13

14 _XX_ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

15

16 Maria Wilson                        /s/ Maria Wilson

17 (Type of Print Name)              (Signature)

|   |   |   |
|---|---|---|
| 1 | | **SERVICE LIST** |

<div style="columns:2">

Victor Jih
Kelly Yin
Shallen Torrez
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
Email: vjih@wsgr.com
kyin@wsgr.com
storrez@wsgr.com

Dylan Grace Savage
Thomas Wakefield
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: dsavage@wsgr.com
twakefield@wsgr.com

*Counsel for Defendants*

Luis Li
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323)210-2900
Facsimile: (866) 974-7329
Email: luis.li@wsgr.com

Anthony J. Weibell
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Ste 2-300
Palo Alto, California 94306-2112
Telephone: (650) 331-2030
Facsimile: (650) 331-4530
Email: aweibell@mayerbrown.com

Sophia M. Mancall-Bitel
MAYER BROWN LLP
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071
Telephone: (213)229-9500
Facsimile: (213) 625-0248
Email: smancallbitel@mayerbrown.com

</div>