UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BERNADINE GRIFFITH, et. al,

Plaintiffs,

v.

TIKTOK INC., et al.,

Defendants.

Case No. 5:23-cv-00964-SB-E

**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM UNDER SEAL**

Magistrate Judge: Hon. Charles F. Eick
Action Filed: May 26, 2023
Trial Date: November 25, 2024

The Court, having considered Defendants TikTok Inc. and ByteDance Inc.'s Application for Leave to File Supplemental Memorandum Under Seal ("Application"), and having considered the Declaration of Noreen Yeh, the Declaration of Dylan G. Savage, and good cause appearing therefor, hereby GRANTS the Application and ORDERS the following documents SEALED:

| | |
|---|---|
| Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Second Motion to Enforce Court Order and for Evidentiary Sanctions | Page 2, lines 16-18; 20-22; 23-25<br>Page 4, lines 11-13 |

**IT IS SO ORDERED.**

Dated: 5/3/2024

/s/ Charles F. Eick

**Charles F. Eick**
**United States Magistrate Judge**