UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-964-SB(Ex) | Date | May 6, 2024 |
| Title | BERNADINE GRIFFITH v. TIKTOK, INC., ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  **Attorneys Present for Defendants:**
None                                                                 None

**Proceedings:**        **(IN CHAMBERS)**

   The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs' Second Motion to Enforce Court Order and for Evidentiary Sanctions" ("Motion"), filed April 30, 2024. In light of the schedule set forth in the "Order Granting in Part, etc.," filed April 18, 2024, the Magistrate Judge has taken the Motion under submission on an accelerated basis and without oral argument. See Minute Order, filed April 19, 2024.

   Some of Defendants' discovery-related representations to Plaintiffs and to the Court have not been entirely consistent. Nevertheless, it now appears that Defendants substantially have complied with the Minute Order, filed March 18, 2024, by, inter alia, making available to Plaintiffs the "documents" the Magistrate Judge previously ordered "produce[d]." Furthermore, to the extent Defendants' compliance with the Minute Order, filed March 18, 2024, may have been incomplete in some aspect(s), the remedies sought in the Motion still would be unreasonable or otherwise inappropriate.

   Accordingly, the Motion is denied.


cc:   Judge Blumenfeld
      All Counsel of Record                                     Initials of Deputy Clerk  VMUN