Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

*Attorneys for Plaintiffs*

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH; et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>JUDGE: Hon. Stanley Blumenfeld, Jr.<br>DATE: August 16, 2024<br>COURTROOM:<br>   U.S. Courthouse<br>   350 West 1st Street<br>   Los Angeles, CA 90012<br>   Courtroom 6C |

PLEASE TAKE NOTICE that on August 16, 2024, in the courtroom of the Honorable Stanley Blumenfeld, Jr. of the United States District Court for the Central District of California, Courtroom 6C, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order certifying the following classes:

- **Class 1: Nationwide Pixel Class**: All natural persons residing in the United States who visited a website using the TikTok Pixel from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Subclass 1: California Pixel Subclass**: All natural persons residing in the state of California who visited a website using the TikTok Pixel from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Class 2: Nationwide Pixel and Events API Class**: All natural persons residing in the United States who visited a website using the TikTok Pixel and whose server uses the TikTok Events API from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Subclass 2: California Pixel and Events API Subclass**: All natural persons residing in the state of California who visited a website using the TikTok Pixel and whose server uses the TikTok Events API from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Class 3: Nationwide Pixel Cookie-Blocking Class**: All natural persons residing in the United States who visited a website using the TikTok Pixel from March 2022 to the present, who have never been registered users of the TikTok app or held any TikTok account, and who had web browser or system settings turned on to block third-party cookies.

- **Subclass 3: California Pixel Cookie-Blocking Subclass**: All natural persons residing in the state of California who visited a website using the TikTok Pixel from March 2022 to the present, who have never been registered users of the TikTok app or held any TikTok account, and who had web browser or system settings turned on to block third-party cookies.
- **Class 4: Nationwide Pixel and Events API Cookie-Blocking Class**: All natural persons residing in the United States who visited a website using the TikTok Pixel and whose server uses the TikTok Events API from March 2022 to the present, who have never been registered users of the TikTok app or held any TikTok account, and who had web browser or system settings turned on to block third-party cookies.
- **Subclass 4: California Pixel and Events API Cookie-Blocking Subclass**: All natural persons residing in the state of California who visited a website using the TikTok Pixel and whose server uses the TikTok Events API from March 2022 to the present, who have never been registered users of the TikTok app or held any TikTok account, and who had web browser or system settings turned on to block third-party cookies.
- **Class 5: Nationwide ECPA Class**: All natural persons residing in the United States who have never been registered users of the TikTok app or held any TikTok account, and, from March 2022 to the present, visited a website using the TikTok Pixel but without "Search" as an optional event from the TikTok Pixel configuration menu.
- **Subclass 5: California ECPA Subclass**: All natural persons residing in the state of California who have never been registered users of the TikTok app or held any TikTok account, and, from March 2022 to the present, visited a website using the TikTok Pixel but without "Search" as an optional event from the TikTok Pixel configuration menu.

In the alternative, Plaintiffs will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order certifying the following classes:

- **Class 6: The Rite Aid Nationwide Class**: All natural persons residing in the United States who visited the Rite Aid website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Subclass 6: The Rite Aid California Subclass**: All natural persons residing in the state of California who visited the Rite Aid website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Class 7: The Hulu Nationwide Class**: All natural persons residing in the United States who visited the Hulu website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Subclass 7: The Hulu California Subclass**: All natural persons residing in the state of California who visited the Hulu website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Class 8: The Etsy Nationwide Class**: All natural persons residing in the United States who visited the Etsy website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Subclass 8: The Etsy California Subclass**: All natural persons residing in the state of California who visited the Etsy website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Class 9: The Upwork Nationwide Class**: All natural persons residing in the United States who visited the Upwork website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.

- **Subclass 9: The Upwork California Subclass**: All natural persons residing in the state of California who visited the Upwork website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.
- **Class 10: The Sweetwater Nationwide Class**: All natural persons residing in the United States who visited the Sweetwater website from March 2022 to the present, and who have never been registered users of the TikTok app or held any TikTok account.

