| | |
|---|---|
| 1 | VICTOR JIH, SBN 186515 |
| 2 | KELLY H. YIN, SBN 328380 |
|   | vjih@wsgr.com; kyin@wsgr.com |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 4 | 1900 Avenue of The Stars, 28th Floor |
|   | Los Angeles, CA 90067 |
| 5 | Telephone: (424) 446-6900 |
|   | Facsimile: (866) 974-7329 |

LUIS LI, SBN 156081
luis.li@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900

DYLAN GRACE SAVAGE, SBN 310452
THOMAS WAKEFIELD, SBN 330121
dsavage@wsgr.com; twakefield@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., | Case No. 5:23-cv-0964-SB-E |
| *Plaintiffs*, | **DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION TO REPLACE EXHIBITS 7-9 OF ECF NO. 179.** |
| v. | |
| TIKTOK INC., et al., | |
| *Defendants*. | |
| | Judge: Hon. Stanley Blumenfeld, Jr. |
| | Date: July 26, 2024 |
| | Time: 8:30 a.m. |
| | Place: Courtroom 6C |
| | Action Filed: May 26, 2023 |
| | Trial Date: January 21, 2025 |
| | Filed Concurrently with (1) Declaration of Dylan G. Savage in Support of Plaintiffs' Application for Leave to File Documents Under Seal with Exhibits A-C attached thereto and (2) Declaration of Noreen Yeh |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 26, 2024 at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Stanley Blumenfeld Jr. of the United States District Court for the Central District of California, Courtroom 6C, 350 West 1st Street, Los Angeles, California 90012, Defendants TikTok Inc. and ByteDance Inc. (together, "Defendants") will move, and hereby do move to replace Exhibits 7-9 of ECF No. 179.

Defendants' Motion is based upon this Notice of Motion; the Memorandum of Points and Authorities in support thereof; the pleadings, records, and papers on file in this action; oral argument of counsel; and any other matters properly before the Court.

Defendants have met and conferred with Plaintiffs regarding the substance of this motion. Plaintiffs have informed Defendants that they will not oppose the relief sought.

Dated: June 25, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:*/s/ Dylan G. Savage*
Dylan G. Savage

*Attorney for Defendants*
TikTok Inc. and ByteDance Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants TikTok Inc. and ByteDance Inc. ("Defendants") respectfully request that the Court grant Defendants' unopposed motion to replace Exhibits 7-9 of ECF No. 179. On June 21, 2024, Plaintiffs filed their motion for Class Certification. ECF No. 177. The same day, Plaintiffs submitted an application to file fifteen documents cited in Plaintiffs' Motion for Class Certification under seal. ECF No. 178. Three of the exhibits submitted for sealing, Exhibits 7-9 (ECF Nos. 179-8, 179-9, and 179-10), are full deposition transcripts of current and former employees of Defendants, which Defendants designated as "Attorneys' Eyes Only" or "Confidential" and contain quotations, references, and discussion of information that Defendants state are proprietary, confidential, and competitively sensitive and would cause Defendants' business harm if publicly released. ECF No. 179. Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Class Certification cites discrete portions of the deposition transcripts. *See* ECF No. 178-1. Defendants will file substitute exhibits attached to the Declaration of Dylan G. Savage in Support of Plaintiffs' Application for Leave to File Documents Under Seal, which are excerpted versions of these transcripts that are tailored to the citations in Plaintiffs' Motion for Class Certification. On June 25, 2024, the parties agreed to replace Exhibits 7-9 to ECF No. 179.

For the foregoing reasons, Defendants respectfully request that the Court grant their unopposed motion to replace Exhibits 7-9 of ECF No.179. A Proposed Order granting the requested relief is submitted herewith.

Dated: June 25, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:*/s/ Dylan G. Savage*
Dylan G. Savage

*Attorney for Defendants*
TikTok Inc. and ByteDance Inc.

**CERTIFICATION OF MEET AND CONFER**

Defendants have met-and-conferred with Plaintiffs, who have informed Defendants they will not oppose the relief sought.

Dated: June 25, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:/s/ *Dylan G. Savage*
Dylan G. Savage

*Attorney for Defendants*
TikTok Inc. and ByteDance Inc.

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants TikTok Inc. and ByteDance Inc., certifies that this brief contains 231 words, which complies with the word limit of L.R. 11-6.1.

Dated: June 25, 2024                    WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By: */s/ Dylan G. Savage*
                                        Dylan G. Savage

                                        *Attorney for Defendants*
                                        TikTok Inc. and ByteDance Inc.