# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL** |

The Court, having considered Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal, hereby GRANTS Plaintiffs' Application and ORDERS the following documents SEALED:

| Supplemental Memorandum | Highlighted versions of pages: 5:3-4 (redacted version has been filed on the public docket) |
|---|---|

IT IS SO ORDERED.

Dated: 8/13/2024

/s/ Charles F. Eick
Charles F. Eick
United States Magistrate Judge