Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**DISCOVERY MATTER**<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |

## **PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 230 Park Avenue, Suite 358, New York, New York 10169.

On August 15, 2024, I caused to be served the document(s) described as follows:

1. The unredacted version of Plaintiffs' Reply Memorandum in Further Support of their Motion for Class Certification;
2. The unredacted accompanying Reply Declaration of Russell W. Magnum III, Ph.D,;
3. The unredacted accompanying Reply Declaration of Zubair Shafiq, Ph.D,;
4. The unredacted versions of Exhibits 38, 39, 41, 42, and 43 to the Declaration of Y. Gloria Park dated July 26, 2024;
5. The unredacted version of the Joint Stipulation Regarding Plaintiffs' Motion for Sanctions for Data Spoliation;
6. The unredacted versions of Exhibits 7, 12, and 14 to the accompanying Declaration of Y. Gloria Park dated August 2, 2024;
7. The unredacted versions of Exhibits A, C, and E to the accompanying Declaration of Eric T. Kohan;
8. The sealed Exhibit 15 to the accompanying Declaration of Y. Gloria Park;
9. The sealed Exhibits F and G to the accompanying Declaration of Eric T. Kohan; and
10. The unredacted version of the Supplemental Memorandum Regarding Plaintiffs' Motion for Sanctions for Data Spoliation.

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

**See Attached Service List**

\_\_\_\_\_ BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ BY PERSONAL SERVICE:

I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_\_ BY FAX

I served by facsimile as indicated on the attached service list.

\_XX\_ BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for emailing and served by electronic mail as indicated on the attached service list.

Executed on August 15, 2024, at New York, New York

\_\_\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

\_XX\_ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Gregory B. Linkh | /s/ Gregory B. Linkh |
|---|---|
| (Type of Print Name) | (Signature) |

## SERVICE LIST

| | |
|---|---|
| Victor Jih<br>Kelly Yin<br>J. Raef Rothschild<br>Christopher Hurley<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1900 Avenue of The Stars, 28th Floor<br>Los Angeles, CA 90067<br>vjih@wsgr.com<br>kyin@wsgr.com<br>jrothschild@wsgr.com<br>churley@wsgr.com | Caitlin McKelvie<br>**WILSON SONSINI GOODRICH & ROSATI**<br>15 West South Temple<br>Gateway Tower West, Suite 1700<br>Salt Lake City, UT 84101<br>Telephone: 801-401-8510<br>cmckelvie@wsgr.com |
| Dylan Savage<br>Thomas Wakefield<br>**WILSON SONSINI GOODRICH & ROSATI**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>dsavage@wsgr.com<br>twakefield@wsgr.com | Anthony Weibell<br>Sophie Mancall-Bitel<br>**MAYER BROWN**<br>Two Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2030<br>aweibell@mayerbrown.com<br>smancallbitel@mayerbrown.com |
| Sheryl Shapiro Bassin<br>**WILSON SONSINI GOODRICH & ROSATI**<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 497-7725<br>sbassin@wsgr.com | Eric Kohan<br>**WILSON SONSINI GOODRICH & ROSATI**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>ekohan@wsgr.com |

*Counsel for Defendants*