UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   5:23-CV-00964-SB-E | Date:   August 16, 2024 |

| | |
|---|---|
| Title: | Bernadine Griffith v. TikTok, Inc. et al. |

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ekwan E. Rhow | Victor H. Jih |
| Jonathan M Rotter | Luis Li |
| Jumin Lee | Eric Thomas Kohan |
| Marc E Masters | |
| Yoonhee Gloria Park | |

**Proceedings: (Minutes of)** Motion for Class Certification [177] **(Held and completed)**

Case called and appearances made. The Court heard argument from counsel on its tentative ruling on Plaintiffs' motion for class certification (Dkt. No. 177). The Court took the matter under submission.

In its tentative, the Court had stated:

The Court granted Defendants' motion to dismiss Plaintiffs' unjust enrichment claim in their FAC, explaining that there is no independent cause of action for unjust enrichment under California law. Dkt. No. 81 at 11. It is unclear why Plaintiffs realleged this claim in their SAC. Plaintiffs should explain at the hearing why their claim for unjust enrichment should not be dismissed based on the

>Court's prior order. Failure to do so will be construed as consent to dismiss that claim.

Plaintiffs did not make any argument against dismissal of the unjust enrichment claim, even after the Court raised this issue. Accordingly, Plaintiffs' unjust enrichment claim is dismissed.

0:58