Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

*Attorneys for Plaintiffs*

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH; et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**PLAINTIFFS' SUBMISSION IN RESPONSE TO ORDER AT DKT. 232**<br><br>**PUBLIC REDACTED VERSION OF THE DOCUMENT PROPOSED TO BE FILED UNDER SEAL**<br><br>JUDGE: Hon. Stanley Blumenfeld, Jr. |

Pursuant to the Court's order at Dkt. 232, Plaintiffs respectfully submit the below citations to record evidence in support of Dkt. 230 at 9:17-10:1.

- Dkt. 179-2 (Shafiq Opening Decl.) at ¶ 11 (including: "Among these default data categories automatically collected by the Pixel, IP Address, User Agent, and Cookies are identifiers, i.e., data that can identify the website visitor.").
- Dkt. 179-2 at ¶ 28 and footnotes (including: "The combination of IP address and user agent typically contains sufficiently distinguishing information (quantified in terms of entropy bits) to be used as a unique identifier. This practice of combining IP address, user agent, and other distinguishing browser or device information for identification is also known as fingerprinting.").
- Dkt. 179-2 at ¶ 61 and footnotes (including: "The combination of the IP Address and User Agent is widely used in the industry as an identifier.").
- Dkt. 179-2 at ¶ 62 and footnotes (including: "The ability to identify a person on and across a large number of different websites using cookies allows TikTok to obtain a significant coverage of a person's browsing history and infer private and sensitive attributes . . . .").
- Dkt. 198-2 (Shafiq Reply Decl.) at ¶ 77 and footnotes (including: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮").
- Dkt. 198-2 at ¶ 79 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Email address and phone number, even when hashed, are identifying.").
- Dkt. 198-2 at ¶ 91 & n.150 (including: "There is ample scientific evidence that shows that an individual's web browsing history—such as that collected by TikTok Pixel—can be used to uniquely identify them . . . ."); *see also id.* at ¶ 93.
- Dkt. 179-5 (Ex. 3 to Park Decl.) at -32, -33, -38 (including Comments 14, 19, 20).
- Dkt. 179-16 (Ex. 25 to Park Decl.) at ECF pg. 9 of 12.

| | | |
|---|---|---|
| 1 | Dated: August 20, 2024 | By: /s/ *Ekwan E. Rhow* |
| 2 | | Ekwan E. Rhow (CA SBN 174604)<br>Marc E. Masters (CA SBN 208375)<br>Christopher J. Lee (CA SBN 322140)<br>**BIRD, MARELLA, RHOW,**<br>**LINCENBERG, DROOKS & NESSIM,**<br>**LLP**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>erhow@birdmarella.com<br>mmasters@birdmarella.com<br>clee@birdmarella.com |
| | | Jonathan M. Rotter (CA SBN 234137)<br>Kara M. Wolke (CA SBN 241521)<br>Gregory B. Linkh (*pro hac vice*)<br>**GLANCY PRONGAY & MURRAY,**<br>**LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-9150<br>jrotter@glancylaw.com<br>kwolke@glancylaw.com<br>glinkh@glancylaw.com |
| | | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612)<br>Michael Gervais (CA SBN 330731)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>mgervais@susmangodfrey.com |
| | | Y. Gloria Park (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>Facsimile: (310) 336-8340<br>gpark@susmangodfrey.com |
| | | John W. McCauley (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>jmccauley@susmangodfrey.com |
| | | *Attorneys for Plaintiffs* |

# CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 20, 2024, I caused to be served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2024, at New York, NY.

                                        */s/ Gloria Park*  
                                        Gloria Park