| | | |
|---|---|---|
| 1 | Ekwan E. Rhow (CA SBN 174604)<br>erhow@birdmarella.com | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612) |
| 2 | Marc E. Masters (CA SBN 208375)<br>mmasters@birdmarella.com | Michael Gervais (CA SBN 330731)<br>SUSMAN GODFREY L.L.P. |
| 3 | Christopher J. Lee (CA SBN 322140)<br>clee@birdmarella.com | 1900 Avenue of the Stars<br>14th Floor |
| 4 | BIRD, MARELLA, RHOW,<br>LINCENBERG, DROOKS & | Los Angeles, CA 90067<br>Telephone: (310) 789-3100 |
| 5 | NESSIM, LLP | ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com |
| 6 | 1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | mgervais@susmangodfrey.com |
| 7 | Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 | |
| 8 | Jonathan M. Rotter (CA SBN 234137) | Y. Gloria Park (*pro hac vice*) |
| 9 | Kara M. Wolke (CA SBN 241521)<br>Gregory B. Linkh (*pro hac vice*) | SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor |
| 10 | GLANCY PRONGAY & MURRAY,<br>LLP | New York, NY 10001<br>Telephone: (212) 336-8330 |
| 11 | 1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561 | gpark@susmangodfrey.com |
| 12 | Telephone: (310) 201-9150<br>jrotter@glancylaw.com | John W. McCauley (pro hac vice)<br>SUSMAN GODFREY L.L.P. |
| 13 | kwolke@glancylaw.com<br>glinkh@glancylaw.com | 1000 Louisiana Street, Suite 5100<br>Houston, TX 77002 |
| 14 | | Telephone: (713) 651-9366<br>jmccauley@susmangodfrey.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5 FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Stanley Blumenfeld Jr.<br><br>Action Filed: May 26, 2023<br>Trial Date: January 21, 2025 |

Pursuant to Local Rule 79-5.2.2, Plaintiffs respectfully submit this application to the Court for an order sealing the materials described below that are filed in connection with Plaintiffs' Submission in Response to Order at Dkt. 232.

Plaintiffs seek to file partially under seal the following document, insofar as

it contains references to an expert report that, in turn, references material that Defendants have designated CONFIDENTIAL or ATTORNEYS' EYES ONLY:

| Portion of Document Sought to Be Sealed | Party Claiming Confidentiality | Basis for Sealing |
| --- | --- | --- |
| Plaintiffs' Submission in Response to Order at Dkt. 232 | Defendants | Refers to Material Designated CONFIDENTIAL or ATTORNEYS' EYES ONLY by Defendants pursuant to the Protective Order |

As set forth in the accompanying Declaration of Gregory B. Linkh in Support of Plaintiffs' Application for Leave to File Documents Under Seal, the document listed above references an expert report that, in turn, references material that Defendants have designated CONFIDENTIAL or ATTORNEYS' EYES ONLY under the Protective Order entered in this action (Dkt. 33). By making this application, Plaintiffs do not agree that any of the sealed material, or the documents referencing sealed materials, should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b), the burden is on Defendants to file a declaration to establish that all or part of the designated material is sealable.

Plaintiff therefore respectfully requests that the Court enter the concurrently filed [Proposed] Order permitting Plaintiffs to file the above-referenced documents under seal.

| | |
|---|---|
| Dated: August 20, 2024 | By: /s/ *Gregory B. Linkh* |

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
**GLANCY PRONGAY & MURRAY, LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (pro hac vice)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

John W. McCauley (pro hac vice)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

## **PROOF OF SERVICE**

I hereby certify that on this 20th day of August, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Gregory B. Linkh*
Gregory B. Linkh