| | |
|---|---|
| Ekwan E. Rhow (CA SBN 174604) <br> erhow@birdmarella.com <br> Marc E. Masters (CA SBN 208375) <br> mmasters@birdmarella.com <br> Christopher J. Lee (CA SBN 322140) <br> clee@birdmarella.com <br> BIRD, MARELLA, RHOW, <br> LINCENBERG, DROOKS & <br> NESSIM, LLP <br> 1875 Century Park East, 23rd Floor <br> Los Angeles, California 90067-2561 <br> Telephone: (310) 201-2100 <br> Facsimile: (310) 201-2110 | Kalpana Srinivasan (CA SBN 237460) <br> Steven Sklaver (CA SBN 237612) <br> Michael Gervais (CA SBN 330731) <br> SUSMAN GODFREY L.L.P. <br> 1900 Avenue of the Stars <br> 14th Floor <br> Los Angeles, CA 90067 <br> Telephone: (310) 789-3100 <br> ksrinivasan@susmangodfrey.com <br> ssklaver@susmangodfrey.com <br> mgervais@susmangodfrey.com |
| Jonathan M. Rotter (CA SBN 234137) <br> Kara M. Wolke (CA SBN 241521) <br> Gregory B. Linkh (*pro hac vice*) <br> GLANCY PRONGAY & MURRAY, LLP <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, California 90067-2561 <br> Telephone: (310) 201-9150 <br> jrotter@glancylaw.com <br> kwolke@glancylaw.com <br> glinkh@glancylaw.com | Y. Gloria Park (*pro hac vice*) <br> SUSMAN GODFREY L.L.P. <br> One Manhattan West, 50th Floor <br> New York, NY 10001 <br> Telephone: (212) 336-8330 <br> gpark@susmangodfrey.com <br><br> John W. McCauley (pro hac vice) <br> SUSMAN GODFREY L.L.P. <br> 1000 Louisiana Street, Suite 5100 <br> Houston, TX 77002 <br> Telephone: (713) 651-9366 <br> jmccauley@susmangodfrey.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation <br><br> Defendants. | Case No. 5:23-cv-00964-SB-E <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Judge: Stanley Blumenfeld Jr. <br><br> Action Filed:   May 26, 2023 <br> Trial Date:   January 21, 2025 |

Plaintiffs respectfully call to the Court's attention the opinion issued today by the Ninth Circuit in *Calhoun, et al. v. Google, LLC*, 22-16993 (9th Cir. Aug. 20, 2024), reversing the district court's grant of summary judgment in favor of Google. The opinion is attached.

Dated: August 20, 2024

By: /s/ *Y. Gloria Park*

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
**GLANCY PRONGAY & MURRAY, LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

John W. McCauley (pro hac vice)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

---

NOTICE OF SUPPLEMENTAL AUTHORITY