**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 234]** |

The Court, having considered Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal at Dkt. No. 234, hereby GRANTS Plaintiffs' Application and ORDERS the following documents SEALED:

| Plaintiffs' Submission in Response to Order at Dkt. 232 | Page 1: Rows 17-23<br><br>(redacted version has been filed on the public docket) |
|---|---|

IT IS SO ORDERED.

Dated: August 21, 2024

Stanley Blumenfeld, Jr.
United States District Judge