VICTOR JIH, SBN 186515
vjih@wsgr.com
KELLY H. YIN, SBN 328380
kyin@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1900 Avenue of The Stars,
28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile:  (866) 974-7329

LUIS LI, SBN 156081
luis.li@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI, P.C.
953 East Third Street,
Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

SHERYL S. BASSIN, NY SBN 4662797
sbassin@wsgr.com
(admitted *pro hac vice*)
DYLAN G. SAVAGE, CA SBN 310452
dsavage@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI, P.C.
1301 Avenue of the Americas.
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

THOMAS WAKEFIELD, SBN 330121
twakefield@wsgr.com
WILSON SONSINI GOODRICH &
ROSATI, P.C.
One Market Plaza, Spear Tower,
Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et. al, | Case No. 5:23-cv-0964-SB-E |
| *Plaintiffs,* | **PROOF OF SERVICE RE ECF NO. 240** |
| v. | Judge: Hon. Stanley Blumenfeld |
| TIKTOK INC., et al., | |
| *Defendants.* | |

**<u>PROOF OF SERVICE</u>**

1

2    I, Jeremiah Raef Rothschild, declare as follows:

3    I am employed in the County of Los Angeles, State of California.  I am over

4    the age of 18 years and am not a party to this action.  My business address is 1900

5    Avenue of the Stars, 28th Floor, Los Angeles, CA 90067, in said County and State.

6    My email address is jrothschild@wsgr.com.  On August 26, 2024, I served the

7    following documents:

8
- **DECLARATION OF DYLAN G. SAVAGE IN SUPPORT OF**
9       **PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5**
        **FOR LEAVE TO FILE UNDER SEAL**
10

11
- **DECLARATION OF WARREN SOLOW IN SUPPORT OF**
12       **PLAINTIFFS' APPLICATION UNDER LOCAL RULE 79-5**
         **FOR LEAVE TO FILE UNDER SEAL**
13

14
- **NEF re Docket Number 240**

15    on the parties stated below, by the following means of service:

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Ekwan E. Rhow (CA SBN 174604) | Jonathan M. Rotter (CA SBN 234137) |
| Marc E. Masters (CA SBN 208375) | Kara M. Wolke (CA SBN 241521) |
| Christopher J. Lee (CA SBN 322140) | Gregory B. Linkh (pro hac vice) |
| **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.** | **GLANCY PRONGAY & MURRAY, LLP** |
| 1875 Century Park East, 23rd Floor | 1925 Century Park East, Suite 2100 |
| Los Angeles, California 90067-2561 | Los Angeles, California 90067-2561 |
| Telephone: (310) 201-2100 | Telephone: (310) 201-9150 |
| erhow@birdmarella.com | jrotter@glancylaw.com |
| mmasters@birdmarella.com | kwolke@glancylaw.com |
| clee@birdmarella.com | glinkh@glancylaw.com |
| | |
| | Y. Gloria Park (pro hac vice) |
| Kalpana Srinivasan (CA SBN 237460) | **SUSMAN GODFREY L.L.P.** |
| Steven Sklaver (CA SBN 237612) | 1301 Avenue of the Americas, 32nd Floor |
| Michael Gervais (CA SBN 330731) | New York, NY 10019 |
| **SUSMAN GODFREY L.L.P**. | Telephone: (212) 336-8330 |
| 1900 Avenue of the Stars, 1400 | gpark@susmangodfrey.com |
| Los Angeles, CA 90067 | |
| Telephone: (310) 789-3100 | Greg Fisk |
| ksrinivasan@susmangodfrey.com | Nicholas Loaiza |
| ssklaver@susmangodfrey.com | John McCauley |
| mgervais@susmangodfrey.com | **SUSMAN GODFREY L.L.P.** |
| | gfisk@susmangodfrey.com |
| | NLoaiza@susmangodfrey.com |
| | JMcCauley@susmangodfrey.com |

On the above-mentioned date, based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification (e-mail) addresses as shown above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2024 in Los Angeles, California.

By:/s/   *Jeremiah Raef Rothschild*
        Jeremiah Raef Rothschild