Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY,
LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

*Attorneys for Plaintiffs*

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Ave. of the Americas
32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC, a corporation; and BYTEDANCE, INC., a corporation,<br><br>Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT. 142] AND CONTINUE DEADLINES; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:    October 11, 2024<br>Time:    8:30 a.m.<br>Crtrm.:  6C<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>Action Filed:  May 26, 2023<br>Trial Date:    Jan. 20, 2025 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE that Plaintiffs Bernadine Griffith, Patricia Shih, Rhonda Irvin, and Jacob Watters will, and hereby do, move this Court for an order to modify the Case Management Order [Dkt No. 142] to continue certain deadlines as follows:

| Event | Prior Dates | Prior Dates | Prior Dates | Requested New Dates |
|---|---|---|---|---|
| Trial | 09/30/24 | 11/25/24 | 01/20/25 | 06/16/25 |
| Pretrial Conf. | 09/13/24 | 11/08/24 | 01/10/25 | 06/06/25 |
| Initial Expert Disclosure Due | 04/26/24 | 07/19/24 | 9/20/24 | 02/21/25 |
| Rebuttal Expert Disclosure Due | 05/10/24 | 08/09/24 | 10/11/24 | 03/12/25 |
| Fact Discovery Cutoff | 05/10/24 | 08/09/24 | 10/11/24 | 03/12/25 |
| Expert Discovery Cutoff | 06/07/24 | 08/23/24 | 11/01/24 | 04/01/25 |
| Discovery Motion Hearing Cutoff | 06/07/24 | 08/23/24 | 11/01/24 | 04/01/25 |
| Non-Discovery Motion Hearing Cutoff | 06/21/24 | 08/23/24 | 11/01/24 | 04/01/25 |
| Settlement Conf. Deadline | 07/05/24 | 08/30/24 | 11/08/24 | 04/08/25 |
| Post-Settlement Status Conference Report Due | 07/12/24 | 09/06/24 | 11/15/24 | 04/15/25 |
| Post-Settlement Conf. | 07/19/24 | 09/13/24 | 11/22/24 | 04/22/25 |
| Trial Filings (1st Set) | 08/16/24 | 10/11/24 | 12/13/24 | 05/09/25 |
| Trial Filings (2nd Set) | 08/30/24 | 10/25/24 | 12/27/24 | 05/23/25 |

Good cause exists for an extension of these dates. Despite Plaintiffs' diligence, Defendants failed to produce the vast majority—over 85%—of their documents until the end of the discovery period, despite their previous agreement not to produce a "last-minute document dump." ECF No. 134 at 14. In the past month, Defendants have produced over 200,000 documents running more than 2.3 million pages, and they have informed Plaintiffs that their production still is not complete. This late production prevented Plaintiffs from using these documents in prior depositions and in connection with their motion for class certification. Plaintiffs should have the

1  opportunity to review these documents, to depose Defendants' witnesses about them,

2  to use them in expert reports, and to incorporate them into Plaintiffs' case strategy.

3       Defendants have stated that while they disagree with Plaintiffs' framing of the

4  issues in this Motion, they do not oppose the relief sought.

5       The Motion is based upon this Notice of Motion and Motion, the attached

6  Memorandum of Points and Authorities, the Schedule of Completed Work attached

7  as Exhibit A hereto, the Declaration of Gregory B. Linkh submitted herewith ("Linkh

8  Declaration" or "Linkh Decl"), accompanying exhibits, all of the papers on file in this

9  action, and upon such other and further evidence or argument that the Court may

10  consider.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Despite their diligence, Plaintiffs have twice already had to move for extensions of the deadlines in this case due to Defendants' discovery delays. *See* Dkt. 82 & 134. In their last motion, filed in April, Plaintiffs explained that nearly a year into this case, Defendants had still produced very few documents from their identified custodians. Dkt. 135 at 10-12. To forestall a motion to compel production of their custodial documents, Defendants reached an agreement with Plaintiffs. That agreement was laid out in Plaintiffs' motion to modify the case schedule (Dkt. 134 at 10-12, 13-14), and Plaintiffs relied on Defendants' agreement in taking depositions, developing expert testimony, moving for class certification, and preparing for summary judgment and trial.

Among other things, Defendants agreed (1) "to produce [their] custodians' documents in the ordinary course and *not wait for a last-minute document dump,*" (2) "to make all reasonable efforts to *produce documents in approximately equal increments* every three weeks," (3) "to ensure that documents Plaintiffs wish to prioritize are *not withheld until the end,*" (4) to adhere to a "substantial complete date for production of documents at least one month prior to the fact discovery cutoff," and (5) "to make all reasonable efforts to produce all such documents [for a custodian being deposed] *at least one week prior to such custodian's deposition.*" Dkt. 134 at 13-14 (emphasis added).

