Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, BOXER,
WOLPERT, NESSIM, DROOKS,
LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Ave. of the Americas
32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC, a corporation; and BYTEDANCE, INC., a corporation,<br><br>Defendants. | CASE NO. 5:23-cv-00964-SB-E<br><br>**JOINT STATEMENT RE SEALING OF ORDER DENYING MOTION FOR CLASS CERTIFICATION (ECF 242)**<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>Action Filed: May 26, 2023<br>Trial Date: Jan. 20, 2025 |

1  Pursuant to footnote 1 of the Order Denying Motion for Class Certification
2  (ECF 242), the parties hereby inform the Court that no part of the opinion should
3  remain sealed.

| | |
|---|---|
| Dated: September 13, 2024 | By: */s/ Jonathan M. Rotter* |
| | Ekwan E. Rhow (CA SBN 174604)<br>Marc E. Masters (CA SBN 208375)<br>Christopher J. Lee (CA SBN 322140)<br>**BIRD, MARELLA, RHOW,**<br>**LINCENBERG, DROOKS & NESSIM, LLP**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>erhow@birdmarella.com<br>mmasters@birdmarella.com<br>clee@birdmarella.com |
| | Jonathan M. Rotter (CA SBN 234137)<br>Kara M. Wolke (CA SBN 241521)<br>Gregory B. Linkh (*pro hac vice*)<br>**GLANCY PRONGAY & MURRAY, LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-9150<br>jrotter@glancylaw.com<br>kwolke@glancylaw.com<br>glinkh@glancylaw.com |
| | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612)<br>Michael Gervais (CA SBN 330731)<br>**SUSMAN GODFREY L.L.P.**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>mgervais@susmangodfrey.com |
| | Y. Gloria Park (pro hac vice)<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West<br>50th Floor<br>Telephone: (212) 336-8330<br>Facsimile: (310) 336-8340<br>gpark@susmangodfrey.com |
| | John W. McCauley (*pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>jmccauley@susmangodfrey.com |
| | *Attorneys for Plaintiffs* |

DATED: September 13, 2024

By:     */s/ Victor Jih*
        Victor Jih

Victor Jih, SBN 186515
Kelly H. Yin, SBN 3283
Wilson Sonsini Goodrich & Rosati, P.C.
1900 Avenue of the Stars, 28th Floor
Century City, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com; kyin@wsgr.com

Luis Li, SBN 156081
Wilson Sonsini Goodrich & Rosati, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
luis.li@wsgr.com

Dylan Grace Savage, SBN 310452
Thomas Wakefield, SBN 330121
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
dsavage@wsgr.com; twakefield@wsgr.com

*Attorneys for Defendants
TikTok Inc. and ByteDance Inc.*

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 13, 2024

    */s/ Jonathan M. Rotter*
    Jonathan M. Rotter

3
JOINT STATEMENT RE SEALING OF ORDER DENYING MOTION FOR CLASS CERTIFICATION (ECF 242)

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 13, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2024.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter