| | |
|---|---|
| Ekwan E. Rhow (CA SBN 174604)<br>erhow@birdmarella.com<br>Marc E. Masters (CA SBN 208375)<br>mmasters@birdmarella.com<br>Christopher J. Lee (CA SBN 322140)<br>clee@birdmarella.com<br>BIRD, MARELLA, RHOW,<br>LINCENBERG, DROOKS &<br>NESSIM, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110 | Kalpana Srinivasan (CA SBN 237460)<br>Steven Sklaver (CA SBN 237612)<br>Michael Gervais (CA SBN 330731)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars<br>14th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>ksrinivasan@susmangodfrey.com<br>ssklaver@susmangodfrey.com<br>mgervais@susmangodfrey.com |
| Jonathan M. Rotter (CA SBN 234137)<br>Kara M. Wolke (CA SBN 241521)<br>Gregory B. Linkh (*pro hac vice*)<br>GLANCY PRONGAY & MURRAY, LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-9150<br>jrotter@glancylaw.com<br>kwolke@glancylaw.com<br>glinkh@glancylaw.com | Y. Gloria Park (*pro hac vice*)<br>SUSMAN GODFREY L.L.P.<br>One Manhattan West, 50th Floor<br>New York, NY 10001<br>Telephone: (212) 336-8330<br>gpark@susmangodfrey.com<br><br>John W. McCauley (*pro hac vice*)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>jmccauley@susmangodfrey.com |

*Attorneys For Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>TIKTOK, INC., a corporation;<br>BYTEDANCE, INC., a corporation<br><br>    Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**STIPULATION OF VOLUNTARY DISMISSAL BY PHILIP CANTORE**<br><br>**Assigned to Hon. Stanley Blumenfeld, Jr.** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Philip Cantore and Defendants TikTok Inc. and ByteDance Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice and without fees or costs to any party, all claims against Defendants. This dismissal applies to Philip Cantore only. The other plaintiffs, Bernadine Griffith, Patricia Shih, and Jacob Watters ("Plaintiffs"), remain in the case.

The parties further stipulate that counsel for Plaintiffs will submit the instant Stipulation for filing with the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: October 1, 2024 | By: | */s/ Gregory B. Linkh* |

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (pro hac vice)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

John W. McCauley (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

Attorneys for Plaintiffs

| | | |
|---|---|---|
| DATED: October 1, 2024 | By: | */v/ Victor Jih* |
| | | Victor Jih |

Victor Jih, SBN 186515
Kelly H. Yin, SBN 3283
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of the Stars, 28th Floor
Century City, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com;
kyin@wsgr.com

Luis Li, SBN 156081
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
luis.li@wsgr.com

Dylan Grace Savage, SBN 310452
Thomas Wakefield, SBN 330121
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300 San Francisco, CA 94105
Telephone: (424) 446-6900
dsavage@wsgr.com;
twakefield@wsgr.com

Attorneys for Defendants
TikTok Inc. and ByteDance Inc.

# CERTIFICATE OF SERVICE

This is to certify that on October 1, 2024, I caused a copy of the foregoing document to be delivered via email to the following individuals:

| | |
|---|---|
| Victor Jih<br>Kelly Yin<br>J. Raef Rothschild<br>Christopher Hurley<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1900 Avenue of The Stars, 28th Floor<br>Los Angeles, CA 90067<br>vjih@wsgr.com<br>kyin@wsgr.com<br>jrothschild@wsgr.com<br>churley@wsgr.com | Caitlin McKelvie<br>**WILSON SONSINI GOODRICH & ROSATI**<br>15 West South Temple<br>Gateway Tower West, Suite 1700<br>Salt Lake City, UT 84101<br>Telephone: 801-401-8510<br>cmckelvie@wsgr.com |
| Dylan Savage<br>Thomas Wakefield<br>**WILSON SONSINI GOODRICH & ROSATI**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>dsavage@wsgr.com<br>twakefield@wsgr.com | Anthony Weibell<br>Sophie Mancall-Bitel<br>**MAYER BROWN**<br>Two Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2030<br>aweibell@mayerbrown.com<br>smancallbitel@mayerbrown.com |
| Sheryl Shapiro Bassin<br>**WILSON SONSINI GOODRICH & ROSATI**<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 497-7725<br>sbassin@wsgr.com | Eric Kohan<br>**WILSON SONSINI GOODRICH & ROSATI**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>ekohan@wsgr.com |

#

*/s/ Gregory B. Linkh*
Gregory B. Linkh