Ekwan E. Rhow (CA SBN 174604)
  erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
  mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
  clee@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS &
NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**DISCOVERY MATTER (FOR DISTRICT JUDGE PER MAGISTRATE JUDGE)**<br><br>**PLAINTIFFS' MOTION FOR RULE 37(E)(1) MEASURES FOR DATA SPOLIATION**<br><br>Hon. Stanley Blumenfeld, Jr.<br>Date:   October 25, 2024<br>Time:  8:30 AM<br><br>Discovery Hearing Cutoff: Nov. 1, 2024<br>Pretrial Conference Date: Jan. 10, 2024<br>Trial Date:                     Jan. 21, 2025 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 25, 2024, before the Honorable Stanley Blumenfeld, Jr., United States District Judge, Plaintiffs will and hereby do move, pursuant to Federal Rule of Civil Procedure 37(e)(1), for measures no greater than necessary to cure the prejudice that Plaintiffs have suffered from Defendants' spoliation of non-TikTok user data that they have collected through the TikTok Pixel and/or TikTok Events API.

Plaintiffs note that, as of the filing of this Motion, the date of October 25, 2024 is closed for civil hearings on Judge Blumenfeld's calendar. However, when Plaintiffs initiated the Motion by serving their portion of the joint stipulation on Defendants on September 26, 2024, the October 25, 2024 date was open for civil hearings. Further, on September 23, 2024, when Plaintiffs filed their Motion for Reconsideration regarding Order on Motion to Certify Class Action (Dkt. 252), the October 25, 2024 hearing date was available, and Plaintiffs thus noticed the Reconsideration Motion for hearing on that date. Given Plaintiffs' understanding that the Reconsideration Motion is already noticed for hearing on October 25, Plaintiffs have noticed the hearing for the instant Rule 37(e)(1) Motion on that date as well (1) in case the Court wishes to consider the motions in conjunction, and (2) because as of the filing of this Motion, the date of November 1, 2024, which is the motion cut-off in this case, is also closed for civil hearings. Plaintiffs note that the Court's Standing Order provides that "[a] motion filed on a closed hearing date will be stricken or continued at the Court's discretion. *A party that waits too long and files a motion to be heard on a date that turns out to be unavailable risks having the motion stricken and not considered at all.*" Plaintiffs submit that the Court should not strike this motion but should instead decide it.

This motion is made following the conferences of counsel pursuant to L.R. 7-3 and L.R. 37-1 which took place on May 14, 2024.

      This motion is based upon this notice, the concurrently filed joint stipulation, the exhibits and declarations attached thereto, the pleadings and records on file in this action and such other matters as the Court deems necessary and proper.

Dated: October 4, 2024        By: /s/ *Ekwan E. Rhow*

      Ekwan E. Rhow (CA SBN 174604)
      Marc E. Masters (CA SBN 208375)
      Christopher J. Lee (CA SBN 322140)
      **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**
      1875 Century Park East, 23rd Floor
      Los Angeles, California 90067-2561
      Telephone: (310) 201-2100
      erhow@birdmarella.com
      mmasters@birdmarella.com
      clee@birdmarella.com

      Jonathan M. Rotter (CA SBN 234137)
      Kara M. Wolke (CA SBN 241521)
      Gregory B. Linkh (*pro hac vice*)
      **GLANCY PRONGAY & MURRAY, LLP**
      1925 Century Park East, Suite 2100
      Los Angeles, California 90067-2561
      Telephone: (310) 201-9150
      jrotter@glancylaw.com
      kwolke@glancylaw.com
      glinkh@glancylaw.com

      Kalpana Srinivasan (CA SBN 237460)
      Steven Sklaver (CA SBN 237612)
      Michael Gervais (CA SBN 330731)
      **SUSMAN GODFREY L.L.P.**
      1900 Avenue of the Stars, Suite 1400
      Los Angeles, CA 90067
      Telephone: (310) 789-3100
      Facsimile: (310) 789-3150
      ksrinivasan@susmangodfrey.com
      ssklaver@susmangodfrey.com
      mgervais@susmangodfrey.com

      Y. Gloria Park (pro hac vice)
      **SUSMAN GODFREY L.L.P.**
      One Manhattan West, 50th Floor
      New York, NY 10001
      Telephone: (212) 336-8330
      Facsimile: (310) 336-8340
      gpark@susmangodfrey.com

|   |   |
|---|---|
| 1 | |
| 2 | John W. McCauley (pro hac vice) |
|   | **SUSMAN GODFREY L.L.P.** |
| 3 | 1000 Louisiana Street, Suite 5100 |
|   | Houston, TX 77002 |
| 4 | Telephone: (713) 651-9366 |
|   | Facsimile: (713) 654-6666 |
| 5 | jmccauley@susmangodfrey.com |
| 6 | *Attorneys for Plaintiffs* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 4, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2024, at Nassau County, NY.

/s/ *Y. Gloria Park*
Y. Gloria Park