# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>TIKTOK, INC. et al.,<br><br>　　　Defendants. | Case No. 5:23-cv-00964-SB-E<br><br><br>ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER [DKT. NO. 134] |

　　　The Court issued a case management order (CMO) on September 8, 2023, Dkt. No. 40, and later granted a motion to extend the deadlines in the CMO by approximately two months, cautioning that the parties should not expect any further extensions absent a showing of good cause, Dkt. No. 85. Plaintiffs have now filed a second motion to extend the remaining deadlines by two to three months, which they claim is necessary because Defendants have not complied with their discovery obligations, frustrating Plaintiffs' ability to prepare their class certification motion in time to meet the upcoming filing deadline. Dkt. No. 134.[1] Defendants disagree with Plaintiffs' characterization of their conduct but are unopposed to the requested extension. Dkt. No. 140. The Court finds this matter suitable for decision without oral argument and vacates the May 10, 2024 motion hearing. Fed. R. Civ. P. 78; L.R. 7-15. Plaintiffs' application to shorten time and advance the hearing date, Dkt. No. 135, is therefore denied as moot.

---

[1] Plaintiffs also filed an application to seal two of the exhibits to their motion, pursuant to Defendants' designation of those documents as confidential, Dkt. No. 132, and Defendants filed a declaration in support of that request, Dkt. No. 138. The application to seal is granted.

1

Based on the Court's review of the record, this is a case in which Plaintiffs have requested voluminous discovery and both sides appear to have been diligently working to zealously advocate for their clients. As to their discovery disputes, which have been many, while there are some indications of overreaching by Plaintiffs and of noncompliance by Defendants, there are also some indications of reasonable cooperation and professionalism. The Court does not believe that it would be productive to assign blame at this time, and instead encourages the parties to redouble their efforts to cooperate reasonably and to complete the discovery ordered by the magistrate judge, as they appear capable of doing. To facilitate such cooperation, the Court will allow the parties some additional time to complete the discovery needed for Plaintiffs' class certification motion. Accordingly, Plaintiff's motion to modify the CMO is granted in part, and the remaining deadlines in the CMO are modified as follows:

| Event | Prior Dates | Current Dates | New Dates |
|---|---|---|---|
| **Trial** | 09/30/24 | 11/25/24 | 01/20/25 |
| **Pretrial Conf.** | 09/13/24 | 11/08/24 | 01/10/25 |
| **Motion for Class Certification due** | 02/09/24 | 05/03/24 | 06/21/24 |
| **Opposition to Motion for Class Certification due** | 02/23/24 | 05/17/24 | 07/12/24 |
| **Reply Brief ISO Motion for Class Certification due** | 03/01/24 | 05/24/24 | 07/26/24 |
| **Hearing on Motion for Class Certification** | 03/15/24 | 06/07/24 | 08/16/24 |
| **Initial Expert Disclosure due** | 04/26/24 | 07/19/24 | 9/20/24 |
| **Rebuttal Expert Disclosure due** | 05/10/24 | 08/09/24 | 10/11/24 |
| **Fact Discovery Cutoff** | 05/10/24 | 08/09/24 | 10/11/24 |
| **Expert Discovery Cutoff** | 06/07/24 | 08/23/24 | 11/01/24 |
| **Discovery Motion Hearing Cutoff** | 06/07/24 | 08/23/24 | 11/01/24 |
| **Non-Discovery Motion Hearing Cutoff** | 06/21/24 | 08/23/24 | 11/01/24 |
| **Settlement Conf. Deadline** | 07/05/24 | 08/30/24 | 11/08/24 |
| **Post-settlement Status Conference Report due** | 07/12/24 | 09/06/24 | 11/15/24 |
| **Post-Settle. Conf.** (8:30 am) | 07/19/24 | 09/13/24 | 11/22/24 |
| **Trial Filings (1st Set)** | 08/16/24 | 10/11/24 | 12/13/24 |
| **Trial Filings (2nd Set)** | 08/30/24 | 10/25/24 | 12/27/24 |

The Court expects the parties to continue to proceed with diligence, to cooperate with one another in good faith, and to comply with the magistrate

2

judge's discovery orders.  ***The parties should not expect any further continuances***.

Date: April 18, 2024   _____
                                     Stanley Blumenfeld, Jr.
                                     United States District Judge

3