VICTOR JIH, SBN 186515
vjih@wsgr.com
KELLY H. YIN, SBN 328380
kyin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

LUIS LI, SBN 156081
luis.li@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street
Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

SHERYL S. BASSIN, NY SBN 4662797
sbassin@wsgr.com
(admitted *pro hac vice*)
DYLAN G. SAVAGE, CA SBN 310452
dsavage@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas.
40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

THOMAS WAKEFIELD, SBN 330121
twakefield@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNADINE GRIFFITH, et al., Individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

TIKTOK INC., a corporation; BYTEDANCE, INC. a corporation,

*Defendants*.

Case No. 5:23-cv-0964-SB-E

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Stanley Blumenfeld, Jr.
Date: November 1, 2024
Time: 8:30 a.m.
Place: U.S. Courthouse
350 West 1st Street
Los Angeles, CA 90012
Courtroom 6C

Action Filed: May 26, 2023
Trial Date: January 20, 2025

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on November 1, 2024 at 8:30 a.m. in Courtroom 6C of this Court, Defendants will and hereby do move, pursuant to Federal Rule of Civil Procedure 56(a), for an order granting summary judgment in favor of Defendants. The Motion is made on the grounds that there is no genuine dispute as to any material fact, that Defendants are entitled to judgment on all claims as a matter of law, there is no evidence of any actionable disclosure of Plaintiffs' private information or communications; there is no evidence that the "contents" of any of Plaintiffs' communications were intercepted; Plaintiffs consented to the use tracking tools to collect data of their activities on the websites at issue; and there is no evidence that any Property was taken.

This Motion is based on this Notice of Motion, the concurrently filed Joint Brief regarding Summary Judgment, Joint Appendix of Facts, and Joint Appendix of Evidence & exhibits attached thereto, the Joint Appendix of Objections and the Reply Memorandum to be filed, in addition to such further argument as may be presented to the Court at or before the hearing in this matter.

This Motion is made following the conference of counsel pursuant to Local Civil Rule 7-3 which took place on September 9, 2024, at which the parties were unable to resolve the substantive issues addressed in this Motion.

Dated: October 4, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Victor Jih*
Victor Jih

*Attorney for Defendants*
TikTok Inc. and ByteDance Inc.