1

2  VICTOR JIH,                          SHERYL SHAPIRO BASSIN,
   SBN 186515                           SBN 4662797
3  KELLY H. YIN,                        DYLAN GRACE SAVAGE,
   SBN 328380                           SBN 310452
4  WILSON SONSINI GOODRICH &            WILSON SONSINI GOODRICH &
   ROSATI, P.C.                         ROSATI, P.C.
5  1900 Avenue of The Stars,            1301 Avenue of the Americas.
   28th Floor                           40th Floor
6  Los Angeles, CA 90067                New York, NY 10019
   Telephone: (424) 446-6900            Telephone: (212) 999-5800
7  Facsimile:  (866) 974-7329           Facsimile: (866) 974.7329
   vjih@wsgr.com                        sbassin@wsgr.com
8  kyin@wsgr.com                        dsavage@wsgr.com

9  LUIS LI,
   SBN 156081
10 WILSON SONSINI GOODRICH &            THOMAS WAKEFIELD,
   ROSATI, P.C.                         SBN 330121
11 953 East Third Street                WILSON SONSINI GOODRICH &
   Suite 100                            ROSATI, P.C.
12 Los Angeles, CA 90013                One Market Plaza, Spear Tower,
   Telephone: (323) 210-2900            Suite 3300
13 luis.li@wsgr.com                     San Francisco, CA 94105
                                        Telephone: (424) 446-6900
14                                      twakefield@wsgr.com

15 *Attorneys for Defendants*
   *TikTok Inc. and ByteDance Inc.*
16

17            UNITED STATES DISTRICT COURT

18            CENTRAL DISTRICT OF CALIFORNIA

19 BERNADINE GRIFFITH, et al.,          Case No. 5:23-cv-0964-SB-E
   Individually and on behalf of all
20 others similarly situated,           **JOINT APPENDIX OF FACTS**

21              *Plaintiffs*,           **REDACTED VERSION OF**
                                        **DOCUMENT PROPOSED TO BE**
22        v.                            **FILED UNDER SEAL**

23 TIKTOK INC., a corporation;
24 BYTEDANCE, INC. a corporation,       Judge: Hon. Stanley Blumenfeld, Jr.
                                        Place: Courtroom 6C
25              *Defendants*.
                                        Action Filed: May 26, 2023
26                                      Trial Date: January 20, 2025

27

28

# JOINT APPENDIX OF FACTS

Plaintiffs BERNADINE GRIFFITH, PATRICIA SHIH, and JACOB WATTERS ("Plaintiffs"), and Defendants TIKTOK INC. and BYTEDANCE, INC. ("Defendants"), hereby submit this Joint Appendix of Facts in Support of their Joint Brief Re Motion for Summary Judgment.

| SUF NO. | FACT | SUPPORTING EVIDENCE | RESPONSE |
|---|---|---|---|
| **BACKGROUND** | | | |
| 1. | The Pixel is a piece of code that can be embedded on webpages to send information about online events to Defendant TikTok, Inc. | • Li Dep. at 38:5-10, JAE Ex. 3 | Undisputed |
| 2. | Events API is server-to-server connection that can be used to send information directly from an advertiser's server to Defendant TikTok, Inc. | • Li Dep.at 48:8-10, JAE Ex. 3 | Undisputed |
| 3. | Advertisers control whether to use these tools. | • Li Dep.at 141:10-13, JAE Ex. 3 | Undisputed |
| 4. | Website owners control the installation and configuration of these | • Li Dep. at 38:5-10, 38:17-22 39:6- | Disputed. The evidence reflects that Defendants at least in |

| | tools and what is shared. | 10, 48:14-17, JAE Ex. 3 | part control the installation and configuration of the Pixel and Events API and the data they collect through these tools. |
|---|---|---|---|
| | | | • Shafiq Opening Class Cert. Decl. at ¶35 (JAE Ex. 30) |
| | | | • Shafiq Class Cert. Reply Decl. at ¶19 (JAE 56) |
| | | | • Schnell Class Cert Decl. at ¶41 (JAE Ex. 28) |
| | | | • TIKTOK-BG-000000875 (JAE Ex. 61) |
| | | | • TIKTOK-BG-000151364 (JAE Ex. 62) |
| | | | • TIKTOK-BG-000151574 (JAE Ex. 63) |

| | | | |
|---|---|---|---|
| | | | • TIKTOK-BG-000150667 (JAE Ex. 64) |
| 5. | Both tools collect and send information about website visitors without regard to whether they are TikTok users, which Defendants attempt to match to their records of TikTok users. | • Sahni Dep. at 194:23-195:3, JAE Ex. 6 | Undisputed |

**Issue 1.  DEFENDANTS' POSITION: THERE IS NO EVIDENCE THAT ANY IDENTIFYING OR SENSITIVE DATA ABOUT PLAINTIFFS WAS DISCLOSED TO DEFENDANTS.**

| | | | |
|---|---|---|---|
| 6. | No sensitive personal information of Plaintiffs was disclosed to or collected by Defendants through use of the Pixel. | • Schnell September Report ¶¶ 18-19, 29 38, 40, 47, 59, JAE Ex. 29<br>• Li Dep. at 39:6-10, JAE Ex. 3<br>• Griffith iPhone | Disputed. The evidence provides facts upon which a reasonable jury could conclude that ████████ <br>• Shafiq SJ Declaration at ¶¶ 4-46 (JAE 58) |

| | | | |
|---|---|---|---|
| | | Artifacts (Webkit Browser Web History tab), JAE Ex. 11<br>• Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12<br>• Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21<br>• Shih HD1 Internet Artifacts (Browser History | • Shafiq Opening Report, Section V, ¶¶ 52-67 (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66)<br>• Supplemented Appendix R to Shafiq Opening Report (JAE Ex. 67) |

| | | | |
|---|---|---|---|
| | | tab), JAE Ex. 22 | |
| | | • Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23 | |
| | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | |
| | | • Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History | |

| | | | |
|---|---|---|---|
| | | tab), JAE Ex. 25<br>• Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26<br>• Watters Galaxy A02s Internet Artifacts (Chrome Web History | |
| 7. | No sensitive personal information of Plaintiffs was disclosed | • Schnell September Report ¶¶ | Disputed. The evidence provides facts upon which a |

| | | |
|---|---|---|
| to Defendants through use of Events API. | 18-19, 29 38, 40, 47, 59, JAE Ex. 29<br>• Li Dep. at 39:6-10, JAE Ex. 3<br>• Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11<br>• Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12<br>• Shih Macbook Internet Artifacts | reasonable jury could conclude that ████████<br>████████<br>████████<br>████████<br>████████<br>• Shafiq SJ Declaration at ¶¶ 4-46 (JAE 58)<br>• Shafiq Opening Report at Sec. V (¶¶52-67) (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66)<br>• Supplemented Appendix R to Shafiq Opening Report (JAE Ex. 67) |

| | | | |
|---|---|---|---|
| | | (Browser History tab), JAE Ex. 21 | |
| | | • Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22 | |
| | | • Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23 | |
| | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | |
| | | • Watters Desktop | |

