UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TIKTOK INC., a corporation; BYTEDANCE, INC. a corporation,<br><br>*Defendants*. | Case No. 5:23-cv-0964-SB-E<br><br>**[PROPOSED] JUDGMENT**<br><br>Hon. Stanley Blumenfeld, Jr. |

|   |   |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | This matter comes before the Court on Defendants TikTok Inc. and |
| 3 | ByteDance, Inc.'s ("Defendants") Motion for Summary Judgment (ECF No. 266, |
| 4 | the "Motion"). The Court, having reviewed the Motion, hearing argument, and full |
| 5 | consideration of the papers submitted, including the Joint Brief regarding |
| 6 | Summary Judgment, Joint Appendix of Facts, the Joint Appendix of Evidence & |
| 7 | exhibits attached thereto, the Joint Appendix of Objections and the Reply |
| 8 | Memorandum, as well as all other matters presented to the Court, finds that said |
| 9 | Motion should be and is hereby GRANTED.  Pursuant to Federal Rules of Civil |
| 10 | Procedure 56 and 58, the Clerk is directed to enter judgment in favor of Defendants |
| 11 | and to close the case. |
| 12 |   |
| 13 | IT IS SO ORDERED. |

Dated: _____

Hon. Stanley Blumenfeld, Jr.
United States District Judge