Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher J. Lee (CA SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

*Attorneys for Plaintiffs*

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West
50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BERNADINE GRIFFITH; et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation

Defendants.

Case No. 5:23-cv-00964-SB-E

**PLAINTIFFS NOTICE OF MOTION AND RULE 37(b) MOTION TO ENFORCE COURT ORDER COMPELLING PRODUCTION OF SOURCE CODE**

Magistrate Judge: Hon. Charles Eick
Date: November 1, 2024
Time: 9:30 a.m.

Action filed: May 26, 2023
Trial Date: Jan. 21, 2025

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 1, 2024, before the Honorable Charles F. Eick, United States Magistrate Judge, Plaintiffs will and hereby do move, pursuant to Federal Rule of Civil Procedure 37, for an order on their motion to enforce the Court order compelling production of source code [ECF No. 130] seeking production, within seven days, of:

(1) the source code repositories identified in the Joint Stipulation on Plaintiffs' Rule 37(b) Motion to Enforce Court Order Compelling Production of Source Code ("Joint Stipulation"),

(2) the design wikis and documents identified in the Joint Stipulation, and

(3) any other source code responsive to Plaintiffs' Requests for Production 75 and 83 for which the Court already ordered production [ECF No. 130].

Dated: October 11, 2024

By: /s/ *Gregory B. Linkh*

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
**GLANCY PRONGAY & MURRAY, LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)

Michael Gervais (CA SBN 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (pro hac vice)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
50th Floor
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that on October 11, 2024, I caused a copy of the foregoing document to be served by ECF on the following individuals:

| | |
|---|---|
| Victor Jih<br>Kelly Yin<br>J. Raef Rothschild<br>Christopher Hurley<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>1900 Avenue of The Stars, 28th Floor<br>Los Angeles, CA 90067<br>vjih@wsgr.com<br>kyin@wsgr.com<br>jrothschild@wsgr.com<br>churley@wsgr.com | Caitlin McKelvie<br>**WILSON SONSINI GOODRICH & ROSATI**<br>15 West South Temple<br>Gateway Tower West, Suite 1700<br>Salt Lake City, UT 84101<br>Telephone: 801-401-8510<br>cmckelvie@wsgr.com |
| Dylan Savage<br>Thomas Wakefield<br>**WILSON SONSINI GOODRICH & ROSATI**<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>dsavage@wsgr.com<br>twakefield@wsgr.com | Anthony Weibell<br>Sophie Mancall-Bitel<br>**MAYER BROWN**<br>Two Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, California 94306-2112<br>Telephone: (650) 331-2030<br>aweibell@mayerbrown.com<br>smancallbitel@mayerbrown.com |
| Sheryl Shapiro Bassin<br>**WILSON SONSINI GOODRICH & ROSATI**<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 497-7725<br>sbassin@wsgr.com | Eric Kohan<br>**WILSON SONSINI GOODRICH & ROSATI**<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br>ekohan@wsgr.com |

*/s/ Gregory B. Linkh*
Gregory B. Linkh