VICTOR JIH, SBN 186515
vjih@wsgr.com
KELLY H. YIN, SBN 328380
kyin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

LUIS LI, SBN 156081
luis.li@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90071
Telephone: (323) 210-2900

SHERYL S. BASSIN, NY Registration No. 4662797
sbassin@wsgr.com
(admitted *pro hac vice*)
DYLAN G. SAVAGE, SBN 310452
dsavage@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas.
40th Floor
New York, NY 10019
Telephone: (212) 999-5800

THOMAS WAKEFIELD, SBN 330121
twakefield@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH, et al., Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>TIKTOK INC., a corporation; BYTEDANCE, INC. a corporation,<br><br>*Defendants.* | Case No. 5:23-cv-0964-SB-E<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE COURT ORDER COMPELLING PRODUCTION OF SOURCE CODE**<br><br>Magistrate Judge: Hon. Charles Eick<br>Date: November 1, 2024<br>Time: 9:30 A.M.<br><br>Action filed: May 26, 2023<br>Trial Date: Jan. 21, 2025 |

Defendants have demonstrated that Plaintiffs' motion is meritless. *See* Dkt. No. 292-1. Plaintiffs have not made or even attempted to make a showing of willful violation, misconduct, or prejudice.

Indeed, Defendants have been more than accommodating in offering the source code for inspection. Following the Court's April 8, 2024 order, Plaintiffs' experts reviewed the source code on June 12, June 13, June 14, August 14, August 16, August 19, August 20, and August 21, 2024. It was not until September 16, 2024 that Plaintiffs requested access to the additional repositories. Though Defendants maintain that the additional repositories are not responsive to Plaintiffs' Requests for Production (and therefore not required to be produced under the Court's April 8 order), Defendants informed Plaintiffs on October 10, 2024—before this motion was filed—that they would make the repositories available for inspection. On October 17, 2024, Defendants confirmed that the repositories would be available for inspection beginning on October 24, 2024.

Inspecting the two requested code repositories now does not prejudice Plaintiffs. Plaintiffs have represented that they seek to review these repositories because they may be relevant to how Defendants "analyze data and move it through their data-processing pipeline," or may be "relevant to understanding where and in what form Defendants store and use the data they collect." Dkt. 292-1 at 7. Plaintiffs thus appear to argue that these repositories concern potential downstream uses of data rather than collection of data or the matching process. Downstream data use has not been at issue in recent motion practice. For example, the Court denied class certification based on the individualized nature of the data collected. *See* Dkt. 242 at 8, 11, 13. The opinion focused on the nature of the data itself and the circumstances of its collection, and was not based on any downstream use. *See id.* Further, the parties are now briefing summary judgment,

and that motion similarly focuses on the data collected from Plaintiffs, not its potential, and very limited, downstream uses. *See* Dkt. 266.

Defendants are working to accommodate Plaintiffs' request to inspect these repositories, but Plaintiffs make no showing that these repositories will be material to the disposition of this case. This motion should be denied in its entirety.

Dated: October 18, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Victor Jih*
Victor Jih

*Attorney for Defendants*
TikTok Inc. and ByteDance Inc.