UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-964-SB(Ex) | Date | November 4, 2024 |
| Title | BERNADINE GRIFFITH v. TIKTOK, INC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| | | |
|---|---|---|
| Valencia Munroe | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| | |
|---|---|
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| None | None |

**Proceedings:** **(IN CHAMBERS)**

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel Regarding Privilege Issues" ("the Motion"), filed October 11, 2024. The Magistrate Judge heard oral argument on November 1, 2024.

The portion of the Motion directed to the particular document Defendants previously sought to claw back is denied as moot. Defendants no longer seek to claw this document back.

The remainder of the Motion is denied on the merits. The Magistrate Judge is unable to conclude that an application of the "Burlington" factors "in the context of a holistic reasonableness analysis" warrants a deemed waiver of the privileges asserted. See Burlington Northern & Santa Fe Railway Co. v. United States District Court, 408 F.3d 1142 (9th Cir.), cert. denied, 546 U.S. 939 (2005). Further, the Magistrate Judge has concluded that an in camera inspection of withheld documents or withheld portions of produced documents is not warranted. See In Re Grand Jury Investigation, 974 F.2d 1068, 1075 (9th Cir. 1992); see also United States v. Zolin, 491 U.S. 554, 572 (1989).

Any party seeking review of this Order shall cause the preparation and filing of a transcript of the November 1, 2024 hearing.

cc: Judge Blumenfeld
All Counsel of Record

Initials of Deputy Clerk VMUN