VICTOR JIH, SBN 186515
vjih@wsgr.com
KELLY H. YIN, SBN 328380
kyin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1900 Avenue of The Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329

LUIS LI, SBN 156081
luis.li@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

SHERYL S. BASSIN, NY SBN 4662797
sbassin@wsgr.com
(admitted *pro hac vice*)
DYLAN G. SAVAGE, CA SBN 310452
dsavage@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas. 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

THOMAS WAKEFIELD, SBN 330121
twakefield@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BERNADINE GRIFFITH; PATRICIA SHIH; PHILIP CANTORE; JACOB WATTERS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TIKTOK INC., et al.,

Defendants.

Case No. 5:23-cv-00964-SB-E

**JOINT STATEMENT IN RESPONSE TO NOVEMBER 21, 2024 ORDER, DKT. 374**

Judge Hon. Stanley Blumenfeld, Jr.
Date: December 20, 2024
Time: 8:30 A.M.
Place: Courtroom 6C

Action Filed: May 26, 2023
Trial Date: January 20, 2025

*Question 1: Whether Defendants Requested Plaintiffs' Browsing History During Discovery*.

Yes. No dispute.

**<u>Plaintiffs' Statement</u>**: ***Question 2: Yes.*** Defendants served their portion of the motion on September 16-17 and filed it on October 4-5. On September 20, Plaintiffs produced a list of URLs they visited that overlapped with domains in Defendants' sample data ("Pixel histories"). Plaintiffs supplemented on September 30. This is what Plaintiffs cited to oppose summary judgment. What Plaintiffs (timely) produced on October 11 is not the Pixel histories but data to allow Defendants to replicate Dr. Shafiq's derivation of those histories. Plaintiffs did not rely on that backup data in opposing summary judgment. Linkh ¶¶8-10. ***Question 3: No.*** Plaintiffs never refused to produce Pixel histories on the ground that they were "irrelevant." What Plaintiffs said was irrelevant was Defendants' demand for ***all*** browsing history, including "websites that do not contain the TikTok SDK." In fact, the letter Defendants cite to support their position shows that Plaintiffs offered to "meet and confer about additional data" on "browsing history for websites with Pixel or Events API." Defendants never followed up with Plaintiffs or the Court. *Id.* ¶4. Plaintiffs have not been afforded relief under similar circumstances. Dkts. 283 at 3; 337 at 5. Plaintiffs also noted they were unable to provide discovery beyond websites in the Complaint because "the full extent of websites visited by her that use the TIKTOK SDK are unknown to her at this time," *id.* ¶7, but provided discovery that they could without relying on information from Defendants, *id.* ¶5. After Defendants provided sample data in August, Plaintiffs timely provided the Pixel histories. *Id.* ¶8. The timing of Plaintiffs' production was "substantially justified" by Defendants' own delays. *Hernandez v. Polanco Enters, Inc.*, 19 F.Supp.3d 918, 934 (N.D. Cal. 2013); *Hua v. Boeing Corp.*, 2009 WL 4117363, at *1 (W.D. Wash. Nov. 23, 2009) (late production "harmless" where any prejudice caused by other side's delays). Defendants also suffered no prejudice. *Hydrotech, Inc. v. Bara Infoware*, 2009 WL 2460893, at *4 (E.D. Cal. Aug. 10, 2009). Their expert opined on the Pixel histories, Linkh ¶11, and they could have engaged substantively with the histories on reply. Finally, Defendants filed the summary judgment motion on a closed hearing date. *Id.* ¶13; Dkt. 9 at 9-10.

**<u>DEFENDANTS' STATEMENT</u>**

Defendants respond to the Court's November 21, 2024 order as follows:

1. <u>Yes, Defendants requested Plaintiffs' browsing history.</u>

Defendants served RFPs asking for each Plaintiff's "browsing history" and, specifically, for all visits to any webpage that used the TikTok Pixel. *See* Decl. of Caitlin McKelvie ("McKelvie Decl.") ¶ 2.

2. <u>No, Plaintiffs did not produce the browsing history until October 11, 2024.</u>

Plaintiffs now claim that they produced it on September 20, 2024 with their expert report. *Id.* ¶ 10. First, that was too late: while the stipulation was filed on October 4, Defendants' deadline to serve their portions was September 16. *Id.* ¶ 9.

Second, the list of URLs that Plaintiffs served as an exhibit to their expert report is not browsing history—it contains no timestamps, metadata, or context to understand whether Plaintiffs actually visited a web page using the Pixel or EAPI. *Id.* ¶ 11. Plaintiffs' list looks nothing like the browsing histories produced on February 23 to March 1, 2024 (six websites) or on October 11, 2024 (non-six websites). *Id.* ¶¶ 5, 11; *compare* Dkt. 269-13 (Griffith's full browsing history) *with* Dkt. 254-2 app'x R (list of URLs).

3. <u>Yes, Plaintiffs claimed that this browsing history was irrelevant.</u>

Plaintiffs objected to producing browsing history as "**<u>not [] proportionate to the relevance</u>**" and disagreed with Defendants' assertions regarding "what Plaintiffs must demonstrate to the Court regarding their data." McKelvie Decl. ¶¶ 2-8. Defendants stated: "Plaintiffs' refusal to produce their full browsing history for all websites that had Pixel installed on the website or whose server uses Events API is untenable." *Id.* ¶ 7.

Dated: November 26, 2024 By: */s/ Ekwan E. Rhow*

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
**BIRD, MARELLA, RHOW, LINDENBERG, DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
**GLANCY PRONGAY & MURRAY, LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West
50th Floor
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

*Attorneys for Plaintiffs*

Dated: November 26, 2024 By: */s/ Victor Jih*

Victor Jih, SBN 186515
Kelly H. Yin, SBN 3283
Wilson Sonsini Goodrich & Rosati, P.C.
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com; kyin@wsgr.com

Luis Li, SBN 156081
Wilson Sonsini Goodrich & Rosati, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
luis.li@wsgr.com

Sheryl S. Bassin (*pro hac vice*)
Dylan G. Savage, CA SBN 310452
Wilson Sonsini Goodrich & Rosati, P.C
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
sbassin@wsgr.com; dsavage@wsgr.com

Thomas Wakefield, SBN 330121
Wilson Sonsini Goodrich & Rosati, P.C
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (424) 446-6900
twakefield@wsgr.com

*Attorneys for Defendants*
*TikTok Inc. and ByteDance Inc.*

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, on the foregoing statement and all supporting declarations, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 26, 2024 By: */s/ Victor Jih*
Victor Jih