UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE GRIFFITH et al., <br><br> Plaintiffs, <br><br> v. <br><br> TIKTOK, INC. et al., <br><br> Defendants. | Case No. 5:23-cv-00964-SB-E <br><br><br> FINAL JUDGMENT |

    For the reasons stated in the October 6, 2023 order granting in part Defendants' motion to dismiss the original complaint (Dkt. No. 59), the December 13, 2023 order granting in part Defendants' motion to dismiss the First Amended Complaint (Dkt. No. 81), the stipulation to dismiss with prejudice Plaintiff Philip Cantore's claims (Dkt. No. 259), and the December 24, 2024 order granting Defendants' summary judgment motion (Dkt. No. 385), all named Plaintiffs' claims are dismissed on the merits with prejudice, except that the claims voluntarily dismissed by Plaintiff Mathew Rauch (Dkt. No. 80) and Plaintiff Rhonda Irwin (Dkt. No. 136) are dismissed without prejudice.

    This is a final judgment.

Date: December 27, 2024

                                                              Stanley Blumenfeld, Jr.
                                                          United States District Judge