**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BERNADINE GRIFFITH et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation,

Defendants.

Case No. 5:23-cv-00964-SB-E

**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 400]**

The Court, having considered Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal at Dkt. No. 400, hereby GRANTS Plaintiffs' Application and ORDERS the following documents SEALED:

| | |
|---|---|
| Exhibits 2-37 of the Declaration of Y. Gloria Park in Support of Plaintiffs' Opposition to Defendants' Application to the Clerk to Tax Costs | Exhibits Sealed in Their Entirety. |

IT IS SO ORDERED.

Dated: January 30, 2025

Stanley Blumenfeld, Jr.
United States District Judge