Ekwan E. Rhow (CA SBN 174604)
erhow@birdmarella.com
Marc E. Masters (CA SBN 208375)
mmasters@birdmarella.com
Christopher Jumin Lee (SBN 322140)
clee@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars
14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (*pro hac vice*)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
gpark@susmangodfrey.com

John W. McCauley (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
jmccauley@susmangodfrey.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BERNADINE GRIFFITH, *et al*, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TIKTOK, INC, a corporation; BYTEDANCE, INC., a corporation,

Defendants.

CASE NO. 5:23-cv-00964-SB-E

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO RETAX COSTS OR IN THE ALTERNATIVE STAY TAXATION PENDING APPEAL**

JUDGE: Hon. Stanley Blumenfeld, Jr.
Date: May 9, 2025
Time: 9:30 a.m.

Action Filed: May 26, 2023
Trial Date: N/A

PLEASE TAKE NOTICE that on May 9, 2025, in the courtroom of the Honorable Stanley Blumenfeld, Jr. of the United States District Court for the Central District of California, Courtroom 6C, United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs will and hereby do move pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order in support of Plaintiffs' Motion to Retax Costs or in the Alternative Stay Taxation Pending Appeal.

This motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the declarations and exhibits concurrently submitted; the pleadings, documents, and records on file in this action; any argument that may be presented to the Court on this motion; and such other matters as the Court deems appropriate.

This motion is made following the conference of counsel pursuant to the meet and confer requirements of Local Rule 7-3 that took place on March 19, 2025.

DATED: March 25, 2025 By: /s/ *Gregory B. Linkh*

Ekwan E. Rhow (CA SBN 174604)
Marc E. Masters (CA SBN 208375)
Christopher J. Lee (CA SBN 322140)
BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
erhow@birdmarella.com
mmasters@birdmarella.com
clee@birdmarella.com

Jonathan M. Rotter (CA SBN 234137)
Kara M. Wolke (CA SBN 241521)
Gregory B. Linkh (pro hac vice)
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
jrotter@glancylaw.com
kwolke@glancylaw.com
glinkh@glancylaw.com

Kalpana Srinivasan (CA SBN 237460)
Steven Sklaver (CA SBN 237612)
Michael Gervais (CA SBN 330731)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Y. Gloria Park (*pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (310) 336-8340
gpark@susmangodfrey.com

**Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

This is to certify that on March 25, 2025, I caused a copy of the foregoing document to be served by ECF on the following individuals:


Victor Jih
Kelly H. Yin
Christopher Hurley
Wilson Sonsini Goodrich & Rosati
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900
Facsimile: (866) 974-7329
vjih@wsgr.com
kyin@wsgr.com
churley@wsgr.com

Luis Li
Mark R. Yohalem
Wilson Sonsini Goodrich & Rosati
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
luis.li@wsgr.com
mark.yohalem@wsgr.com

Sheryl S. Bassin
Dylan G. Savage
Wilson Sonsini Goodrich & Rosati
1301 Ave of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
sbassin@wsgr.com
dsavage@wsgr.com

Thomas Wakefield
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
twakefield@wsgr.com

Caitlin McKelvie
Wilson Sonsini Goodrich & Rosati
15 W S. Temple, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8537
cmckelvie@wsgr.com

Eric Thomas Kohan
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
ekohan@wsgr.com


*/s/ Gregory B. Linkh*
Gregory B. Linkh