**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNADINE GRIFFITH, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK, INC., a corporation; BYTEDANCE, INC., a corporation,<br><br>Defendants. | Case No. 5:23-cv-00964-SB-E<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION UNDER RULE 79-5 TO FILE DOCUMENTS UNDER SEAL [DKT. NO. 411]** |

Plaintiffs' Application Under Local Rule 79-5 to File Documents Under Seal at Dkt. No. 411, which requests sealing of exhibits the Court has previously allowed to be filed under seal, is GRANTED, and the following documents shall be SEALED:

| | |
|---|---|
| Exhibits 1-25 of the Declaration of Jonathan M. Rotter in Support of Plaintiffs' Motion to Retax Costs Or In The Alternative Stay Taxation Pending Appeal | Exhibits Sealed in Their Entirety. |

IT IS SO ORDERED.

Dated: March 31, 2025

Stanley Blumenfeld, Jr.
United States District Judge