Plaintiffs also move the Court to appoint Plaintiffs Bernadine Griffith, Patricia Shih, and Jacob Watters as class representatives for the above classes in the following manner:

|  | Griffith | Shih | Watters |
|---|---|---|---|
| 1. Nationwide Pixel Class | ✓ | ✓ | ✓ |
|     California Pixel Subclass | ✓ | ✓ |  |
| 2. Nationwide Pixel and Events API Class | ✓ | ✓ | ✓ |
|     California Pixel and Events API Subclass | ✓ | ✓ |  |
| 3. Nationwide Pixel Cookie-Blocking Class | ✓ | ✓ | ✓ |
|     California Pixel Cookie-Blocking Subclass | ✓ | ✓ |  |
| 4. Nationwide Pixel and Events API Cookie-Blocking Class | ✓ | ✓ | ✓ |
|     California Pixel and Events API Cookie-Blocking Subclass | ✓ | ✓ |  |
| 5. Nationwide ECPA Class | ✓ | ✓ | ✓ |
|     California ECPA Subclass | ✓ | ✓ |  |
| 6. Rite Aid Nationwide Class | ✓ |  |  |
|     Rite Aid California Subclass | ✓ |  |  |
| 7. Hulu Nationwide Class | ✓ | ✓ |  |

| | | | |
|---|---|---|---|
| Hulu California Subclass | ✓ | ✓ | |
| 8. Etsy Nationwide Class | ✓ | ✓ | ✓ |
| Etsy California Subclass | ✓ | ✓ | |
| 9. Upwork Nationwide Class | | ✓ | |
| Upwork California Subclass | | ✓ | |
| 10. Sweetwater Nationwide Class | | | ✓ |

Plaintiffs further move the Court to appoint the following firms as co-lead class counsel: (1) Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP; (2) Glancy Prongay & Murray LLP, and (3) Susman Godfrey LLP.

This motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the declarations and exhibits concurrently submitted; the pleadings, documents, and records on file in this action; any argument that may be presented to the Court on this motion; and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to the meet and confer requirements of Local Rule 7-3 that took place on June 14, 2024.

Dated: June 21, 2024      By: /s/ *Ekwan E. Rhow*

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
**GLANCY PRONGAY & MURRAY, LLP**

5

|     |                                                                                                                                                                                                                                                  |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1   | 1925 Century Park East, Suite 2100                                                                                                                                                                                                               |
| 2   | Los Angeles, California 90067-2561<br>Telephone: (310) 201-9150                                                                                                                                                                                  |
| 3   | jrotter@glancylaw.com<br>kwolke@glancylaw.com                                                                                                                                                                                                    |
| 4   | glinkh@glancylaw.com                                                                                                                                                                                                                             |
| 5   | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612)                                                                                                                                                                             |
| 6   | Michael Gervais (CA SBN 330731)<br>**SUSMAN GODFREY L.L.P.**                                                                                                                                                                                     |
| 7   | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067                                                                                                                                                                                    |
| 8   | Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150                                                                                                                                                                                           |
| 9   | ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com                                                                                                                                                                                      |
| 10  | mgervais@susmangodfrey.com                                                                                                                                                                                                                       |
| 11  | Y. Gloria Park (pro hac vice)<br>**SUSMAN GODFREY L.L.P.**                                                                                                                                                                                       |
| 12  | One Manhattan West<br>50th Floor                                                                                                                                                                                                            |
| 13  | Telephone: (212) 336-8330<br>Facsimile: (310) 336-8340                                                                                                                                                                                           |
| 14  | gpark@susmangodfrey.com                                                                                                                                                                                                                          |
| 15  | John W. McCauley (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**                                                                                                                                                                                   |
| 16  | 1000 Louisiana Street, Suite 5100<br>Houston, TX 77002                                                                                                                                                                                           |
| 17  | Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666                                                                                                                                                                                           |
| 18  | jmccauley@susmangodfrey.com                                                                                                                                                                                                                      |
| 19  | *Attorneys for Plaintiffs*                                                                                                                                                                                                                       |
| 20  |                                                                                                                                                                                                                                                  |
| 21  |                                                                                                                                                                                                                                                  |
| 22  |                                                                                                                                                                                                                                                  |
| 23  |                                                                                                                                                                                                                                                  |
| 24  |                                                                                                                                                                                                                                                  |
| 25  |                                                                                                                                                                                                                                                  |
| 26  |                                                                                                                                                                                                                                                  |
| 27  |                                                                                                                                                                                                                                                  |
| 28  |                                                                                                                                                                                                                                                  |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 21, 2024, I caused to be served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2024, at New York, NY.

/s/ *Y. Gloria Park*
Y. Gloria Park