Unfortunately, it has recently become clear that Defendants did not abide by this agreement. Defendants' document production has been ***heavily*** backloaded, with more than 85% of their documents produced in the last month—which is the very definition of a "last-minute document dump." And Defendants' production still is not complete. In addition, their recent productions include thousands of documents from Rule 30(b)(6) and fact witnesses whom Plaintiffs deposed months ago—another violation of the parties' agreement. As a result, Plaintiffs have suffered significant

prejudice to their ability to litigate this case, warranting an extension of the case deadlines. Plaintiffs seek approximately five additional months.[1]

## II.    BACKGROUND

Plaintiffs' previous motions to modify the case schedule (Dkt. 82 & 134) and the Schedule of Completed Work attached to this motion as Exhibit A, discuss in detail Plaintiffs' diligence in pursuing discovery in this case. Defendants made their first production of documents in August 2023. Linkh Decl, ¶ 3. Over the course of the next year, through July 2024, they produced forty-six installments containing altogether 32,214 documents and 220,429 pages. *Id.* at ¶ 4. Then, in the last month, with the October 11 discovery cutoff approaching, Defendants produced *200,259 documents* spanning *2,312,568 pages.* In other words, Defendants did not produce the majority of their production—86.14% by document count and 91.30% by page volume—until the end of the discovery period. Nearly all these documents were produced after the August 16 class certification hearing. *Id.* at ¶ 5.

The following table summarizes Defendants' productions to date:

| Production Dates | Production Volumes | Bates Ranges | Documents | Pages |
|---|---|---|---|---|
| 8/8/23 to 7/19/24 | TTBG001 to TTBG046 | TIKTOK-BG-000000001 – 220429 | 32,214 | 220,429 |
| 8/9/2024 | TTBG047 | TIKTOK-BG-000220430 – 290181 | 6,248 | 69,752 |
| 8/16/2024 | TTBG048 | TIKTOK-BG-000290182 – 669887 | 41,666 | 379,706 |
| 8/23/2024 | TTBG049 | TIKTOK-BG-000669888 – 746560 | 10,112 | 76,673 |
| 9/4/2024 | TTBG050 to TTBG052 | TIKTOK-BG-000746561 – 2532927 | 142,222 | 1,786,367 |
| 9/5/2024 | TTBG053 | TIKTOK-BG-002532928 – 2532997 | 11 | 70 |

*Id.* at ¶ 6.

---

[1] If necessary, Plaintiffs will also file an *ex parte* application to advance the hearing date on this motion.

The bar chart below displays Defendants' productions over time, alongside relevant events in the case. (This chart plots document count on the y-axis. Using page count would yield a similar picture.)



Defendants' document production, moreover, is still ongoing. Counsel confirmed following a meet-and-confer last week that Defendants may produce up to approximately 70,000 additional documents in the coming week.[2] *Id.* at ¶ 11, Exhibit 1. And Defendants still have not committed to a timeline for producing documents responsive to Plaintiffs' last three sets of document requests, which were served in May 2024.

*Id.* at ¶ 9.

Defendants' recent productions include thousands of custodial documents from witnesses whom Plaintiffs deposed months ago, as summarized below:

---

[2] Defendants produced two new volumes of documents on September 9 and 10, 2024. Though Plaintiffs' vendor is still processing those productions, preliminary statistics indicate that they contain more than 37,000 additional documents.

| Witness | Deposition Date | New Custodial Documents Produced in Aug/Sep 2024 |
|---|---|---|
| Branky Shao [30(b)(6) witness] | 6/7/2024 | 14,262 |
| Yunfeng Wei | 7/14/2024 | 5,576 |
| Lizzie Li [30(b)(6) witness] | 6/5/2024 | 4,955 |
| Simran Sahni [30(b)(6) witness] | 6/18/2024 | 2,778 |
| Dan Kirchgessner [30(b)(6) witness] | 4/17/2024 | 582 |
| Becca Wong | 5/17/2024 | 298 |

*Id.* at ¶ 12.