| | | | |
|---|---|---|---|
| | | Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25<br><br>• Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26<br><br>• Watters Galaxy A02s | |

| | | | |
|---|---|---|---|
| | | Internet Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | |
| 8. | The URLs for the Hulu, Etsy, RiteAid, Build-A-Bear, Upwork and Sweetwater webpages that Plaintiffs claim to have visited are not configured to disclose their name, dates of birth, gender, phone number, email address or physical address. | • Schnell September Report ¶¶ 18, 39-42, 47-48, 56-5759, 62-64, JAE Ex. 29<br>• Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11 | Disputed. The evidence demonstrates that the URLs for the Hulu, Etsy, RiteAid, Build-A-Bear, Upwork and Sweetwater webpages ███████ |

| | | | |
|---|---|---|---|
| | | • Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12<br><br>• Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21<br><br>• Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22<br><br>• Shih HD2 Internet Artifacts (Browser History | • Shafiq SJ Declaration at ¶¶47-48 (JAE Ex. 58)<br><br>• JAE Ex. 72 (list of URLs containing plaintext email addresses) |

| | | | |
|---|---|---|---|
| | | tab), JAE Ex. 23 | |
| | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | |
| | | • Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25 | |
| | | • Watters Galaxy S22 Internet Artifacts (Chrome | |

| | | | | |
|---|---|---|---|---|
| | | | Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26<br><br>• Watters Galaxy A02s Internet Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | |
| 9. | Any information disclosed about Plaintiffs' online activities to Defendants did not reveal to Defendants or enable | • Schnell September Report ¶¶ 18-19, 29, 38, 40, 47, 59, 61, JAE Ex. 29 | Disputed. The evidence demonstrates that ██████ |

| | | | |
|---|---|---|---|
| | them to discover their actual personal identity. | • Shafiq CC ¶¶ 58-63, JAE Ex. 3030<br>• Schnell July Report ¶ 33, JAE Ex. 28<br>• Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11<br>• Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12<br>• Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21<br>• Shih HD1 Internet Artifacts (Browser | ▮▮▮▮<br>▮▮▮▮<br>▮▮▮▮<br>▮▮▮▮<br>▮▮▮▮▮<br>▮▮▮▮▮<br>▮▮▮▮<br>▮▮<br>• Shafiq SJ Declaration, Sec. I at ¶¶ 7-8, 11, 34 (JAE 58)<br>• Shafiq Opening Report at Sec. V (¶¶52-67) (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66)<br>• Supplemented Appendix R to Shafiq Opening Report (JAE Ex. 67) |

| | | | |
|---|---|---|---|
| | | History tab), JAE Ex. 22 | |
| | | • Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23 | |
| | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | |
| | | • Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25 | |
| | | • Watters Galaxy S22 Internet | |

| | | | |
|---|---|---|---|
| | | Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26<br>• Watters Galaxy A02s Internet Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | |
| 10. | The browsing history for Plaintiffs do not reveal that any of the URLs for Hulu, Etsy, RiteAid, Build-A-Bear, Upwork or Sweetwater webpages disclosed Plaintiffs' name, date of birth, phone number, | • Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11<br>• Griffith Desktop Artifacts (Chrome Web | Undisputed. *But see* JAO. |

| | email address or physical address. | History tab), JAE Ex. 12<br><br>• Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21<br><br>• Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22<br><br>• Shih HD1 Internet Artifacts (Browser History tab, row 16), JAE Ex. 22<br><br>• Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23 | |

| | | | |
|---|---|---|---|
| | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24<br>• Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25<br>• Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26 | |

| | | | • Watters Galaxy A02s Internet Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | |
| --- | --- | --- | --- | --- |
| 11. | The browsing history for Plaintiffs do not reveal that any of the URLs for Hulu, ***Etsy***, RiteAid, Build-A-Bear, Upwork or Sweetwater webpages disclosed any of Plaintiffs' ***sensitive*** information. | | • Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11<br>• Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12<br>• Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21 | Disputed in part. |

| | | | |
|---|---|---|---|
| | | • Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22 | |
| | | • Shih HD1 Internet Artifacts (Browser History tab, row 16), JAE Ex. 22 | |
| | | • Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23 | |
| | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | |
| | | • Watters Desktop Internet | |

| | | | |
|---|---|---|---|
| | | Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25 | |
| | | • Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26 | |
| | | • Watters Galaxy A02s Internet Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | |

| 12. | Griffith did not disclose *sensitive personal information* while visiting the *Hulu, Etsy, RiteAid,* or Build-A-Bear webpages that was transmitted to Defendants through those websites' use of Pixel or Events API. | • Build-A-Bear Workshop Letter, JAE Ex. 8 <br> • Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11 <br> • Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12 <br> • Griffith November 2023 Hulu Report at 1, JAE Ex. 13 <br> • Griffith April 2023 Hulu Report at 1, JAE Ex. 14 <br> • Griffith 2020 Hulu Report at 1, JAE Ex. 15 | Disputed in part. As to "personal" information: The evidence demonstrates that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> • Shafiq SJ Declaration at ¶¶ 4-48 (JAE 58) <br> • Shafiq Opening Report at Sec. V |

| | | | • Griffith 2019 Hulu Report at 1, JAE Ex. 16 | (¶¶52-67) (JAE Ex. 57) |
| | | | | • Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66) |
| | | | • Griffith Dep. 173:25-176:21, JAE Ex. 2 | |
| | | | | • Supplemented Appendix R to Shafiq Opening Report (JAE Ex. 67) |
| | | | | • JAE Ex. 72 |
| | | | | As to "sensitive" information: Defendants  |

| | | | |
|---|---|---|---|
| | | | ████████ (redacted) ████████ ████████ ████████ • Shafiq SJ Declaration at ¶¶10, 48 (JAE Ex. 58) |
| 13. | Shih did not disclose **sensitive personal information** while visiting the Hulu, **Etsy, or Upwork** webpages that was transmitted to Defendants through those websites' use of Pixel or Events API. | • Shih Dep. at 220:18-22, JAE Ex. 5<br>• Shih Dep. at 205:13-206:14, JAE Ex. 5<br>• Shih Dep. at 212:2-9, JAE Ex. 5<br>• Shih Dep. at 216:12-217:25; 266:21-271:18, JAE Ex. 5<br>• Shih Hulu Report, JAE Ex. 18 | Disputed in part. As to "personal" information: Defendants ████ ████████ (redacted) ████████ ████████ ████████ ████████ As to "sensitive" information: ████████ ████████ ████████ ████████ ████████ |



|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   | • Shafiq SJ Declaration at ¶¶10, 48 (JAE Ex. 58) |
| 14. | Watters did not disclose **_sensitive personal information_** while visiting the **_Etsy, Upwork_**, or Sweetwater webpages that was transmitted to Defendants through those websites' use of Pixel or Events API. | • Watters Dep. at 65:22-66:9, 87:25-88:2, 138:1-20, JAE Ex. 7<br>• Watters Dep. at 143:19-144:15, 148:4-18, JAE Ex. 7 | Disputed in part. As to "personal" information: The evidence demonstrates that |