Plaintiffs had no notice or forewarning that Defendants would produce such a large set of documents at the end of fact discovery, let alone over 85% of their entire production. On the contrary, Plaintiffs sought to prevent that from happening. That was the point of the agreement memorialized in Plaintiffs' last motion to modify the case schedule in April, before depositions got underway. At that time, Defendants agreed to produce deponents' custodial documents before their depositions and to deliver their documents in approximately equal installments every few weeks. Dkt. 134 at 13-14. As the figures above establish, Defendants did not do that. Defendants also promised not to give Plaintiffs a "last-minute document dump." *Id.* Yet that is precisely what they have now done.

Plaintiffs have so far been able to review only a portion of Defendants' recent productions. But even that limited review suggests these productions include material information that is relevant to Plaintiffs' key claims. For example, ███████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████



Plaintiffs and their experts should have had the opportunity to review and use these documents and others like them in depositions taken earlier this year, in connection with class certification, and otherwise. But Defendants' late production of the majority of their documents prevented Plaintiffs from doing so. Without an

MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT. 142] AND CONTINUE DEADLINES

1  extension of the remaining case deadlines, Plaintiffs will suffer further prejudice.

2  **III.    ARGUMENT**

3        The Court has inherent authority to control its calendar. *See Yong v. I.N.S.,* 208

4  F.3d 1116, 1119 (9th Cir. 2000). It may extend case deadlines upon a showing of good

5  cause and lack of prejudice to the opposing party. *Johnson v. Mammoth Recreations,*

6  *Inc.*, 975 F.2d 604, 609-10 (9th Cir. 1992); Fed. R. Civ. P. 16(b)(4). To show good

7  cause, a moving party must provide specific reasons for granting an extension and

8  demonstrate its diligence in the litigation. *Id.*

9        As shown above and in the attached Exhibit 1, Plaintiffs have diligently

10  pursued discovery in this case. When necessary, they have timely sought and obtained

11  the Court's assistance in getting relevant discovery from Defendants. *See* Dkts. 64,

12  78, 117, 130. In April, Plaintiffs were prepared to file a motion to compel Defendants

13  to produce the custodial documents at issue here. *See* Dkt. 134 at 7-8. Plaintiffs held

14  off on filing that motion only because Defendants agreed to produce their documents

15  without a Court order. *Id.* Specifically, Defendants agreed to produce their documents

16  in roughly equal installments, before each custodian's deposition, and without any

17  "last-minute document dump." *Id.* at 13-14. The relief sought by Plaintiffs here is to

18  address Defendants' failure to abide by that agreement. It is not the result of any delay

19  or lack of diligence by Plaintiffs.

20        It would take a team of attorneys *months* to review all the approximately

21  200,000 documents in Defendants' recent productions, especially because many of

22  the documents are technical in nature and many are in Chinese. But Plaintiffs will

23  endeavor to get through the documents more efficiently, in approximately six to seven

24  weeks, with the help of predictive-coding technology. Plaintiffs may require

25  additional time to review the 70,000 or so additional documents which Defendants

26  have yet to produce. Plaintiffs then intend to depose Defendants' witnesses,

27  potentially including re-depositions of witnesses for whom Defendants have now

28  produced additional custodial documents, as described above. Plaintiffs' expert

witnesses will need to incorporate Defendants' new documents and depositions into their analysis and reports. Given the scale of these tasks, Plaintiffs believe a five-month extension is reasonable and warranted.

An extension will not prejudice Defendants. Defendants have indicated that, although they do not join in this Motion, they do not oppose the relief sought.

## IV. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and modify the remaining deadlines in the Case Management Order as follows:

| Event | Prior Dates | Prior Dates | Prior Dates | Requested New Dates |
|---|---|---|---|---|
| Trial | 09/30/24 | 11/25/24 | 01/20/25 | 06/16/25 |
| Pretrial Conf. | 09/13/24 | 11/08/24 | 01/10/25 | 06/06/25 |
| Initial Expert Disclosure Due | 04/26/24 | 07/19/24 | 9/20/24 | 02/21/25 |
| Rebuttal Expert Disclosure Due | 05/10/24 | 08/09/24 | 10/11/24 | 03/12/25 |
| Fact Discovery Cutoff | 05/10/24 | 08/09/24 | 10/11/24 | 03/12/25 |
| Expert Discovery Cutoff | 06/07/24 | 08/23/24 | 11/01/24 | 04/01/25 |
| Discovery Motion Hearing Cutoff | 06/07/24 | 08/23/24 | 11/01/24 | 04/01/25 |
| Non-Discovery Motion Hearing Cutoff | 06/21/24 | 08/23/24 | 11/01/24 | 04/01/25 |
| Settlement Conf. Deadline | 07/05/24 | 08/30/24 | 11/08/24 | 04/08/25 |
| Post-Settlement Status Conference Report Due | 07/12/24 | 09/06/24 | 11/15/24 | 04/15/25 |
| Post-Settlement Conf. | 07/19/24 | 09/13/24 | 11/22/24 | 04/22/25 |
| Trial Filings (1st Set) | 08/16/24 | 10/11/24 | 12/13/24 | 05/09/25 |
| Trial Filings (2nd Set) | 08/30/24 | 10/25/24 | 12/27/24 | 05/23/25 |

MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT. 142] AND CONTINUE DEADLINES

1  | Dated: September 11, 2024

By:  /s/ Gregory B. Linkh

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
**BIRD, MARELLA, RHOW,**
**LINCENBERG, DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
**GLANCY PRONGAY & MURRAY, LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (pro hac vice)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
50th Floor
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

11

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel for Plaintiffs certifies that this brief contains 2,170, which complies with the word limit of L.R. 11-6.1.

  */s/ Gregory B. Linkh*
Gregory B. Linkh (*pro hac vice*)

**Exhibit A**

| Completed Work | | | |
|---|---|---|---|
| **Date** | **Party** | **Event** | **Explanation** |
| 5/26/23 | π | Complaint [ECF No. 1] | |
| 6/27/23 | π | RFPs to Defendants (Set #1) | Motion to Compel granted in part; rolling production |
| 7/24/23 | Δ | Motion to Dismiss Complaint [ECF No. 24] | Granted in part and denied in part |
| 8/1/23 | π, Δ | Joint Rule 26(f) Discovery Plan [ECF No. 27] | |
| 8/10/23 | π, Δ | Stipulated Protective Order [ECF No. 33] | |
| 8/11/23 | π, Δ | Mandatory Scheduling Conference | |
| 8/11/23 | π, Δ | Stipulated ESI Discovery Order [ECF No. 34] | |
| 8/18/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000000001-484. | |
| 8/25/23 | π | ROGS to Defendants (Set #1) | Initial and Amended Responses Provided |
| 8/25/23 | π | Letter to Defendants on Duty to Preserve ESI, including ESI to identify class members; to identify information collected from class members; to identify ways in which Defendants use information collected | Letters exchanged; motion to dismiss filed and granted |
| 8/30/23 | π | Subpoena to Build-a-Bear Workshop, Inc. | Response received |
| 8/30/23 | π | Subpoena to Etsy, Inc. | Meet and confer held |
| 8/30/23 | π | Subpoena to Hulu, LLC | Meet and confer held |
| 9/1/23 | Δ | RFPs to Plaintiff Griffith (Set #1) | Meet and confer held |
| 9/1/23 | Δ | ROGS to Plaintiff Griffith (Set #1) | Meet and confer held |

**Exhibit A**

| 9/1/23 | Δ | RFAs to Plaintiff Griffith (Set #1) | Meet and confer held |
|---|---|---|---|
| 9/8/23 | π, Δ | Mandatory Scheduling Conference and Technology Presentation | |
| 9/8/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000000485. | |
| 9/28/23 | π | Motion to Compel Discovery Regarding Websites with TikTok SDK Installed, Damages Calculation, and Custodians [ECF No. 50] | Granted in part and denied in part |
| 9/29/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000000486-1948. | |
| 10/5/23 | Δ | Plaintiff's production of documents bates numbered GRIFFITHTT000001-1731. | |
| 10/6/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000001949-2632. | |
| 10/18/23 | Δ | Plaintiff's production of documents bates numbered GRIFFITHTT001732-51. | |
| 10/20/23 | π | First Amended Complaint [ECF No. 63] | |
| 10/20/23 | π | RFPs to Defendants (Set #2) | Meet and confer held |
| 10/20/23 | π | ROGS to Defendants (Set #2) | Meet and confer held |
| 10/20/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000002633-2793. | |