| | | | • Watters Dep. at 160:2-14, JAE Ex. 7<br>• Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25<br>• Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26<br>• Watters Galaxy A02s Internet | ████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>████████<br>• Shafiq SJ Declaration at ¶¶ 4-48 (JAE 58)<br>• Shafiq Opening Report at Sec. V (¶¶53-67) (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66)<br>• Supplemented Appendix R to Shafiq Opening Report (JAE Ex. 67) |

| | | | |
|---|---|---|---|
| | | Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | • JAE Ex. 72<br><br>As to "sensitive" information:<br>Defendants ▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>Shafiq SJ Declaration at ¶¶10, 48 (JAE Ex. 58) |
| 15. | ***Griffith did not use any sensitive search terms while visiting Hulu, Etsy, RiteAid*** and Build-a-Bear ***webpages.*** | • Schnell September Report ¶¶ 81-83, Ex. 29<br>• Griffith iPhone Artifacts | Disputed in part.<br>Defendants ▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉ |

| | | | |
|---|---|---|---|
| | | (Webkit Browser Web History tab), JAE Ex. 11<br>• Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12<br>• Griffith Dep. at 220:8-222:1, JAE Ex. 2 | ████████<br>Shafiq SJ Declaration at ¶¶10, 48 (JAE Ex. 58) |
| 16. | Shih did not use any sensitive search terms while visiting Hulu, Etsy and Upwork webpages. | • Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21<br>• Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22 | Disputed. Defendants ████████ |



| | | | |
|---|---|---|---|
| | | • Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23<br>• Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | Shafiq SJ Declaration at ¶¶10, 48 (JAE Ex. 58) |
| 17. | ***Watters did not use any sensitive search terms while visiting Etsy, Upwork* and Sweetwater *webpages.*** | • Watters Dep. at 87:25-88:2, JAE Ex. 7<br>• Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web | Disputed in part. Defendants |

| | | | |
|---|---|---|---|
| | | Visits tab, Other History tab), JAE Ex. 25<br>• Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26<br>• Watters Galaxy A02s Internet Artifacts (Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 27 | Shafiq SJ Declaration at ¶¶10, 48 (JAE Ex. 58) |
| 18. | Griffith configured her browser settings to block third party cookies while visiting | • Griffith Cookie Settings, JAE Ex. 10 | Undisputed. |

| | | | |
|---|---|---|---|
| | | • Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12 | |
| 19. | Shih regularly used software to block ads and cookies while visiting websites like Hulu, Etsy and Upwork. | • Shih Dep. 92:12-16, 116:15-19, 126:2-5, 127:14-19, JAE Ex. 5<br>• Schnell July Report ¶¶ 81-82, JAE Ex. 28<br>• Li Dep. at 270:1-273:9, JAE Ex. 3 | Undisputed. |
| 20. | Shih configured her browser settings to obscure her IP address while visiting websites when using Safari. | • Shih Dep. 135:9-13, JAE Ex. 5 | Undisputed. |
| 21. | Watters used software to block the use of third party cookies by websites like Etsy, | • Watters Dep. at 105:11-15, JAE Ex. 7 | Undisputed. |



| | | | |
|---|---|---|---|
| | Upwork and Sweetwater. | • Watters Dep. at 106:6-14, JAE Ex. 7<br>• Shih Dep. at 116:15-19, JAE Ex. 5 | |
| **Plaintiffs' Undisputed Facts for Issue No. 1** | | | |
| 22. | ▮▮▮ | • Shafiq Opening Class Cert. Decl. at ¶¶11, 57-65 (JAE Ex. 30)<br>• Shafiq Opening Report ¶¶46-51 (JAE Ex. 57) | Undisputed for purposes of this motion. *See* JAO at Fact No. 22. |
| 23. | Defendants' ▮▮▮ | • Shafiq Class Cert. Reply Decl. ¶ 77 & n.134 (JAE Ex. 56)<br>• Sahni Dep. 171:14-16 (JAE Ex. 6) | Undisputed. |

| 24. | Defendants have described ███ ██████ █████ ██████ ████ ████ ███ █████ | • TIKTOK-BG-000151723, at 742 (JAE Ex. 71)<br>• Shafiq Class Cert. Reply Decl. ¶ 77 (JAE Ex. 56) | Undisputed for purposes of this motion. *See* JAO at Fact No. 24. |
| 25. | Defendants have reported that ████ █████ █████ ████ | • TIKTOK-BG-000151723, at 742 (JAE Ex. 71)<br>• Shafiq Class Cert. Reply Decl. ¶ 77 (JAE Ex. 56) | Undisputed. |
| 26. | Defendants' March 28, 2024 and May 21, 2024 sample data confirm ████ █████ █████ ███ | • Shafiq SJ Declaration at ¶¶ 8, 31-33 (JAE 58)<br>• Shafiq Opening Report at ¶¶ 59, 62 (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq | Disputed. This is not supported by the evidence cited by Plaintiffs. *See* JAO at Fact No. 26. |

| | | | |
|---|---|---|---|
| | | Opening Report (JAE Ex. 66) | |
| 27. | Defendants' March 28, 2024 and May 21, 2024 sample data confirm ███████ ███████ ███████ ████. | • Shafiq SJ Declaration at ¶¶ 8, 11-30 (JAE Ex. 58)<br>• Shafiq Opening Report at ¶¶60, 63 (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66) | Disputed.  This is not supported by the evidence cited by Plaintiffs.  *See* JAO at Fact No. 27. |
| 28. | Defendants' March 28, 2024 and May 21, 2024 sample data confirm ███████ ███████ ███████ ███████ | • Shafiq SJ Declaration at ¶¶ 9, 31 (JAE Ex. 58) | Undisputed for purposes of this motion. *See* JAO at Fact No. 28. |
| 29. | Defendants' March 28, 2024 and May 21, 2024 sample data confirm | • Shafiq SJ Declaration at ¶¶ 9, 11, 14, | Undisputed. |



| | | 16, 21-29 (JAE Ex. 58) | |
|---|---|---|---|
| 30. | Defendants' March 28, 2024 and May 21, 2024 sample data confirm that ▮▮▮▮▮ | • Shafiq SJ Declaration at ¶¶ 8-9, 11-30 (JAE Ex. 58)<br>• Shafiq Opening Report at ¶¶ 60, 63 (JAE Ex. 57)<br>• Supplemented Appendix D to Shafiq Opening Report (JAE Ex. 66) | Disputed. This is not supported by the evidence cited by Plaintiffs. *See* JAO at Fact No. 30. |
| 31. | Plaintiffs' browsing history on websites that use the Pixel or EAPI confirm ▮▮▮▮▮ | • Shafiq SJ Declaration at ¶¶ 34-46 (JAE Ex. 58)<br>• Shafiq Opening Report at ¶¶ 64-67 (JAE Ex. 57) | Disputed. This is not supported by the evidence cited by Plaintiffs. *See* JAO at Fact No. 31. |

| | | | |
|---|---|---|---|
| | | • Supplemented Appendix R to Shafiq Opening Report (JAE Ex. 67) | |
| 32. |  | • Shafiq SJ Declaration ¶ 36 n.15 (JAE Ex. 58)<br>• Schnell July Report at ¶ 81(a) (JAE Ex. 28) | Undisputed. |
| 33. | Extrapolating from the March 28, 2024 and May 21, 2024 sample data produced by Defendants, | • Shafiq SJ Declaration ¶ 10 (JAE Ex. 58) | Undisputed for purposes of this motion. *See* JAO at Fact No. 33. |