**Exhibit A**

| | | | |
|---|---|---|---|
| 10/24/23 | π, Δ | Stipulated Order on Expert Discovery [ECF No. 65] | |
| 10/27/23 | π | Subpoena to Feeding America | Response received |
| 10/27/23 | π | Subpoena to Rite Aid Corp. | Response received |
| 10/27/23 | π | Subpoena to Upwork Global, Inc. | Response received |
| 10/27/23 | π | Subpoena to Vitamin Shoppe, Inc. | Response received |
| 10/31/23 | π | RFPs to Defendants (Set #3) | Meet and confer held |
| 10/31/23 | π, Δ | Agreement to negotiate custodians and search terms (in English and Chinese) for RFP Nos. 5, 6, 7, 8, 21, 35, 36, 42, 43, 51, 52, 56, and 58 | Agreement reached on custodians; π awaiting from Δ agreement or hit counts on search terms |
| 11/2/23 | π | Subpoena to ByteDance, Ltd. | Meet and confer held |
| 11/2/23 | Δ | RFPs to Plaintiff Watters (Set #1) | Meet and confer held |
| 11/2/23 | Δ | ROGS to Plaintiff Watters (Set #1) | Meet and confer held |
| 11/2/23 | Δ | RFAs to Plaintiff Watters (Set #1) | Meet and confer held |
| 11/2/23 | Δ | RFPs to Plaintiff Shih (Set #1) | Meet and confer held |
| 11/2/23 | Δ | ROGS to Plaintiff Shih (Set #1) | Meet and confer held |
| 11/2/23 | Δ | RFAs to Plaintiff Shih (Set #1) | Meet and confer held |
| 11/2/23 | Δ | RFPs to Plaintiff Irvin (Set #1) | Meet and confer held |
| 11/2/23 | Δ | ROGS to Plaintiff Irvin (Set #1) | Meet and confer held |
| 11/2/23 | Δ | RFAs to Plaintiff Irvin (Set #1) | Meet and confer held |
| 11/2/23 | Δ | RFPs to Plaintiff Rauch (Set #1) | Plaintiff voluntarily dismissed |

## Exhibit A

| 11/2/23 | Δ | ROGS to Plaintiff Rauch (Set #1) | Plaintiff voluntarily dismissed |
|---|---|---|---|
| 11/2/23 | Δ | RFAs to Plaintiff Rauch (Set #1) | Plaintiff voluntarily dismissed |
| 11/6/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000002794-7820. | |
| 11/8/23 | Δ | Motion to Dismiss First Amended Complaint [ECF No. 71] | Granted in part and denied in part |
| 11/9/23 | π | Motion to Compel Discovery Regarding the Data Collected on Non-TikTok Users and Changes Made to the TikTok SDK [ECF No. 72] | Granted |
| 11/10/23 | π | RFPs to Defendants (Set #4) | Meet and confer held |
| 11/10/23 | π | Request to produce relevant documents hyperlinked in TIKTOK-BG-000002855-TIKTOK-BG-000003217 | Production on 12/15 |
| 11/10/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000007821. | |
| 11/20/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000007822-7830. | |
| 11/30/23 | π | RFPs to Defendants (Set #5) | Meet and confer held |
| 11/30/23 | π | ROGS to Defendants (Set #3) | Meet and confer held |
| 12/1/23 | π | Subpoena to Healthline Media LLC | As this appears to be a shell entity, subpoena was not pursued further. |
| 12/1/23 | π | Defendants' production of documents bates numbered | |

**Exhibit A**

| | | TIKTOK-BG-000007831-7847. | |
|---|---|---|---|
| 12/4/23 | π | Notice of Voluntary Dismissal Without Prejudice by Matthew Rauch [ECF No. 80] | |
| 12/11/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000007848-8273. | |
| 12/12/23 | π | Follow-up on integrity of Defendants' data identifying websites that have used the TikTok Pixel and TikTok Events API | Meet and confer held |
| 12/12/23 | Δ | Plaintiffs' production of documents bates numbered GRIFFITHTT001752-2074 | |
| 12/15/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000008274-10174. | |
| 12/22/23 | π | Motion to Modify Case Management Order and Continue Deadlines [ECF No. 82] | Granted |
| 12/22/23 | π | Defendants' production of documents bates numbered TIKTOK-BG-000010175-10176. | |
| 12/26/23 | Δ | Answer to First Amended Complaint [ECF No. 83] | |
| 12/28/23 | π | Subpoena to Sweetwater Sount Holdings | Responses and Objections Received |
| 12/29/23 | π | Notice of Class Certification 30(b)(6) Deposition | Topics Supplemented on 1/31/24 |
| 1/2/24 | π | Subpoena to Advantage Sales & Marketing LLC | Received "No Records Found" Decl. of COR  Received. |