**Issue 2.  DEFENDANTS' POSITION: THERE IS NO EVIDENCE THAT DEFENDANTS INTERCEPTED THE CONTENTS OF ANY OF PLAINTIFFS' COMMUNICATIONS.**

| 34. | No contents of Plaintiffs' communications were disclosed or collected by Defendants through use of the Pixel. | • Schnell September Report ¶¶ 18-19, 29 38, 40, 47, 59, JAE Ex. 29 <br><br> • Griffith iPhone Artifacts (Webkit Browser Web History tab), JAE Ex. 11 <br> • Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12 <br> • Shih Macbook Internet Artifacts (Browser | Disputed. |

| | | | | |
|---|---|---|---|---|
| | | | History tab), JAE Ex. 21 | ████████████████ ████████████████ |
| | | | • Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22 | • Shafiq Opening Report ¶¶ 52-66, JAE Ex. 57. • Shafiq SJ Declaration ¶¶ 4-46, JAE Ex. 58. |
| | | | • Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23 | |
| | | | • Shih iPhone Internet Artifacts (Browser History tab), JAE Ex. 24 | |
| | 35. | No contents of Plaintiffs' communications were contemporaneously disclosed or collected by Defendants via the Pixel while those | • Schnell July Report ¶¶ 67; 111-26, JAE Ex. 28 • Shafiq Dep. at 185:19-24; 185:25-186:11; | Disputed. TikTok Pixel sets up event listeners to instantly—in real time and without any delay—intercept content information being transmitted |

| | | | | |
|---|---|---|---|---|
| | | communications were made or in transit. | 192:18-193:21, JAE Ex. 4<br>• Schnell September Report ¶¶ 19-24, 102-114, JAE Ex. 29<br>• Li Dep. at 142:13-144:1, 199:8-14, 209:3-14, JAE Ex. 3 | from the website visitor's browser to the website's server. TikTok Pixel then sends the intercepted content to TikTok's server in real time with the loading of the webpage.<br>• Shafiq Opening Class Cert. Decl. ¶¶67-71 (JAE Ex. 30)<br>• Shafiq Class Cert. Reply Decl. ¶ 100, JAE Ex. 56. |
| | 36. | No contents of Plaintiffs' communications were disclosed to Defendants through use of Events API. | • Schnell September Report ¶¶ 19-24, 102-114, JAE Ex. 29<br>• Griffith iPhone Artifacts (Webkit Browser Web | Disputed. ███ |



History tab), JAE Ex. 11
- Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12
- Shih Macbook Internet Artifacts (Browser History tab), JAE Ex. 21
- Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22
- Shih HD2 Internet Artifacts (Browser History tab), JAE Ex. 23
- Shih iPhone Internet

- Shafiq Opening Report ¶¶ 52-66, JAE Ex. 57.
- Shafiq SJ Declaration ¶¶ 4-46, JAE Ex. 58.

| | | | |
|---|---|---|---|
| | | Artifacts (Browser History tab), JAE Ex. 24 | |
| 37. | No contents of Plaintiffs' communications were contemporaneously disclosed or collected by Defendants via Events API while those communications were made or in transit. | • Schnell July Report ¶¶ 57-60, JAE Ex. 28<br>• Shafiq Dep. at 122:14-20, JAE Ex. 4 | Disputed. ████ <br><br>• Shafiq Opening Class Cert. Decl. ¶ 41 n.81 (JAE Ex. 30)<br>• Shafiq Reply Class Cert. Decl. ¶ 102 (JAE Ex. 56)<br>• JAE Ex. 70 |
| 38. | Information is shared by Events API after it is received by advertisers. | • Schnell July Report ¶¶ 57-60, JAE Ex. 28 | Undisputed. *But see supra* JAF-41; JAO. |

| | | | |
|---|---|---|---|
| | | • Shafiq Dep. at 122:17-20, JAE Ex. 4 | |
| **Plaintiffs' Undisputed Facts for Issue No. 2** | | | |
| 39. | TikTok ███████████ ████████████ ████████████ ████████████ | • TIKTOK-BG-000008579 (JAE Ex. 68)<br>• Shafiq SJ Declaration at ¶ 50 (JAE Ex. 58)<br>• Shafiq Opening Class Cert. Decl. ¶70 (JAE Ex. 30) | Undisputed. |
| 40. | ████████████ ████████████ ████████████ ████████████ ████████████ | • TIKTOK-BG-000151808 (JAE Ex. 69)<br>• Shafiq SJ Declaration at ¶ 50; *see also id.* ¶¶ 49-56 (JAE Ex. 58)<br>• Shafiq Opening Class Cert. Decl. ¶¶ 64, 70 (JAE Ex. 30) | Undisputed. |

| | | | |
|---|---|---|---|
| | | • TIKTOK-BG-000151574, JAE Ex. 63. | |
| 41. | Defendants enable and "highly recommend[s]" to advertisers that use Events API to "send the event in real-time (without batching) as soon as it is seen on the advertiser's server." | • JAE Ex. 70<br>• Shafiq Opening Class Cert. Decl. ¶ 41 (JAE Ex. 30)<br>• Shafiq SJ Declaration at ¶ 56 (JAE Ex. 58) | Undisputed. |
| 42. | The March 28, 2024 and May 21, 2024 sample data from Defendants demonstrates that Defendants collect full-string URLs that include search terms or the particular products or documents within a website that a visitor views. | • Shafiq Opening Report ¶¶ 89-94; *see also id.* ¶¶55-63 (JAE Ex. 57)<br>• Shafiq SJ Declaration ¶¶ 9, 11-33, 47-48 (JAE Ex. 58) | Undisputed. |
| 43. | Pixel and Events API can and do collect | • Shafiq Opening Class | Undisputed. |

| | | | |
|---|---|---|---|
| | | information about what a website visitor is viewing, including the title of a webpage, the description of a webpage as well as the product or item name, category, and identifier. | Cert. Decl. ¶ 65 (JAE Ex. 30) | |
| 44. | Plaintiffs' expert Dr. Shafiq found, based on his analysis of a sample, that Defendants collect the Default Data from between 97.2% and 100% of websites that use the Pixel. | • Shafiq Class Cert. Decl. ¶ 78 (JAE Ex. 30)<br>• Shafiq Opening Report ¶ 47 (JAE Ex. 57) | Undisputed for purposes of this motion. *See* JAO at Fact No. 44. |
| 45. | Pixel source code contains event listeners that are triggered before a webpage has even finished loading, and these event listeners intercept users' mouse movements, keystrokes, and button clicks. | • Shafiq Class Cert. Reply Decl. ¶ 100 (JAE Ex. 56)<br>• Shafiq SJ Declaration ¶ 51 (JAE Ex. 58) | Undisputed for purposes of this motion.  *See* JAO at Fact No. 45. |
| 46. | The lapse of time between a website visitor | • Shafiq SJ Declaration | Undisputed for purposes of this |