**Exhibit A**

| 1/2/24 | π | Subpoena to Clear Link Technologies LLC | Received "No Records Found" Decl. of COR  Received. |
|--------|---|------------------------------------------|----------------------------------------------------|
| 1/9/24 | Δ | Plaintiffs' production of documents bates numbered  GRIFFITHTT002075-GRIFFITHTT002091, IRVIN-GRIFFITHTT000001-IRVIN-GRIFFITHTT000128, and SHIH-GRIFFITHTT000001 - SHIH-GRIFFITHTT000173. | |
| 1/12/24 | π | Plaintiffs' Privilege Log | Meet and confer held |
| 1/12/24 | Δ | Defendants' Privilege and Redaction Log | Meet and confer held |
| 1/19/24 | π | RFPs to Defendants (Set #6) | Meet and confer held |
| 1/19/24 | π | ROGS to Defendants (Set #4) | Meet and confer held |
| 1/19/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000010177-117596. | |
| 1/30/24 | π | Subpoena to Recovery Centers of America | Responses and Objections Received |
| 1/30/24 | π | Subpoena to WebMD | Did not respond to subpoena; follow up correspondence sent by Plaintiffs. |
| 1/30/24 | π | Subpoena to Weight Watchers (WW International, Inc.) | Did not respond to subpoena; follow up correspondence sent by Plaintiffs. |
| 1/30/24 | π | Subpoena to Arizona Department of Health Services | Responses and Objections Received |
| 1/30/24 | π | Subpoena to Cerebral, Inc. | Responses and Objections Received |
| 1/30/24 | π | Subpoena to Girl Scouts of USA | Responses and Objections Received |

## Exhibit A

| 1/20/24 | π | Subpoena to Maryland Department of Health | Responses and Objections Received |
|---|---|---|---|
| 1/30/24 | π | Subpoena to Planned Parenthood Federation of America, Inc. | Responses and Objections Received |
| 1/31/24 | π | Notice of 30(b)(6) Deposition | Three depositions scheduled. |
| 2/2/24 | Δ | Plaintiffs' production of documents bates numbered GRIFFITHTT002092 - GRIFFITHTT002115; IRVIN-GRIFFITHTT000129 - IRVIN-GRIFFITHTT000137; SHIH-GRIFFITHTT000174 - SHIH-GRIFFITHTT000182; and WATTERS-GRIFFITHTT000001 - WATTERS-GRIFFITHTT000609 | |
| 2/7/24 | Δ | Defendants' Revised Privilege and Redaction Log | Correspondence between parties concerning revisions |
| 2/14/24 | π | Motion for the Enforcement of the November 27, 2023 Order and for Evidentiary Sanctions [ECF No. 96] | Granted in part and denied in part [ECF No. 117] |
| 2/22/24 | Δ | RFPs to Plaintiff Griffith (Set #2) | Responses and Objections Served |
| 2/23/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000117597-118398. | |
| 2/23/24 | Δ | Plaintiffs' production of documents bates numbered WATTERS- | |

Exhibit A

| | | GRIFFITHTT000610 - WATTERS- GRIFFITHTT000612. | |
|---|---|---|---|
| 3/1/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000118399- 118403. | |
| 3/1/24 | Δ | Plaintiffs' production of documents bates numbered GRIFFITHTT002116 - GRIFFITHTT002117; and SHIH-GRIFFITHTT000183 - SHIH- GRIFFITHTT000186 | |
| 3/11/24 | π | Notice of 30(b)(6) Deposition (Set #2) | Deposition scheduled |
| 3/15/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000118404- 119520. | |
| 3/18/24 | π | RFPs to Defendants (Set #7) | Meet and confer held |
| 3/18/24 | π | ROGS to Defendants (Set #5) | Meet and confer Held |
| 3/25/24 | Δ | Defendants' Supplemental Redaction Log | |
| 3/29/24 | π | Motion to Compel Production of Current and Historical Source Code [ECF No. 121] | On 4/8/24, M.J. Eick ordered production of current and historical source code. [ECF No. 130] |
| 3/29/24 | Δ | Plaintiffs' production of documents bates numbered GRIFFITHTT002118- GRIFFITHTT002124 | |
| 4/3/24 | π | RFPs to Defendants (Set #8) | Meet and confer held |
| 4/5/24 | π | Defendants' production of documents bates numbered | |

Exhibit A

| | | TIKTOK-BG-000119521-123987. | |
|---|---|---|---|
| 4/11/24 | π | Second Amended Complaint, and stipulation regarding substitution of Philip Cantore for Rhonda Irvin. [ECF Nos. 131, 137] | Granted [ECF No. 136] |
| 4/12/24 | π, Δ | Unopposed Motion to Modify Case Management Order. [ECF No. 134] | Granted [ECF No. 142] |
| 4/15/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000123987-124043. | |
| 4/15/24 | π | RFPs to Defendants (Set #9) | Meet and confer held |
| 4/17/24 | π | Application for Leave to File Motion to Enforce November 27, 2023 and March 18, 2024 Orders [ECF No. 141] | Application denied in part [ECF No. 145] |
| 4/17/24 | π | Rule 30(b)(6) Deposition of TikTok employee Dan Kirchgessner | |
| 4/26/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000124044-131769. | |
| 4/29/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000131770-137618. | |
| 4/30/24 | π | Motion to Enforce Court Order and for Evidentiary Sanctions [ECF No. 148] | Denied by M.J. Eick on May 6, 2024 [ECF No. 162] |
| 5/1/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000137619-146457. | |