| | | | |
|---|---|---|---|
| | pressing next and the next webpage starting to load is a matter of milliseconds. | ¶¶ 52-55 (JAE Ex. 58) | motion.  *See* JAO at Fact No. 46. |
| **Issue 3. DEFENDANTS' POSITION: PLAINTIFFS CONSENTED TO ADVERTISERS' USE OF THE PIXEL AND EAPI.** | | | |
| 47. | When Griffith created her Rite Aid account, she was required to agree to Rite Aid's Terms of Use and Privacy Policy. | • Griffith Dep. 68:21-69:11, 132:8-11; 219:22-220:7, JAE Ex. 2<br>• Rite Aid 2024 Create Account at 1, JAE Ex. 32<br>• Rite Aid 2022 Create Account at 1, JAE Ex. 33<br>• Rite Aid 2019 Privacy Policy, JAE Ex. 45 | Disputed. Griffith's cited deposition testimony does not establish whether she was required to agree to Rite Aid's terms of use or privacy policy when she created her Rite Aid account, or what terms of use or privacy policy were in effect at the time. *See also* JAO. |
| 48. | Rite Aid's Privacy Policy informed visitors that it would "collect personal information" and | • Rite Aid 2019 Privacy Policy ("What Information We Collect"; | Undisputed. *But see* JAO. |

| | | | | |
|---|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 | | "information about your viewing, search and purchase history and information about the referring URL and the URL clickstream" and "share personal information with third parties who perform services on our behalf." | "Information Automatically Collected"; "How We Use Your Information"), JAE Ex. 45 | |
| 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | 49. | Rite Aid's Privacy Policy informed visitors that it may deploy "cookies, beacons, pixel tags, mobile ad identifiers, and similar technology" and "use certain cookies known as 'Third Party Targeting Cookies' as well as other advertising techniques to share limited identifying information including Online User Activity with advertising partners to provide you | • Rite Aid 2023 Privacy Policy §§10(A)(1); 1(D), JAE Ex. 34 | Undisputed. *But see* JAO. |

| | | | | |
|---|---|---|---|---|
| | with advertising about products and services tailored to your interests." | | | |
| 50. | Griffith was required to agree to Hulu's Terms of Use and Privacy Policy when she created her Hulu accounts. | • Hulu 2019 Sign Up Page at 1, JAE Ex. 35<br>• Hulu 2020 Sign Up Page at 1, JAE Ex. 36<br>• Hulu 2023 Create Account at 1, JAE Ex. 48<br>• Hulu 2019 Privacy Policy §1, JAE Ex. 38<br>• Griffith Dep. 132:8-11, JAE Ex. 2<br>• Griffith November 2023 Hulu Report at 1, JAE Ex. 13 | Disputed. Griffith's cited deposition testimony does not establish whether she was required to agree to Hulu's terms of use or privacy policy when she created her Hulu account, or what terms of use or privacy policy were in effect at the time. *See also* JAO. |

| | | | |
|---|---|---|---|
| | | • Griffith April 2023 Hulu Report at 1, JAE Ex. 14 <br> • Griffith 2020 Hulu Report at 1, JAE Ex. 15 <br> • Griffith 2019 Hulu Report at 1, JAE Ex. 16 | |
| 51. | Shih was required to agree to Hulu's Terms of Use and Privacy Policy when she created her Hulu accounts. | • Hulu 2010 Create Account at 1, JAE Ex. 46 <br> • Hulu 2012 Create Account at 1, JAE Ex. 47 <br> • Shih Hulu Report, JAE Ex. 18 at 1 <br> • Shih Dep. at 205:13-206:14, JAE Ex. 5 | Disputed. Shih's cited deposition testimony does not establish whether she was required to agree to Hulu's terms of use or privacy policy when she created her Hulu account, or what terms of use or privacy policy were in effect at the time. *See also* JAO. |
| 52. | When Shih created her Hulu account in 2011, the Privacy Policy | • Hulu 2012 Privacy Policy ("Information | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| | disclosed that "information about you is collected, used and shared," including through "information automatically collected . . . via cookies, web beacons or other technologies" and that Hulu partners with "third party Internet advertising companies" that "use cookies, web beacons, and other technologies to collect information about your use of the Hulu Services in order to deliver advertisements to you, measure their effectiveness, and personalize advertising content." | Collected About You" and "Third Party Advertising On Hulu"), JAE Ex. 37 | |
| 53. | Since 2019, Hulu's Privacy Policy disclosed that it collects names, email addresses, birth dates, genders, | • Hulu 2019 Privacy Policy §§2; 4, JAE Ex. 38 | Undisputed. *See also* JAO. |

| | | |
|---|---|---|
| credit card information, billing addresses, ZIP codes as well as IP addresses, devices, browser and software characteristics (such as type and operating system), locations (which may include precise location data), activity on the Hulu Services including information about the videos users view on Hulu (e.g., show titles and episode names), page views, ad data, referral URLs, network state, device identifiers or other unique identifiers such as advertising identifiers and identifiers associated with browser cookies and shares information collected from or about users with third parties, | • Hulu 2020 Privacy Policy §§2; 4, JAE Ex. 39<br>• Hulu/Disney 2023 Privacy Policy ("Types of Information We Collect"; "Use Of Your Information By The Walt Disney Family Of Companies"; "Sharing Your Information With Other Entities"), JAE Ex. 40 | |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | | including business partners, social networking services, service providers, advertisers, and other companies that are not affiliated with Hulu, including for advertising purposes. | | |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | 54. | Since 2019, Hulu's Privacy Policy disclosed that it uses technologies such as cookies and web beacons or pixel tags, which can be embedded in web pages, videos, or emails, to collect certain types of information from users' browsers or devices. | • Hulu 2019 Privacy Policy §2, JAE EX. 38;<br>• Hulu 2020 Privacy Policy §2, JAE Ex. 39<br>• Hulu/Disney 2023 Privacy Policy ("How We Collect Your Information"), JAE Ex. 40 | Undisputed. *See also* JAO. |
| 24<br>25<br>26<br>27<br>28 | 55. | Griffith was required to agree to Etsy's Terms of Use and Privacy Policy when she | • Griffith Dep. at 132:8-11, JAE Ex. 2 | Disputed. Griffith's cited deposition testimony does not establish whether she was required to agree |