**Exhibit A**

| 5/6/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000146458-147614. | |
|--------|---|-----------------------------------------|---|
| 5/6/24 | π | RFPs to Defendants (Set #10) | Meet and confer held |
| 5/6/24 | | Defendants' supplemental redaction log for documents produced on April 5, 2024. | |
| 5/10/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000147615-151843. | |
| 5/10/24 | π | RFPs to Defendants (Set #11) | Meet and confer held |
| 5/15/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000151844-151847. | |
| 5/17/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000151848-153089. | |
| 5/17/24 | π | Deposition of former TikTok employee Becca Wong. | |
| 5/17/24 | Δ | Second Set of RFPs and RFAs on Jacob Watters Leady, Bernadine Griffith, Patricia Shih Blough, and Philip Cantore | Meet and confer held |
| 5/20/24 | π | RFPs to Defendants (Set #12) | Meet and confer held |
| 5/22/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000153090-153252. | |
| 5/31/24 | π | Defendants' production of documents bates numbered | |

**Exhibit A**

| | | | |
|---|---|---|---|
| | | TIKTOK-BG-000153253-156649. | |
| 6/3/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000156650-160817. | |
| 6/5/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000160818-160829. | |
| 6/5/24 | π | Rule 30(b)(6) Deposition of TikTok employee Lizzie Li | |
| 6/6/24 | π | Defendants' production of documents bates numbered TIKTOK-BG- 000162562-162568. | |
| 6/7/24 | π | Defendants' production of documents bates numbered TIKTOK-BG- 000160830-162561. | |
| 6/7/24 | π | Rule 30(b)(6) Deposition of TikTok employee Branky Shao | |
| 6/10/24 | π | Defendants' supplemental redaction log for documents produced on May 10. 2024. | |
| 6/11/24 | π | Defendants' production of documents bates numbered TIKTOK-BG- 000162569-168980. | |
| 6/12/24 and 6/13/24 | π | Plaintiffs' experts conduct on-site inspection of Defendants source code | |
| 6/13/24 | π | Defendants' production of documents bates numbered TIKTOK-BG- 000168981-169033. | |

Exhibit A

| 6/13/24 | Δ | Plaintiffs' production of documents bates numbered GRIFFITHTT002125-2195. | |
| 6/17/24 | π | Defendants' supplemental redaction log for documents produced on May 15, 2024 and May 17, 2024. | |
| 6/18/24 | π | Rule 30(b)(6) Deposition of TikTok employee Simran Sahni | |
| 6/21/24 | π | Plaintiffs' Motion for Class Certification [ECF No. 177] | Denied on Sept. 9, 2024 [ECF No. 242] |
| 6/21/24 | Δ | Plaintiffs' production of documents bates numbered GRIFFITHTT002196-2240. | |
| 6/21/24 | π | Plaintiffs served Amended Initial Disclosures. | |
| 6/25/24 | π | Defendants' supplemental redaction log for documents produced on May 22, 2024. | |
| 6/25/24 | Δ | Deposition of named plaintiff Jacob Watters Leady. | |
| 6/26/24 | Δ | Deposition of named plaintiff Bernadine Griffith. | |
| 6/27/24 | Δ | Deposition of named plaintiff Patricia Shih Plough. | |
| 6/28/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000169034-175590. | |
| 7/2/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000175591. | |
| 7/2/24 | Δ | Deposition of Plaintiffs' technical expert Dr. Zubair Shafiq. | |