| | | | |
|---|---|---|---|
| | created her Etsy account. | • Griffith Etsy Profile, JAE Ex. 9<br>• Etsy 2018 Create Account at 1, JAE Ex. 51<br>• Etsy 2018 Privacy Policy §1, JAE Ex. 52 | to Etsy's terms of use or privacy policy when she created her Etsy account, or what terms of use or privacy policy were in effect at the time. *See also* JAO. |
| 56. | Shih was required to agree to Etsy's Terms of Use and Privacy Policy when she created her Etsy account. | • Shih Etsy Account Sign Up Email, JAE Ex. 17<br>• Etsy 2017 Create Account at 1, JAE Ex. 50<br>• Etsy 2017 Privacy Policy, JAE Ex. 41. | Disputed. Shih's cited deposition testimony does not establish whether she was required to agree to Etsy's terms of use or privacy policy when she created her Etsy account, or what terms of use or privacy policy were in effect at the time. *See also* JAO. |
| 57. | Watters was required to agree to Etsy's Terms of Use and Privacy Policy when he created his Etsy account. | • Watters Dep. 66:17-24; 76:5-25, 91:13-20; | Disputed. Watters' deposition testimony does not establish whether he was required to agree to |

| | | | | |
|---|---|---|---|---|
| 1 | | | 93:22-94:4, JAE Ex. 7 | Etsy's terms of use or privacy policy when |
| 2 | | | | |
| 3 | | | • Etsy 2020 | he created his Etsy |
| 4 | | | Sign In, JAE | account, or what |
| 5 | | | Ex. 49 | terms of use or |
| 6 | | | | privacy policy were in |
| 7 | | | | effect at the time. *See* |
| 8 | | | | *also* JAO. |
| 9 | 58. | In 2017, Etsy's Privacy | • Etsy 2017 | Undisputed. *See also* |
| 10 | | Policy explained that | Privacy Policy | JAO. |
| 11 | | "Etsy automatically | ("Information | |
| 12 | | receives and records … | Collected or | |
| 13 | | your IP address or | Received"), | |
| 14 | | unique device | JAE Ex. 41 | |
| 15 | | identifier, cookies and | | |
| 16 | | data about which pages | | |
| 17 | | you visit on the Site or | | |
| 18 | | on the Apps and stores | | |
| 19 | | it in log files" and that | | |
| 20 | | Etsy "may combine this | | |
| 21 | | automatically collected | | |
| 22 | | information with other | | |
| 23 | | information we collect | | |
| 24 | | about you" and use it | | |
| 25 | | "with certain third- | | |
| 26 | | party service providers | | |
| 27 | | for targeted online and | | |
| 28 | | offline marketing." | | |

| | | | |
|---|---|---|---|
| 59. | Etsy's 2017 Privacy Policy disclosed that "certain cookies and other tracking mechanisms on our site are used by third parties for targeted online marketing and other purposes." | • Etsy 2017 Privacy Policy ("Information Uses, Sharing & Disclosure"), JAE Ex. 41 | Undisputed. *See also* JAO. |
| 60. | In 2018, Etsy updated its privacy policy to add that "[i]f you don't want us to collect or process your personal information in the ways described in this policy, you shouldn't use the Services." | • Etsy 2018 Privacy Policy §1, JAE Ex. 52 | Undisputed. *See also* JAO. |
| 61. | Etsy's 2020 Privacy Policy also stated that "Etsy automatically receives and records … your IP address or unique device identifier, cookies and data about which pages you visit on the Site or on the Apps and stores | • Etsy 2020 Privacy Policy §2, JAE Ex. 53 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| | it in log files" and that Etsy "may combine this automatically collected information with other information we collect about you" and use it "with certain third-party service providers for targeted online and offline marketing." | | |
| 62. | Etsy's 2020 Privacy Policy likewise stated that "certain cookies and other similar technologies on the Site are used by third parties for targeted online marketing and other purposes" and that "[i]f you don't want us to collect or process your personal information in the ways described in this policy, you shouldn't use the Services." | • Etsy 2020 Privacy Policy §6, JAE Ex. 53 | Undisputed. *See also* JAO. |
| 63. | Shih was required to agree to Upwork's | • Upwork 2024 Create | Disputed. Shih's cited deposition testimony |

| | | Privacy Policy when creating her Upwork accounts. | Account, JAE Ex. 42<br>• Shih Upwork Account Creation Email, JAE Ex. 19<br>• Shih Upwork Privacy Policy Update Email, JAE Ex. 20<br>• Shih Dep. at 162:5-165:4, JAE Ex. 5 | does not establish whether she was required to agree to Upwork's terms of use or privacy policy when she created her Upwork account, or what terms of use or privacy policy were in effect at the time. *See also* JAO. |
|---|---|---|---|---|
| 64. | | Watters was required to agree to Upwork's Privacy Policy when creating his Upwork accounts. | • Watters Dep. at 138:1-139:11, JAE Ex. 7<br>• Upwork 2024 Create Account, JAE Ex. 42 | Disputed. Watters' cited deposition testimony does not establish whether he even had an Upwork account, whether he was required to agree to Upwork's terms of use or privacy policy when if created his Upwork account, or assuming he did, what terms of use or privacy policy were in |

| | | | | |
|---|---|---|---|---|
| | | | | effect at the time. *See also* JAO. |
| 65. | Upwork's 2018 Privacy Policy notified users that Upwork and its third party service providers may use "both persistent cookies that remain on your computer … and session ID cookies, which expire at the end of your browser session" or "software technology known as 'web beacons' and/or 'tracking tags' to help us . . . to serve relevant advertising to you" and its advertisers "may collect certain information about your visits to and activity on the Service . . . they may set and access their own tracking technologies on your device (including | • | Upwork 2018 Privacy Policy §1, JAE Ex. 43 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| | cookies and web beacons), and may use that information to show you targeted advertisements." | | |
| 66. | Upwork's 2018 Privacy Policy disclosed that Upwork collected "information that identifies you as a specific individual and can be used to contact or identify you," including "your name, email address, company address, billing address, and phone number." | • Upwork 2018 Privacy Policy §1, JAE Ex. 43. | Undisputed. *See also* JAO. |
| 67. | Upwork's 2018 Privacy Policy stated that it "may render Personal Information (generally, email address) into a form of Non-Identifying Information referred to … as 'Hashed Information.'" | • Upwork 2018 Privacy Policy §1, JAE Ex. 43 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| 68. | Upwork's 2018 Privacy Policy notified users that Upwork and its third party service providers may automatically collect "information commonly shared when browsers communicate with websites" and that it "may otherwise disclose Non-Identifying Information (including, without limitation, Hashed Information) to third parties." | • Upwork 2018 Privacy Policy §1, JAE Ex. 43 | Undisputed. *See also* JAO. |
| 69. | Upwork's 2018 Privacy Policy notified users that it and its "third party service providers, including analytics and third party content providers, may automatically collect certain information from you whenever you access or interact with | • Upwork 2018 Privacy Policy §1, JAE Ex. 43 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 | | the Service," including "the browser and operating system you are using, the URL or advertisement that referred you to the Service, the search terms you entered into a search engine that led you to the Service, areas within the Service that you visited, and other information commonly shared when browsers communicate with websites.  We may combine this automatically collected log information with other information we collect about you." | | |
| 22 23 24 25 26 27 28 | 70. | Upwork's 2018 Privacy Policy disclosed that it "works with (or may in the future work with) network advertisers, ad agencies, analytics service providers and | • Upwork 2018 Privacy Policy §1, JAE Ex. 43 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| | other vendors to provide us with information regarding traffic on the Service," and that these third parties "may collect certain information about your visits to and activity on the Service as well as other websites or services, they may set and access their own tracking technologies on your device (including cookies and web beacons), and may use that information to show you targeted advertisements." | | |
| 71. | Upwork's 2022 Privacy Policy similarly stated that its third party service providers may use "both persistent cookies that remain on your computer … and session ID cookies, | • Upwork 2022 Privacy Policy §1; §5, JAE Ex. 54 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | which expire at the end of your browser session" or "software technology known as 'web beacons' and/or 'tracking tags' to help us . . . to serve relevant advertising to you" and its advertisers "may collect certain information about your visits to and activity on the Service . . . they may set and access their own tracking technologies on your device (including cookies and web beacons), and may use that information to show you targeted advertisements." | | |
| 23<br>24<br>25<br>26<br>27<br>28 | 72.  Upwork's 2022 Privacy Policy disclosed that Upwork collected "information that identifies you as a specific individual and | • Upwork 2022 Privacy Policy §1, JAE Ex. 54 | Undisputed. *See also* JAO. |