12

**Exhibit A**

| 7/2/24 | π | Defendants' supplemental redaction log for documents produced on May 31, 2024 and June 3, 2024. | |
|--------|---|---|---|
| 7/3/24 | Δ | Deposition of Plaintiffs' damages expert Dr. Russell W. Mangum III. | |
| 7/5/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000175592-179651. | |
| 7/8/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000179652-179917. | |
| 7/9/24 | Δ | Deposition of Plaintiffs' claims administration expert Eric Schachter. | |
| 7/14/24 | π | Deposition of TikTok employee Yungfeng Wei. | |
| 7/15/24 | π | Defendants' supplemental redaction log for documents produced on June 11, 2024 | |
| 7/19/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000179918-220429 | |
| 7/19/24 | π | Deposition of Defendants' technical expert Ron Schnell. | |
| 7/19/24 | π | Deposition of Defendants' privacy expert Dr. Andrew Stivers. | |
| 7/22/24 | π | Deposition of Defendants' damages expert Lauren Kindler. | |
| 7/29/24 | π | Defendants' supplemental redaction log for documents produced on June 28, 2024. | |

**Exhibit A**

| 8/2/24 | π | Motion for Sanctions for Data Spoliation. [ECF No. 204] | Denied without prejudice by M.J. Eick on 8/13/24 [ECF No. 219] |
|---|---|---|---|
| 8/9/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000220430-290181. | |
| 8/9/24 | π | Defendants' supplemental redaction log for documents produced on July 9, 2024. | |
| 8/14/24 | π | ROGs to Defendants (Set #6) | Responses and Objections Due September 13, 2024. |
| 8/14/24 and 8/16/24 | π | Plaintiffs' experts conduct on-site inspection of Defendants source code | |
| 8/16/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000290182-669887. | |
| 8/19/24 to 8/21/24 | π | Plaintiffs' experts conduct on-site inspection of Defendants source code | |
| 8/23/24 | π | Defendants' supplemental redaction log for documents produced on July 19, 2024. | |
| 8/23/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000669888-746560. | |
| 9/4/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-000746561-002532927. | |
| 9/5/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-002532928 - 002532997. | |
| 9/9/24 | π | Defendants' production of documents bates numbered | |

**Exhibit A**

|  |  | TIKTOK-BG-002532998 – 002906765. |  |
|---|---|---|---|
| 9/10/24 | π | Defendants' production of documents bates numbered TIKTOK-BG-002906766 - 002944796. |  |
| 9/11/24 | π | Deposition of TikTok employee Sheraz Amin |  |
|  |  |  |  |

**Exhibit A**

| | | | **Remaining Work** |
|---|---|---|---|
| | | | |
| 10/11/24 | π | Complete inspection of Defendants' source code | As indicated above, Plaintiffs source code experts have conducted on-site inspections of Defendants' source code on 6/12, 6/13, 8/14, 8/16, and 8/19-8/21. Given the nature and volume of the source code, additional inspection may be needed.<br><br>M.J. Eick ordered Defendants to produce their source code (ECF No. 30). The parties agreed that the production would take the form of Defendants making the code available at their counsel's offices in Los Angeles. Accommodating this form of production has taken additional time. |
| 10/31/24 | π | Review Defendants' recent document productions | From August 9 to September 5, 2024, Defendants produced 200,259 documents spanning 2,312,568 pages. This represents more than 85% of Defendants' entire production to date by document count, and over 90% by page count. These document productions were unexpected and contrary to Defendants' prior agreement not to provide a "last-minute document dump" (ECF No. 134 at 14).<br><br>Plaintiffs plan to use predictive-coding technology to expedite their review and analysis of these documents. Plaintiffs have begun review of the recent productions from August. But Plaintiffs anticipate it will take six to seven weeks to complete their review. |
| 11/15/24 | π | Review additional documents to be produced by Defendants | Defendants have stated that they plan to produce approximately 70,000 additional documents in the coming week(s). Plaintiffs plan to review these documents using predictive-coding technology. Based |

**Exhibit A**

| | | | |
|---|---|---|---|
| | | | on Defendants' representations concerning volume, Plaintiffs anticipate this review will take  approximately two weeks. |
| 01/31/25 | π | Notice and Take Depositions of Defendants' Employees and Former Employees | Plaintiffs are planning to take at least the following depositions: Sandy Chang (Date TBD) Christian Bingham (Date TBD)<br><br>Plaintiffs may identify additional deponents based on their review of Defendants' recent and forthcoming productions.<br><br>Plaintiffs have also notified Defendants that they reserve the right to re-take certain depositions based on the recently produced documents.<br><br>Additional time for this task will be required given the large number of documents Defendants recently produced. |
| 2/21/25 | π | Prepare Merits Expert Reports | Plaintiffs' experts will incorporate documents from Defendants' recent productions and depositions still to be taken into their analysis and merits reports.<br><br>Additional time for this task will be required given the large number of documents Defendants have produced. |

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.   On September 11, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 11, 2024.


*/s/ Gregory B. Linkh*
Gregory B. Linkh