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | | can be used to contact or identify you," including "your name, email address, company address, billing address, and phone number." | | |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | 73. | Upwork's 2022 Privacy Policy stated that it "may render Personal Information (generally, email address) into a form of Non-Identifying Information referred to … as 'Hashed Information.'" | • Upwork 2022 Privacy Policy §1, JAE Ex. 54 | Undisputed. *See also* JAO. |
| 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 74. | Upwork's 2022 Privacy Policy also notified users that Upwork and its third party service providers may automatically collect "information commonly shared when browsers communicate with websites" and that it "may otherwise disclose Non-Identifying Information | • Upwork 2022 Privacy Policy §1; §4, JAE Ex. 54 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| | (including, without limitation, Hashed Information) to third parties." | | |
| 75. | Upwork's 2022 Privacy Policy notified users that it and its "third party service providers, including analytics and third party content providers, may automatically collect certain information from you whenever you access or interact with the Service," including "the browser and operating system you are using, the URL or advertisement that referred you to the Service, the search terms you entered into a search engine that led you to the Service, areas within the Service that you visited, and other information | • Upwork 2022 Privacy Policy §1, JAE Ex. 54 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| | commonly shared when browsers communicate with websites.  We may combine this automatically collected log information with other information we collect about you." | | |
| 76. | Upwork's 2022 Privacy Policy also disclosed that it "works with (or may in the future work with) network advertisers, ad agencies, analytics service providers and other vendors to provide us with information regarding traffic on the Service," and that these third parties "may collect certain information about your visits to and activity on the Service as well as other websites or services, they may set and access | • Upwork 2022 Privacy Policy §5, JAE Ex. 54 | Undisputed. *See also* JAO. |

| | | | |
|---|---|---|---|
| their own tracking technologies on your device (including cookies and web beacons), and may use that information to show you targeted advertisements." | | | |
| 77. | Griffith continued to visit the Hulu, Etsy, and Build-A-Bear websites after filing this action, knowing that information about those visits might be shared with Defendants through Pixel and Events API. | • Griffith November 2023 Hulu Report at 1, JAE Ex. 13<br>• Griffith Dep. at 176:18-20, JAE Ex. 2<br>• Griffith Desktop Artifacts (Chrome Web History tab), JAE Ex. 12 | Undisputed. |
| 78. | Shih continued to visit the Etsy and Upwork websites after joining this action, knowing that information about those visits might be | • Shih Dep. at 264:6-276:9, 280:12-282:14, 293:10-13, JAE Ex.5 | Undisputed. |

| | | | | |
|---|---|---|---|---|
| | | shared with Defendants through Pixel and Events API. | • Shih HD1 Internet Artifacts (Browser History tab), JAE Ex. 22 | |
| | 79. | Watters continued to visit the Etsy website after joining this action, knowing that information about those visits might be shared with Defendants through Pixel and Events API. | • Watters Desktop Internet Artifacts (Firefox Web History tab, Firefox Web Visits tab, Other History tab), JAE Ex. 25<br>• Watters Galaxy S22 Internet Artifacts (Chrome Tab History tab, Chrome Web History tab, Chrome Web Visits tab), JAE Ex. 26 | Undisputed. |

| **Plaintiffs' Undisputed Facts for Issue No. 3** | | | |
|---|---|---|---|
| 80. | Hulu's Privacy Policy states that "[w]e may share the information collected from or about you in encrypted, aggregated, or de-identified forms with advertisers and service provides that preform advertising-related services for us and our business partners in order to tailor, advertisements, measure and improve advertising effectiveness, and enable other enhancements." | • Hulu 2019 Privacy Policy, JAE Ex. 38. | Undisputed. |
| 81. | Hulu's Privacy Policy Hulu states, in the "Information We Collect" section that: "We collect information when you use the Hulu Services | • Hulu 2019 Privacy Policy, JAE Ex. 38. | Undisputed. |

| | | |
|---|---|---|
| or view Hulu advertising outside the Hulu Services. Examples of this information may include your IP address, device, browser and software characteristics (such as type and operating system, location (which may include precise location data), activity on the Hulu Services including information about the videos you view on Hulu (e.g., show titles and episode names), page views, ad data, referral URLs, network state, device identifiers and other unique identifiers such as advertising identifiers (e.g., "ad-ID" or "IDFA"), and identifiers associated with browser cookies | | |

| | | | |
|---|---|---|---|
| 1 2 3 4 | | (see our description of "Coolies and Local Storage" below, and carrier information." | | |
| 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | 82. | Upwork's 2018 Privacy Policy notified users that it and its "third party service providers, including analytics and third party content providers, may automatically collect certain information from you whenever you access or interact with the Service," including "the browser and operating system you are using, the URL or advertisement that referred you to the Service, the search terms you entered into a search engine that led you to the Service, areas within the Service that you visited, and other information | • Upwork 2018 Privacy Policy, JAE Ex. 43 | Undisputed. |

| | | | |
|---|---|---|---|
| | commonly shared when browsers communicate with websites.  We may combine this automatically collected log information with other information we collect about you. We do this to improve services we offer you, to improve marketing, analytics, and site functionality." | | |
| 83. | Upwork's 2018 Privacy Policy stated that "[l]ike many websites, we and our marketing partners, affiliates, analytics, and service providers use 'cookies' to collect information." | • JAE Ex. 43. | Undisputed. |
| 84. | None of the privacy policies mentioned by Defendants contain explicit reference to TikTok or ByteDance. | • JAE Ex. 34.<br>• JAE Ex. 37.<br>• JAE Ex. 38.<br>• JAE Ex. 39.<br>• JAE Ex. 40.<br>• JAE Ex. 41.<br>• JAE Ex. 43. | Undisputed. |

| | | | |
|---|---|---|---|
| | | • JAE Ex. 45.<br>• JAE Ex. 52.<br>• JAE Ex. 53.<br>• JAE Ex. 54. | |
| 85. | TikTok, on its "About" page, does not describe itself as an analytics provider or network advertiser. | • https://www.tiktok.com/about?lang=en, JAE Ex. 76. | Undisputed. |
| 86. | Watters testified that he would not use a website with the Pixel unless he did not have another choice. | • Watters Tr. at 345:17, JAE Ex. 7. | Undisputed. |
| 87. | ███████████ | • Shih Tr. at 282:13-14, JAE Ex 5. | Undisputed. |
| 88. | Each Plaintiff declared that he or she did not consent to the collection of his or her data by Defendants. | • Declaration of Bernadine Griffith, at ¶ 6, JAE Ex. 73.<br>• Declaration of Patricia Shih, at ¶ 6, JAE Ex. 74. | Undisputed. |

| | | | |
|---|---|---|---|
| | | • Declaration of Jacob Watters, at ¶ 6, JAE Ex. 75. | |
| 89. | Plaintiff Watters testified in his deposition that "[M]y information was or potentially was collected without my informed consent, I never agreed for TikTok to take it; I never agreed for it to be stored on those servers potentially or to be communicated to the CCP." | • Watters Tr. at 233:10-14, JAE Ex. 7. | Undisputed. |
| 90. | Plaintiff Shih testified in her deposition that "the data was taken from me, so effectively stolen without my consent . . . . it should be reasonable to expect that I'm not going to have . . . some other website take data | • Shih Tr. at 346:1-347:1, JAE Ex. 5. | Undisputed. |

| | | | |
|---|---|---|---|
| | directly from me without me knowing." | | |
| **Issue 4. DEFENDANTS' POSITION:  THERE IS NO EVIDENCE THAT ANY OF PLAINTIFFS' PROPERTY WAS TAKEN.** | | | |
| 91. | Use of the internet requires the sharing of data. | • Schnell July Report ¶ 33, JAE Ex. 28<br>• Schnell September Report ¶ 20-21 | Undisputed. |
| 92. | Plaintiffs have not identified any information to which they have exclusive rights that was disclosed to or collected by Defendants through the Pixel or Events API. | • Schnell September Report ¶¶ 18, 20, 39-42, 47, 59, 61, JAE Ex. 29 | Disputed. Plaintiffs have "identified any information . . . that was disclosed to or collected by Defendants through the Pixel or Events API." See Shafiq Merits Report Section V, ¶¶52-67 (JAE Ex. 57). Defendants' contention that Plaintiffs did not "have exclusive rights" to this information is a substantive legal |

| | | | |
|---|---|---|---|
| | | | argument, not a fact. *See* Blumenfeld, J., Summary Judgment Order (March 1, 2024), at 5, 7. *See also* JAO. |
| 93. | Plaintiffs have not identified any information with financial value that was disclosed to or collected by Defendants through the Pixel or Events API. | • Griffith Dep. at 238:22:-239:2, JAE Ex.2<br>• Shih Dep. at 334:19-335:21, 338:19-341:7, JAE Ex.5<br>• Watters Dep. at 257:25-261:3, JAE Ex. 7 | Disputed. Dr. Mangum has provided a determination of the financial value of the information that was collected by Defendants through the Pixel or Events API.<br>• Mangum Opening Report ¶¶ 72-108, 115-22, JAE Ex. 59. |
| 94. | Any information about Plaintiffs that was disclosed to or collected by the Pixel or Events API is not exclusively controlled by Plaintiffs. | • Schnell September Report ¶¶ 18, 20-21, 39-42, 47, 59, 61, JAE Ex. 29 | Disputed. Substantive legal argument. Blumenfeld, J., Summary Judgment Order (March 1, 2024), at 5, 7. *See* JAO. |

| | | | |
|---|---|---|---|
| 95. | Any information about Plaintiffs that was disclosed or collected by the Pixel or Events API has no financial value. | • Griffith Dep. at 238:22:-239:2., JAE Ex.2<br>• Shih Dep. at 334:19-335:21, 338:19-341:7, JAE Ex.5<br>• Watters Dep. at 257:25-261:3, JAE Ex. 7 | Disputed.<br>Dr. Mangum has provided a determination of the financial value of the information that was collected by Defendants through the Pixel or Events API.<br>• Mangum Opening Report ¶¶ 72-108, 115-22, JAE Ex. 59. |
| 96. | No market exists for the volume and nature of the Plaintiffs' browsing history that may have been disclosed or collected by the Pixel or Events API. | • Griffith Dep. at 238:22:-239:2., JAE Ex.2<br>• Shih Dep. at 334:19-335:21, 338:19-341:7, JAE Ex. 5<br>• Watters Dep. at 257:25-261:3, JAE Ex. 7 | Disputed.<br>Dr. Mangum has provided similar market measures for the data collected by the Pixel or Events API.<br>• Mangum Opening Report ¶¶ 85-108, JAE Ex. 59. |

| Plaintiffs' Undisputed Facts for Issue No. 4 | | | |
|---|---|---|---|
| 97. | SavvyConnect pays consumers a standard monthly fee to collect consumers' data. | • Mangum Opening Report, ¶¶ 96-99, JAE Ex. 59. | Undisputed. |
| 98. | Screenwise pays consumers a standard monthly fee to collect consumers' data. | • Mangum Opening Report, ¶¶ 86-93, JAE Ex. 59. | Undisputed. |
| 99. | Nielsen pays consumers a standard monthly fee to collect consumers' data. | • Mangum Opening Report, ¶¶ 94-95, JAE Ex. 59. | Undisputed. |

1  Dated:  October 4, 2024          WILSON SONSINI GOODRICH & ROSATI

2                                   Professional Corporation

3                                   By:*/s/   Victor Jih*

4                                   Victor Jih

5                                   *Counsel for Defendants*
                                    TikTok Inc. and ByteDance Inc.
6

7  Dated:  October 4, 2024          SUSMAN GODFREY L.L.P.

8

9                                   By: s/ *Ekwan E. Rhow*
                                    Ekwan E. Rhow
10

11                                  *Counsel for Plaintiffs*
                                    Bernadine Griffith, Patricia Shih, and Jacob
12                                  Watters

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF COMPLIANCE**

2

The undersigned, counsel of record for Defendants TikTok Inc. and

3

ByteDance Inc., attests under Local Rule 5-4.3.4(a)(2) that all other signatories

4

listed, and on whose behalf this filing is jointly submitted, concur in the filing's

5

content and have authorized the filing.

6

7    Dated:  October 4, 2024                    WILSON SONSINI GOODRICH & ROSATI

8                                              Professional Corporation

9                                              By:/s/   Victor Jih

10

11

12                                             *Attorney for Defendants*
                                               TikTok Inc. and ByteDance Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28